1  G. HOPKINS GUY, III (STATE BAR NO. 226708)
    hopguy@orrick.com
2  JACOB M. HEATH (STATE BAR NO. 238959)
    jheath@orrick.com
3  JACOB A. SNOW (*Pending Admission*)
    jsnow@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  904025
   Telephone:    (650)-614-7400
6  Facsimile:    (650)-614-7401

7  Attorneys for Plaintiffs
   TransPerfect Global, Inc.;
8  TransPerfect Translations International, Inc.; and
   Translations.com, Inc.

9

10  EDWIN H. WHEELER
     ewheeler@mwe.com
11  McDERMOTT WILL & EMERY LLP
    275 Middlefield Road, Suite 100
12  Menlo Park, CA  94025-4004
    Telephone:    (650) 815-7400
13  Facsimile:    (650) 815-7401

14  Attorneys for Defendant
    MotionPoint Corporation
15

16                  UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                         OAKLAND DIVISION

19

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC.,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>MOTIONPOINT CORPORATION,<br><br>Defendant/Counterclaim Plaintiffs. | Case No.  CV 10-02590 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO TRANSFER VENUE** |

Pursuant to Civil L.R. 6-2, the parties hereby stipulate through their counsel of record that the hearing on defendant MotionPoint Corporation's ("MotionPoint") Motion to Transfer Venue, currently set for September 9, 2010, is continued to the new date of **September 16, 2010 or as soon thereafter as the Court's schedule permits**. Plaintiffs TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc.'s ("TransPerfect") deadline to file its opposition is extended to **August 26, 2010**. MotionPoint's deadline to file its reply is extended to **September 2, 2010**.

Dated: August 17, 2010

G. HOPKINS GUY, III
JACOB A. SNOW
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ G. Hopkins Guy, III /s/*
G. Hopkins Guy, III
Attorneys for Plaintiffs
TransPerfect Global, Inc.;
TransPerfect Translations International, Inc.; and
Translations.com, Inc.

Dated: August 17, 2010

EDWIN H. WHEELER
MCDERMOTT WILL & EMERY LLP

*/s/ Edwin H. Wheeler /s/*
Edwin H. Wheeler
Attorneys for Defendants
MotionPoint Corporation

**IT IS SO ORDERED**.

*[signature: Claudia Wilken]*

Hon. Claudia Wilken
United States District Judge

**DECLARATION IN SUPPORT OF JOINT STIPULATIONT TO EXTEND TIME**

I, Jacob M. Heath, hereby declare:

1.  I am a member in good standing of the State Bar of California and am admitted to practice before the Northern District of California federal courts. I am an associate in the Menlo Park office of the law firm Orrick, Herrington & Sutcliffe LLP, counsel of record for Plaintiffs TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. (collectively "TransPerfect") in this action. I submit this declaration pursuant to Civ. L. R. 6-2(a) in support of the parties' Joint Stipulation and [Proposed] Order to Extend Time to Continue Defendant's Motion to Transfer Venue Hearing Date. I have personal knowledge of the facts stated in this Declaration.

2.  TransPerfect filed its Complaint in this case on June 11, 2010. MotionPoint filed its Answer to TransPerfect's Complaint and Motion to Transfer Venue on July 30, 2010. Counsel for TransPerfect has worked diligently to prepare its opposition to MotionPoint's Motion to Transfer Venue.

3.  On August 13, 2010, the parties stipulated to continue the hearing on MotionPoint's Motion To Transfer Venue, currently set for September 9, 2010, for seven (7) days, to September 16, 2010. The parties also stipulated to extend TransPerfect's deadline to submit an opposition to MotionPoint's Motion To Transfer Venue by seven (7) days to August 26, 2010 and to extend MotionPoint's deadline to file its reply by seven (7) days to September 2, 2010. The additional time is requested in order to allow TransPerfect to identify and locate potential witnesses and documents that may support its opposition to MotionPoint's Motion To Transfer Venue.

4.  No previous time modifications have been made in this case.

5.  If granted, the continuance of the hearing on the Motion To Transfer Venue will only postpone the hearing on MotionPoint's Motion To Transfer Venue by seven (7) days. No other dates in the case schedule will be affected.

//

//

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing statements are true and accurate to the best of my knowledge, information, and belief.
3  Executed this 17th day of August, 2010, at Menlo Park, California.

*/s/ Jacob M. Heath /s/*
Jacob M. Heath

1 | **Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: August 17, 2010

Respectfully submitted,

*/s/ G. Hopkins Guy III /s/*
G. Hopkins Guy III

OHS West:260971113.2

- 4 -

STIPULATION AND [~~PROPOSED~~] ORDER TO
CONTINUE DEFENDANT'S HEARING DATE
NO. C 10-02590 CW