1  
2  EDWIN H. WHEELER
      ewheeler@mwe.com
3  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Suite 100
4  Menlo Park, CA 94025-4004
   Telephone:    (650) 815-7400
5  Facsimile:     (650) 815-7401

6  Attorney for Defendant
   MotionPoint Corporation
7

8  G. HOPKINS GUY, III (STATE BAR NO. 226708)
      hopguy@orrick.com
9  JACOB M. HEATH (STATE BAR NO. 238959)
      jheath@orrick.com
10 JACOB A. SNOW (*Pending Admission*)
      jsnow@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
12 Menlo Park, CA 904025
   Telephone:    (650)-614-7400
13 Facsimile:     (650)-614-7401

14 Attorneys for Plaintiffs
   TransPerfect Global, Inc.;
15 TransPerfect Translations International, Inc.; and
   Translations.com, Inc.
16

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                    OAKLAND DIVISION

20

21 TRANSPERFECT GLOBAL, INC.,                  Case No. CV 10-02590 CW
   TRANSPERFECT TRANSLATIONS
22 INTERNATIONAL, INC., AND                    **STIPULATION AND [PROPOSED]**
   TRANSLATIONS.COM, INC.,                     **ORDER TO CONTINUE CASE**
                                               **MANAGEMENT CONFERENCE**
23          Plaintiffs/Counterclaim
            Defendants,
24
        v.
25
26 MOTIONPOINT CORPORATION,

27          Defendant/Counterclaim
            Plaintiffs.
28 _____

Pursuant to Civil L.R. 6-2, the parties hereby stipulate that the Case Management Conference, currently set for September 21, 2010, is continued to the new date of **November 16, 2010 or as soon thereafter as the Court's calendar permits**. The parties' Joint Case Management Statement will be due seven (7) days prior to the conference, on **November 9, 2010**. This joint stipulation and proposed order is based on the accompanying declaration of Edwin H. Wheeler and all pleadings and other papers on file in this action.

Dated: August 17, 2010

EDWIN H. WHEELER
MCDERMOTT WILL & EMERY LLP

/s/ Edwin H. Wheeler
Edwin H. Wheeler
Attorneys for Defendants
MotionPoint Corporation

Dated: August 17, 2010

G. HOPKINS GUY, III
JACOB A. SNOW
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ G. Hopkins Guy, III
G. Hopkins Guy, III
Attorneys for Plaintiffs
TransPerfect Global, Inc.;
TransPerfect Translations International, Inc.; and
Translations.com, Inc.

**IT IS SO ORDERED.**

Hon. Claudia Wilken
United States District Judge