IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOTIONPOINT CORPORATION,<br><br>　　　　Defendant.<br>_____/ | No. C 10-02590 CW<br><br>ORDER OF<br>REFERENCE TO<br>MAGISTRATE JUDGE |

　　Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Motion to Compel Production of Source Code in Native Format and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 4/5/2011

　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge

cc: Sue; Assigned M/J w/mo.