1   G. HOPKINS GUY, III (SBN: 124811)          ANTHONY DE ALCUAZ (SBN: 65599)
        hopguy@orrick.com                           adealcuaz@mwe.com
2   JACOB M. HEATH (SBN: 238959)               PHILIP OU (SBN: 259896)
        jheath@orrick.com                           pou@mwe.com
3   JACOB A. SNOW (SBN: 270988)                McDERMOTT WILL & EMERY LLP
        jsnow@orrick.com                        275 Middlefield Road, Suite 100
4   ORRICK, HERRINGTON & SUTCLIFFE             Menlo Park, CA 94025 4004
    LLP                                        Telephone: (650) 815-7400
5   1000 Marsh Road                            Facsimile: (650) 815-7401
    Menlo Park, CA  94025
6   Telephone:     +1-650-614-7400             JOEL M. FREED
    Facsimile:     +1-650-614-7401                 jfreed@mwe.com
7                                              ALEXANDER OTT (admitted *pro hac vice*)
    Attorneys for Plaintiffs/Counterclaim          aott@mwe.com
8   Defendants                                 McDERMOTT WILL & EMERY LLP
    TransPerfect Global, Inc.; TransPerfect    600 13th Street, N.W., 12th Floor
9   Translations International, Inc.; and       Washington, D.C. 20005-3096
    Translations.com, Inc.                      Telephone: (202) 756-8000
10                                             Facsimile: (202) 756-8087

11                                             Attorneys for Defendant/Counterclaim Plaintiff
                                               MotionPoint Corporation
12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                            OAKLAND DIVISION

16

17  TRANSPERFECT GLOBAL, INC.,
    TRANSPERFECT TRANSLATIONS
18  INTERNATIONAL, INC., AND
    TRANSLATIONS.COM, INC.,
19                                             Case No.  CV 10-02590 CW
                  Plaintiffs/Counterclaim
20                Defendants,                  **JOINT STIPULATION AND ORDER
                                               FOR AN EXTENSION OF TIME FOR
21       v.                                    PARTIES TO HOLD THE ADR
                                               SESSION**
22  MOTIONPOINT CORPORATION,

23                Defendant/Counterclaim
                  Plaintiffs.

24

25        Pursuant to Civil L.R. 6-2, the parties hereby agree and stipulate that the deadline to hold

26  the ADR session, currently set for **April 29, 2011** is extended by thirty (30) days.  The ADR

27  session will be held by **May 29, 2011, subject to the mediator's schedule**.  This joint stipulation

28  and proposed order is based on the accompanying declaration of Alexander Ott.

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
FOR AN EXTENSION OF TIME FOR PARTIES TO          1                    CV 10-02590 CW
HOLD THE ADR SESSION

1

2    Dated: 4/21/2011                        McDERMOTT WILL & EMERY LLP

3

                                      /s/ Philip Ou

4                                    ANTHONY DE ALCUAZ (SBN: 65599)
                                    PHILIP OU (SBN: 259896)

5                                    JOEL M. FREED
                                    ALEXANDER OTT (admitted *pro hac vice*)

6

                                    *Attorneys for Defendant/Counterclaim Plaintiff*

7                                    *MotionPoint Corporation*

8    Dated: 4/21/2011                        ORRICK, HERRINGTON & SUTCLIFFE LLP

9

                                      /s/ Jacob A. Snow

10                                    G. HOPKINS GUY, III (SBN: 124811)
                                    JACOB M. HEATH (SBN: 238959)

11                                    JACOB A. SNOW (SBN: 270988)

12                                    *Attorneys for Plaintiffs/Counterclaim Defendants*
                                    *TransPerfect Global, Inc.; TransPerfect*

13                                    *Translations International, Inc.; and*
                                    *Translations.com, Inc.*

14

15

16       **IT IS SO ORDERED.**

17                                    Hon. Claudia Wilken
                                    United States District Judge

18

19

20

21

22

23

24

25

26

27

28

    cc: ADR

1

2          I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic

3    filing of this document has been obtained from the other signatories.

4

5    Dated: 4/21/2011                              /s/  Philip Ou
                                                   Philip Ou

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28