G. HOPKINS GUY, III (State Bar No. 124811)
   hopguy@orrick.com
JACOB M. HEATH (State Bar No. 238959)
   jheath@orrick.com
JACOB A. SNOW (State Bar No. 270988)
   jsnow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   +1-650-614-7400
Facsimile:   +1-650-614-7401

Attorneys for Plaintiffs
TransPerfect Global, Inc.;
TransPerfect Translations International, Inc.;
and Translations.com, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC., <br><br>        Plaintiffs/Counterclaim Defendants, <br><br>   v. <br><br>MOTIONPOINT CORPORATION, <br><br>        Defendant/Counterclaim Plaintiffs. | Case No.  CV 10-02590 CW <br><br>**STIPULATED MOTION FOR LEAVE TO WITHDRAW BY ORRICK, HERRINGTON, & SUTCLIFFE LLP AND ORDER** |

1  **PLEASE TAKE NOTICE** that Orrick, Herrington, & Sutcliffe LLP ("Orrick") will and hereby does move, with the consent of all parties, pursuant to Civil Local Rule 7-12 and 11-5(a) for an order granting Orrick leave to withdraw as counsel for TransPerfect.

Orrick is currently co-counsel along with the law firm of Kasowitz, Benson, Torres & Friedman LLP ("Kasowitz") for Plaintiff and Counterclaim Defendants TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. (all collectively, "TransPerfect") in this matter.  Orrick wishes to withdraw as counsel for TransPerfect, leaving Kasowitz as sole counsel for TransPerfect.  TransPerfect does not oppose the present stipulated motion for leave to withdraw.  Orrick has, in compliance with Civil Local Rule 11-5(a), given written notice to TransPerfect and to MotionPoint reasonably in advance of the present stipulated motion for leave to withdraw.  MotionPoint does not oppose the present stipulated motion for leave to withdraw.

**THEREFORE, IT IS HEREBY STIPULATED** by and between counsel for TransPerfect and counsel for MotionPoint, that Orrick be granted leave to withdraw as counsel for TransPerfect.

IT IS SO STIPULATED.

Dated: June 17, 2011

G. HOPKINS GUY, III
JACOB M. HEATH
JACOB A. SNOW
ORRICK, HERRINGTON & SUTCLIFFE LLP


*/s/ G. Hopkins Guys, III*
G. Hopkins Guy, III
Attorneys for Plaintiffs
TransPerfect Global, Inc.;
TransPerfect Translations International, Inc.; and
Translations.com, Inc.

| | |
|---|---|
| Dated: June 17, 2011 | JOEL M. FREED (admitted *pro hac vice*)<br>ANTHONY DE ALCUAZ<br>PHILIP OU<br>ALEXANDER OTT (admitted *pro hac vice*)<br>McDERMOTT WILL & EMERY LLP |

*/s/ Joel M. Freed*
Joel M. Freed
Attorneys for Defendant/Counterclaim Plaintiff
MotionPoint Corporation

| | |
|---|---|
| Dated: June 17, 2011 | DOUGLAS E. LUMISH<br>JEFFREY G. HOMRIG<br>JOSEPH H. LEE<br>L. OKEY ONYEJEKWE JR.<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |

*/s/ Douglas E. Lumish*
Douglas E. Lumish
Attorneys for Plaintiffs/ Counterclaim Defendants
TransPerfect Global, Inc.;
TransPerfect Translations International, Inc.; and
Translations.com, Inc.

IT IS SO ORDERED.

DATED: ___**June 20**_____, 2011

*[signature]*
Honorable Claudia Wilken
United States District Court Judge