IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., et al.,<br><br>           Plaintiffs,<br>   v.<br><br>MOTIONPOINT CORPORATION,<br><br>           Defendant.<br>_____ / | No. C 10-02590 CW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (Docket No. 64) |

   Plaintiffs TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. move for leave to file a First Amended Complaint (FAC).  (Docket No. 64.) Defendant MotionPoint Corporation opposes the motion.  The matter was heard on June 30, 2011.  Having considered all of the parties' submissions and oral argument, and for the reasons explained at the motion hearing, the Court GRANTS the motion.

   On July 1, 2011, pursuant to the Court's instructions, Plaintiffs filed the FAC.  As explained at the motion hearing, Defendant shall not move to dismiss the FAC on any grounds previously available to it.  In addition, all previously ordered case management deadlines remain in effect unless the parties stipulate otherwise.  If the parties are unable to agree on alterations to the case schedule, the parties may submit proposed schedules to the Court or seek another case management conference.

   IT IS SO ORDERED.

Dated: **7/7/2011**

CLAUDIA WILKEN
United States District Judge