| | |
|---|---|
| DOUGLAS E. LUMISH (Bar No. 183863) | ANTHONY DE ALCUAZ (SBN: 65599) |
| dlumish@kasowitz.com | adealcuaz@mwe.com |
| JEFFREY G. HOMRIG (Bar No. 215890) | PHILIP OU (SBN: 259896) |
| jhomrig@kasowitz.com | pou@mwe.com |
| JOSEPH H. LEE (Bar No. 248046) | McDERMOTT WILL & EMERY LLP |
| jlee@kasowitz.com | 275 Middlefield Road, Suite 100 |
| L. OKEY ONYEJEKWE JR. (Bar No. 250354) | Menlo Park, CA 94025 4004 |
| oonyejekwe@kasowitz.com | Telephone: (650) 815-7400 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | Facsimile:  (650) 815-7401 |
| 101 California Street, Suite 2300 | JOEL M. FREED |
| San Francisco, California 94111 | jfreed@mwe.com |
| Telephone (415) 421-6140 | ALEXANDER OTT (admitted *pro hac vice*) |
| Facsimile (415) 398-5030 | aott@mwe.com |
|  | McDERMOTT WILL & EMERY LLP |
| Attorneys for Plaintiffs/Counterclaim | 600 13th Street, N.W., 12th Floor |
| Defendants TransPerfect Global, Inc., | Washington, D.C. 20005-3096 |
| TransPerfect Translations International, Inc., | Telephone: (202) 756-8000 |
| and Translations.com, Inc. | Facsimile:  (202) 756-8087 |
|  | Attorneys for Defendant/Counterclaim Plaintiff MotionPoint Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> MOTIONPOINT CORPORATION, <br><br> Defendant/Counterclaim Plaintiffs. | Case No.  CV 10-02590 CW <br><br> ELECTRONIC CASE FILING <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING THE CASE SCHEDULE** <br><br> Judge: Hon. Claudia Wilken |

Plaintiffs and Counterclaim Defendants TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. (collectively "TransPerfect") and Defendant and Counterclaim Plaintiff MotionPoint Corporation ("MotionPoint") hereby jointly

move the Court to set certain filing and hearing dates.

During the June 30, 2011 motion hearing, the Court directed the parties to confer about alterations to the case schedule in light of TransPerfect's First Amended Complaint. The parties have conferred and request that the Court enter the following schedule:

| Event or Filing | Joint Proposed Dates |
|---|---|
| Infringement Contentions for the Lakritz Patents (PLR 3-1) | August 12, 2011 |
| Invalidity Contentions for the Lakritz Patents (PLR 3-3) | September 26, 2011 |
| Exchange of Proposed Lakritz Terms for Construction (PLR 4-1) | October 10, 2011 |
| Exchange of Preliminary Lakritz Claim Constructions and Extrinsic Evidence (PLR 4-2) | October 25, 2011 |
| Joint Claim Construction and Prehearing Statement (PLR 4-3) | November 15, 2011 |
| Advice of Counsel (PLR 3-7) | November 22, 2011 |
| 1) Fact Discovery Deadline  2) Parties to Designate Experts | December 14, 2011 |
| Opening Expert Reports | February 3, 2012 |
| Rebuttal Expert Reports | March 2, 2012 |
| Expert Discovery Deadline | March 16, 2012 |
| Plaintiff's Opening Brief on dispositive motions and claim construction due | April 5, 2012 |
| Defendant's Oppositions to motions and claim construction, & Opening Brief on cross-motions due | April 19, 2012 |
| Plaintiff's Reply to claim construction and motions, & Opposition to cross-motions due | May 3, 2012 |
| Defendant's Reply to cross motions due | May 10, 2012 |
| 1) All case-dispositive motions to be heard at 2:00 P.M.  2) Case Management Conference | May 24, 2012 |
| Final Pretrial Conference at 2:00 P.M. | August 7, 2012 |
| 8 day Jury Trial will begin at 8:30 A.M. | August 20, 2012 |

JOINT STIPULATION AND [PROPOSED]
ORDER MODIFYING THE CASE SCHEDULE         - 2 -                    Case No.  CV 10-02590 CW

| | | |
|---|---|---|
| 1 | Dated: July 20, 2011 | McDERMOTT WILL & EMERY LLP |

/s/ Alexander Ott
ANTHONY DE ALCUAZ (SBN: 65599)
PHILIP OU (SBN: 259896)
JOEL M. FREED
ALEXANDER OTT (admitted *pro hac vice*)

*Attorneys for Defendant/Counterclaim Plaintiff MotionPoint Corporation*

Dated: July 20, 2011            KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

/s/ L. Okey Onyejekwe Jr.
DOUGLAS E. LUMISH (Bar No. 183863)
JEFFREY G. HOMRIG (Bar No. 215890)
JOSEPH H. LEE (Bar No. 248046)
L. OKEY ONYEJEKWE JR. (Bar No. 250354)

*Attorneys for Plaintiffs/Counterclaim Defendants TransPerfect Global, Inc.; TransPerfect Translations International, Inc.; and Translations.com, Inc.*

**IT IS SO ORDERED.**

Hon. Claudia Wilken
United States District Judge

1  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic
2  filing of this document has been obtained from the other signatories.
3
4  Dated: July 20, 2011                                    /s/ Alexander Ott
5                                                                       Alexander Ott

JOINT STIPULATION AND [~~PROPOSED~~]
ORDER MODIFYING THE CASE SCHEDULE       - 4 -                Case No.  CV 10-02590 CW