**United States District Court**
For the Northern District of California

1
2
3
4                        UNITED STATES DISTRICT COURT
5                       NORTHERN DISTRICT OF CALIFORNIA
6
7    TRANSPERFECT GLOBAL, INC. ET AL,          No. C 10-02590 CW (JCS)
8              Plaintiff(s),
                                               CLERK'S NOTICE
9         v.
10   MOTIONPOINT CORPORATION,
11             Defendant(s).
12   _____/
13   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15   YOU ARE NOTIFIED THAT the hearing on Transperfect's Motion for Leave to Amend Invalidity
16   Contentions, has been set for hearing on **November 18, 2011, at 1:30 p.m.,** before Magistrate Judge
17   Spero, Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The
18   opposition shall be due by October 28, 2011, and the reply papers shall be due by November 4,
19   2011.   Any party requesting a continuance shall submit a stipulation and proposed order.
20
21   Dated:  October 4, 2011
22                                          FOR THE COURT,
                                            Richard W. Wieking, Clerk
23
24                                   by:   *Karen L. Hom*
                                          _____
25                                          Karen L. Hom
                                            Courtroom Deputy
26
27
28