1   DOUGLAS E. LUMISH (Bar No. 183863)      ANTHONY DE ALCUAZ (SBN: 65599)
    dlumish@kasowitz.com                    adealcuaz@mwe.com
2   JEFFREY G. HOMRIG (Bar No. 215890)      PHILIP OU (SBN: 259896)
    jhomrig@kasowitz.com                    pou@mwe.com
3   JOSEPH H. LEE (Bar No. 248046)          McDermott Will & Emery LLP
    jlee@kasowitz.com                       275 Middlefield Road, Suite 100
4   L. OKEY ONYEJEKWE JR. (Bar No. 250354)  Menlo Park, CA 94025 4004
    oonyejekwe@kasowitz.com                 Telephone: (650) 815-7400
5   JOSEPH B. SHEAR (Bar No. 262222)        Facsimile:  (650) 815-7401
    jshear@kasowitz.com
6   Kasowitz, Benson, Torres & Friedman LLP
7   101 California Street, Suite 2300       JOEL M. FREED
    San Francisco, California 94111         jfreed@mwe.com
8   Telephone (415) 421-6140                ALEXANDER OTT (*pro hac vice*)
    Facsimile (415) 398-5030                aott@mwe.com
9                                           McDermott Will & Emery LLP
                                            600 13th Street, N.W., 12th Floor
10  STEVEN D. CHIN (*pro hac vice*)         Washington, D.C. 20005-3096
    schin@kasowitz.com                      Telephone: (202) 756-8000
11  Kasowitz, Benson, Torres & Friedman LLP Facsimile:  (202) 756-8087
    1633 Broadway
12  New York, New York 10019                Attorneys for Defendant/Counterclaim Plaintiff
    Telephone (212) 506-1907                MotionPoint Corporation
13  Facsimile (212) 500-3407
14
15  Attorneys for Plaintiffs/Counterclaim
    Defendants TransPerfect Global, Inc.,
16  TransPerfect Translations International, Inc.,
    and Translations.com, Inc.
17
                    UNITED STATES DISTRICT COURT
18
                  NORTHERN DISTRICT OF CALIFORNIA
19
                         OAKLAND DIVISION
20
21  TRANSPERFECT GLOBAL, INC.,              Case No.  CV 10-02590 CW
    TRANSPERFECT TRANSLATIONS
22  INTERNATIONAL, INC., AND                ELECTRONIC CASE FILING
    TRANSLATIONS.COM, INC.,
23                                          **JOINT STIPULATION AND
            Plaintiffs/Counterclaim         [PROPOSED] ORDER GRANTING
24          Defendants,                     LEAVE TO AMEND AND
                                            MODIFYING THE CASE SCHEDULE
25      v.                                  AND DISCOVERY LIMITS**

26  MOTIONPOINT CORPORATION,                Judge: Hon. Claudia Wilken

27          Defendant/Counterclaim
            Plaintiffs.
28
    ────────────────────────────────────────
    JOINT STIPULATION AND [PROPOSED]
    ORDER GRANTING LEAVE TO AMEND AND                    Case No.  CV 10-02590 CW
    MODIFYING THE CASE SCHEDULE

1    Plaintiffs and Counterclaim Defendants TransPerfect Global, Inc., TransPerfect

2  Translations International, Inc., and Translations.com, Inc. (collectively "TransPerfect") and

3  Defendant and Counterclaim Plaintiff MotionPoint Corporation ("MotionPoint") hereby jointly

4  stipulate and move the Court to grant leave for certain amendments, set certain filing and hearing

5  dates, and modify certain discovery limits.

6    On September 22, 2011 TransPerfect filed a motion for leave to amend its invalidity

7  contentions.  On September 23, 2011 TransPerfect filed a Complaint in the Northern District of

8  California asserting infringement of U.S. Patent No. 6,857,022 (the Scanlan patent) by

9  MotionPoint.  The parties have met and conferred and request that the Court enter the following

10  Order:

11    TransPerfect shall file and serve by October 13, 2011 a Second Amended Complaint for

12  the sole purpose of incorporating into this action the claims from its September 23, 2011

13  Complaint.

14    TransPerfect shall serve the amended invalidity contentions proposed in its September 22,

15  2011 motion.

