| | |
|---|---|
| DOUGLAS E. LUMISH (Bar No. 183863) | ANTHONY DE ALCUAZ (SBN: 65599) |
| dlumish@kasowitz.com | adealcuaz@mwe.com |
| JEFFREY G. HOMRIG (Bar No. 215890) | PHILIP OU (SBN: 259896) |
| jhomrig@kasowitz.com | pou@mwe.com |
| JOSEPH H. LEE (Bar No. 248046) | McDermott Will & Emery LLP |
| jlee@kasowitz.com | 275 Middlefield Road, Suite 100 |
| L. OKEY ONYEJEKWE JR. (Bar No. 250354) | Menlo Park, CA 94025 4004 |
| oonyejekwe@kasowitz.com | Telephone: (650) 815-7400 |
| JOSEPH B. SHEAR (Bar No. 262222) | Facsimile: (650) 815-7401 |
| jshear@kasowitz.com | |
| Kasowitz, Benson, Torres & Friedman LLP | JOEL M. FREED |
| 101 California Street, Suite 2300 | jfreed@mwe.com |
| San Francisco, California 94111 | ALEXANDER OTT (*pro hac vice*) |
| Telephone (415) 421-6140 | aott@mwe.com |
| Facsimile (415) 398-5030 | McDermott Will & Emery LLP |
| | 600 13th Street, N.W., 12th Floor |
| STEVEN D. CHIN (*pro hac vice*) | Washington, D.C. 20005-3096 |
| schin@kasowitz.com | Telephone: (202) 756-8000 |
| Kasowitz, Benson, Torres & Friedman LLP | Facsimile: (202) 756-8087 |
| 1633 Broadway | |
| New York, New York 10019 | Attorneys for Defendant/Counterclaim Plaintiff |
| Telephone (212) 506-1907 | MotionPoint Corporation |
| Facsimile (212) 500-3407 | |

Attorneys for Plaintiffs/Counterclaim
Defendants TransPerfect Global, Inc.,
TransPerfect Translations International, Inc.,
and Translations.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> MOTIONPOINT CORPORATION, <br><br> Defendant/Counterclaim Plaintiffs. | Case No.  CV 10-02590 CW <br><br> ELECTRONIC CASE FILING <br><br> **JOINT STIPULATION AND ORDER GRANTING LEAVE TO AMEND AND MODIFYING THE CASE SCHEDULE AND DISCOVERY LIMITS** <br><br> Judge: Hon. Claudia Wilken |

JOINT STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO AMEND AND MODIFYING THE CASE SCHEDULE

Case No.  CV 10-02590 CW

1  Plaintiffs and Counterclaim Defendants TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. (collectively "TransPerfect") and Defendant and Counterclaim Plaintiff MotionPoint Corporation ("MotionPoint") hereby jointly stipulate and move the Court to grant leave for certain amendments, set certain filing and hearing dates, and modify certain discovery limits.

On September 22, 2011 TransPerfect filed a motion for leave to amend its invalidity contentions. On September 23, 2011 TransPerfect filed a Complaint in the Northern District of California asserting infringement of U.S. Patent No. 6,857,022 (the Scanlan patent) by MotionPoint. The parties have met and conferred and request that the Court enter the following Order:

TransPerfect shall file and serve by October 13, 2011 a Second Amended Complaint for the sole purpose of incorporating into this action the claims from its September 23, 2011 Complaint.

TransPerfect shall serve the amended invalidity contentions proposed in its September 22, 2011 motion.

The parties shall serve amended infringement contentions by December 15, 2011.

The parties will each have 150 hours for depositions, not including the depositions of expert witnesses.

The parties also request that the Court enter the following schedule:

| Event or Filing | Joint Proposed Dates |
| --- | --- |
| TransPerfect to File Second Amended Complaint | October 13, 2011 |
| Infringement Contentions for Scanlan Patent (PLR 3-1 and 3-2) and Amended Infringement Contentions for MotionPoint and Lakritz patents. | December 15, 2011 |
| Invalidity Contentions for Scanlan Patent (PLR 3-3 and 3-4) | February 2, 2012 |
| Exchange of Proposed Terms for Construction (PLR 4-1) | February 16, 2012 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (PLR 4-2) | March 9, 2012 |
| Advice of Counsel (PLR 3-7) | March 22, 2012 |
| Joint Claim Construction and Prehearing Statement (PLR 4-3) | April 5, 2012 |

JOINT STIPULATION AND [PROPOSED]
ORDER GRANTING LEAVE TO AMEND AND                - 2 -                Case No. CV 10-02590 CW
MODIFYING THE CASE SCHEDULE

| | |
|---|---|
| 1) Fact Discovery Deadline | April 26, 2012 |
| 2) Parties to Designate Experts | |
| Opening Expert Reports | May 24, 2012 |
| Rebuttal Expert Reports | June 21, 2012 |
| Expert Discovery Deadline | July 5, 2012 |
| Opening Briefs on dispositive motions for all claims and counterclaims and on claim construction due | July 26, 2012 |
| Response Briefs due | August 9, 2012 |
| Reply Briefs due | August 23, 2012 |
| 1) All case-dispositive motions to be heard at 2:00 P.M.<br>2) Case Management Conference | September 6, 2012 |
| Final Pretrial Conference at 2:00 P.M. | November 20, 2012 |
| 10 day Jury Trial will begin at 8:30 A.M. | December 3, 2012 |

Dated: October 7, 2011    McDERMOTT WILL & EMERY LLP

/s/ Alexander Ott
ANTHONY DE ALCUAZ (SBN: 65599)
PHILIP OU (SBN: 259896)
JOEL M. FREED
ALEXANDER OTT (*pro hac vice*)

*Attorneys for Defendant/Counterclaim Plaintiff MotionPoint Corporation*

Dated: October 7, 2011    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

/s/ Douglas E. Lumish
DOUGLAS E. LUMISH (Bar No. 183863)
JEFFREY G. HOMRIG (Bar No. 215890)
JOSEPH H. LEE (Bar No. 248046)
L. OKEY ONYEJEKWE JR. (Bar No. 250354)
JOSEPH B. SHEAR (Bar No. 262222)
STEVEN D. CHIN (*pro hac vice*)

*Attorneys for Plaintiffs/Counterclaim Defendants TransPerfect Global, Inc.; TransPerfect Translations International, Inc.; and Translations.com, Inc.*

JOINT STIPULATION AND [PROPOSED]
ORDER GRANTING LEAVE TO AMEND AND     - 3 -     Case No. CV 10-02590 CW
MODIFYING THE CASE SCHEDULE

1  **IT IS SO ORDERED.** THE FINAL PRETRIAL CONFERENCE WILL BE HELD
2  WEDNESDAY, NOVEMBER 21, 2012 AT 2:00 P.M.

Hon. Claudia Wilken
United States District Judge

JOINT STIPULATION AND [PROPOSED]
ORDER GRANTING LEAVE TO AMEND AND  - 4 -  Case No. CV 10-02590 CW
MODIFYING THE CASE SCHEDULE

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: October 7, 2011       /s/ Alexander Ott
                             [Name of Filer]

JOINT STIPULATION AND [PROPOSED]
ORDER GRANTING LEAVE TO AMEND AND       - 5 -                    Case No.  CV 10-02590 CW
MODIFYING THE CASE SCHEDULE