DOUGLAS E. LUMISH (Bar No. 183863)
dlumish@kasowitz.com
JEFFREY G. HOMRIG (Bar No. 215890)
jhomrig@kasowitz.com
JOSEPH H. LEE (Bar No. 248046)
jlee@kasowitz.com
L. OKEY ONYEJEKWE JR. (Bar No. 250354)
oonyejekwe@kasowitz.com
JOSEPH B. SHEAR (Bar No. 262222)
jshear@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone (415) 421-6140
Facsimile (415) 398-5030

STEVEN D. CHIN (*pro hac vice*)
schin@kaoswitz.com
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Telephone (212) 506-1907
Facsimile (212) 500-3407

Attorneys for Plaintiffs
TransPerfect Global, Inc.;
TransPerfect Translations International, Inc.; and
Translations.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> MOTIONPOINT CORPORATION, <br><br> Defendant/Counterclaim Plaintiffs. | Case No.  CV 10-02590 CW <br><br> **TRANSPERFECT'S MOTION TO WITHDRAW TRANSPERFECT'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS** |

Plaintiffs and counterclaim defendants TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. (collectively "TransPerfect") hereby request that their Motion For Leave to Amend Invalidity Contentions (D.I. 91) be withdrawn, because that Motion was mooted by this Court's ORDER Granting Stipulation Granting Leave to Amend and Modifying the Case Schedule and Discovery Limits entered on October 11, 201 (D.I. 95).

Dated: October 18, 2011

/s/ Douglas E. Lumish
Douglas E. Lumish
Jeffrey G. Homrig
Steven D. Chin (*pro hac vice*)
Joseph H. Lee
L. Okey Onyejekwe Jr.
Joseph B. Shear
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Attorneys for Plaintiffs TransPerfect Global, Inc.;
TransPerfect Translations International, Inc.; and
Translations.com, Inc.

Dated: Oct. 19, 2011



IT IS SO ORDERED
Judge Joseph C. Spero

TRANSPERFECT'S MOTION TO WITHDRAW MOTION FOR LEAVE   1   CASE NO. CV 10-02590 CW