16    The parties shall serve amended infringement contentions by December 15, 2011.

17    The parties will each have 150 hours for depositions, not including the depositions of

18  expert witnesses.

19    The parties also request that the Court enter the following schedule:

20

| Event or Filing | Joint Proposed Dates |
|---|---|
| TransPerfect to File Second Amended Complaint | October 13, 2011 |
| Infringement Contentions for Scanlan Patent (PLR 3-1 and 3-2) and Amended Infringement Contentions for MotionPoint and Lakritz patents. | December 15, 2011 |
| Invalidity Contentions for Scanlan Patent (PLR 3-3 and 3-4) | February 2, 2012 |
| Exchange of Proposed Terms for Construction (PLR 4-1) | February 16, 2012 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (PLR 4-2) | March 9, 2012 |
| Advice of Counsel (PLR 3-7) | March 22, 2012 |
| Joint Claim Construction and Prehearing Statement (PLR 4-3) | April 5, 2012 |

21
22
23
24
25
26
27
28

JOINT STIPULATION AND [PROPOSED]
ORDER GRANTING LEAVE TO AMEND AND          - 2 -                    Case No.  CV 10-02590 CW
MODIFYING THE CASE SCHEDULE

| | |
|---|---|
| 1) Fact Discovery Deadline | April 26, 2012 |
| 2) Parties to Designate Experts | |
| Opening Expert Reports | May 24, 2012 |
| Rebuttal Expert Reports | June 21, 2012 |
| Expert Discovery Deadline | July 5, 2012 |
| Opening Briefs on dispositive motions for all claims and counterclaims and on claim construction due | July 26, 2012 |
| Response Briefs due | August 9, 2012 |
| Reply Briefs due | August 23, 2012 |
| 1) All case-dispositive motions to be heard at 2:00 P.M. | September 6, 2012 |
| 2) Case Management Conference | |
| Final Pretrial Conference at 2:00 P.M. | November 20, 2012 |
| 10 day Jury Trial will begin at 8:30 A.M. | December 3, 2012 |

Dated: October 7, 2011                     McDERMOTT WILL & EMERY LLP


                                          /s/ Alexander Ott
                                          ANTHONY DE ALCUAZ (SBN: 65599)
                                          PHILIP OU (SBN: 259896)
                                          JOEL M. FREED
                                          ALEXANDER OTT (*pro hac vice*)

                                          *Attorneys for Defendant/Counterclaim Plaintiff*
                                          *MotionPoint Corporation*

Dated: October 7, 2011                     KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


                                          /s/ Douglas E. Lumish
                                          DOUGLAS E. LUMISH (Bar No. 183863)
                                          JEFFREY G. HOMRIG (Bar No. 215890)
                                          JOSEPH H. LEE (Bar No. 248046)
                                          L. OKEY ONYEJEKWE JR. (Bar No. 250354)
                                          JOSEPH B. SHEAR (Bar No. 262222)
                                          STEVEN D. CHIN (*pro hac vice*)

                                          *Attorneys for Plaintiffs/Counterclaim Defendants*
                                          *TransPerfect Global, Inc.; TransPerfect Translations*
                                          *International, Inc.; and Translations.com, Inc.*

JOINT STIPULATION AND [PROPOSED]
ORDER GRANTING LEAVE TO AMEND AND           - 3 -                    Case No.  CV 10-02590 CW
MODIFYING THE CASE SCHEDULE

1    **IT IS SO ORDERED.**

2
                                        _____
3                                       Hon. Claudia Wilken
                                        United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED]
ORDER GRANTING LEAVE TO AMEND AND          - 4 -                    Case No.  CV 10-02590 CW
MODIFYING THE CASE SCHEDULE

1      I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic

2   filing of this document has been obtained from the other signatories.

3

4   Dated: October 7, 2011                    /s/ Alexander Ott _____
                                              [Name of Filer]
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED]
ORDER GRANTING LEAVE TO AMEND AND          - 5 -                    Case No.  CV 10-02590 CW
MODIFYING THE CASE SCHEDULE