1  DOUGLAS E. LUMISH (Bar No. 183863)
   dlumish@kasowitz.com
2  JEFFREY G. HOMRIG (Bar No. 215890)
   jhomrig@kasowitz.com
3  JOSEPH H. LEE (Bar No. 248046)
   jlee@kasowitz.com
4  L. OKEY ONYEJEKWE JR. (Bar No. 250354)
   oonyejekwe@kasowitz.com
5  JOSEPH B. SHEAR (Bar No. 262222)
   jshear@kasowitz.com
6  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   101 California Street, Suite 2300
7  San Francisco, California 94111
   Telephone (415) 421-6140
8  Facsimile (415) 398-5030

9  STEVEN D. CHIN (*pro hac vice*)
   schin@kaoswitz.com
10 KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   1633 Broadway
11 New York, New York 10019
   Telephone (212) 506-1907
12 Facsimile (212) 500-3407

13 Attorneys for Plaintiffs/Counterclaim Defendants,
   TransPerfect Global, Inc., TransPerfect Translations
14 International, Inc., and Translations.com, Inc.

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          OAKLAND DIVISION

18

19 TRANSPERFECT GLOBAL, INC.,             Case No. CV 10-02590 CW
   TRANSPERFECT TRANSLATIONS
   INTERNATIONAL, INC., AND
20 TRANSLATIONS.COM, INC.,                **TRANSPERFECT'S ANSWER TO
                                          MOTIONPOINT'S SECOND AMENDED
21                                        COUNTERCLAIMS**

22              Plaintiffs/Counterclaim
                defendants,
23         v.                             **JURY TRIAL DEMANDED**

24 MOTIONPOINT CORPORATION,

25              Defendant/Counterclaim
                plaintiff.
26

27

28

TRANSPERFECT'S ANSWER TO MOTIONPOINT'S
SECOND AMENDED COUNTERCLAIMS                          CASE NO. CV 10-02590 CW

1    Plaintiffs and Counterclaim Defendants TransPerfect Global, Inc., TransPerfect

2  Translations International, Inc., and Translations.com, Inc. (collectively, "TransPerfect"), by way

3  of this Answer To MotionPoint Corporation's ("MotionPoint") Answer To TransPerfect's Second

4  Amended Complaint and Counterclaims, state:

5    TransPerfect denies each and every allegation in MotionPoint's Answer To TransPerfect's

6  Second Amended Complaint and Counterclaims ("Amended Counterclaims"), except as

7  hereinafter specifically admitted or explained.  To the extent that the headings, or any non-

8  numbered statements, in MotionPoint's Amended Counterclaims contain any allegations against

9  TransPerfect, TransPerfect denies each and every allegation therein.[1]

10                **NATURE OF THE AMENDED COUNTERCLAIMS**

11    1.    To the extent that paragraph 1 contains any allegations against TransPerfect,

12  TransPerfect denies each and every allegation therein.

13                        **THE PARTIES**

14    2.    On information and belief, TransPerfect admits that MotionPoint is a Florida

15  corporation.

16    3.    TransPerfect admits that TransPerfect Global, Inc. is a Delaware corporation with

17  its principal place of business at Three Park Avenue, 39th Floor, New York, New York 10016.

18    4.    TransPerfect admits that TransPerfect Translations International, Inc. is a New

19  York corporation with its principal place of business at Three Park Avenue, 39th Floor, New

20  York, New York 10016.  TransPerfect admits that TransPerfect Translations International, Inc. is

21  a wholly-owned subsidiary of TransPerfect Global, Inc.

22    5.    TransPerfect admits that Translations.com, Inc. is a Delaware corporation with its

23  principal place of business at Three Park Avenue, 39th Floor, New York, New York 10016.

24  TransPerfect admits that Translations.com, Inc. is a wholly-owned subsidiary of TransPerfect

25  Translations International, Inc.

26

27

28

---

[1] Moreover, TransPerfect specifically denies each and every affirmative defense pleaded by MotionPoint as not warranted.

**JURISDICTION**

6.      TransPerfect admits that MotionPoint purports to bring counterclaims pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201 *et seq*. and the Patent Laws of the United States, 35 U.S.C. §§ 1 *et seq.,* including 35 U.S.C. § 271.  Except as expressly admitted, denied.

7.      TransPerfect admits that the Court has jurisdiction over MotionPoint's Amended Counterclaims pursuant to 28 U.S.C. § 1331, 1338.  Except as expressly admitted, denied.

8.      TransPerfect admits that it is subject to personal jurisdiction in this Court because it has filed a declaratory judgment complaint in this district.  TransPerfect denies that it has submitted itself to the jurisdiction of the Court for any other purpose.  Except as expressly admitted, denied.

9.      TransPerfect admits that venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400(b).

**MOTIONPOINT'S GENERAL ALLEGATIONS**

10.      TransPerfect admits that the title page of United States Patent No. 7,580,960 B2 ("the '960 patent") states on its face that the patent was issued on August 25, 2009. TransPerfect admits that on its face the '960 patent is entitled "Synchronization Of Web Site Content Between Languages."  TransPerfect denies that the '960 patent was duly and legally issued.  Except as expressly admitted, denied.

11.      TransPerfect admits that the title page of United States Patent No. 7,584,216 B2 ("the '216 patent") states on its face that the patent was issued on September 1, 2009. TransPerfect admits that on its face the '216 patent is entitled "Dynamic Language Translation of Web Site Content."  TransPerfect denies that the '216 patent was duly and legally issued.  Except as expressly admitted, denied.

12.      TransPerfect admits that the title page of United States Patent No. 7,627,479 B2 ("the '479 patent") states on its face that the patent was issued on December 1, 2009. TransPerfect admits that on its face the '479 patent is entitled "Automation Tool For Web Site Content Language Translation."  TransPerfect denies that the '479 patent was duly and legally issued.  Except as expressly admitted, denied.

13.     TransPerfect admits that the title page of United States Patent No. 7,627,817 B2 ("the '817 patent") states on its face that the patent was issued on December 1, 2009. TransPerfect admits that on its face the '817 patent is entitled "Analyzing Web Site For Translation." TransPerfect denies that the '817 patent was duly and legally issued. Except as expressly admitted, denied.

14.     TransPerfect admits that it has a product known as "GlobalLink OneLink." TransPerfect otherwise denies each and every allegation in paragraph 14 of MotionPoint's Amended Counterclaims.

## FIRST COUNTERCLAIM

### The '960 Patent

15.     TransPerfect realleges its responses as set forth in paragraphs 1 through 14 above and incorporates by reference paragraphs 1 through 14, inclusive, as though fully set forth in this paragraph.

16.     TransPerfect denies any and all allegations contained in paragraph 16 of MotionPoint's Amended Counterclaims.

17.     TransPerfect denies any and all allegations contained in paragraph 17 of MotionPoint's Amended Counterclaims.

18.     TransPerfect denies any and all allegations contained in paragraph 18 of MotionPoint's Amended Counterclaims.

19.     TransPerfect denies any and all allegations contained in paragraph 19 of MotionPoint's Amended Counterclaims.

20.     TransPerfect denies any and all allegations contained in paragraph 20 of MotionPoint's Amended Counterclaims.

21.     TransPerfect denies any and all allegations contained in paragraph 21 of MotionPoint's Amended Counterclaims.

## SECOND COUNTERCLAIM

### The '216 Patent

22.     TransPerfect realleges its responses as set forth in paragraphs 1 through 14 above

and incorporates by reference paragraphs 1 through 14, inclusive, as though fully set forth in this paragraph.

23.     TransPerfect denies any and all allegations contained in paragraph 23 of MotionPoint's Amended Counterclaims.

24.     TransPerfect denies any and all allegations contained in paragraph 24 of MotionPoint's Amended Counterclaims.

25.     TransPerfect denies any and all allegations contained in paragraph 25 of MotionPoint's Amended Counterclaims.

26.     TransPerfect denies any and all allegations contained in paragraph 26 of MotionPoint's Amended Counterclaims.

27.     TransPerfect denies any and all allegations contained in paragraph 27 of MotionPoint's Amended Counterclaims.

28.     TransPerfect denies any and all allegations contained in paragraph 28 of MotionPoint's Amended Counterclaims.

## THIRD COUNTERCLAIM

### The '479 Patent

29.     TransPerfect realleges its responses as set forth in paragraphs 1 through 14 above and incorporates by reference paragraphs 1 through 14, inclusive, as though fully set forth in this paragraph.

30.     TransPerfect denies any and all allegations contained in paragraph 30 of MotionPoint's Amended Counterclaims.

31.     TransPerfect denies any and all allegations contained in paragraph 31 of MotionPoint's Amended Counterclaims.

32.     TransPerfect denies any and all allegations contained in paragraph 32 of MotionPoint's Amended Counterclaims.

33.     TransPerfect denies any and all allegations contained in paragraph 33 of MotionPoint's Amended Counterclaims.

34.     TransPerfect denies any and all allegations contained in paragraph 34 of

1  MotionPoint's Amended Counterclaims.

2       35.    TransPerfect denies any and all allegations contained in paragraph 35 of

3  MotionPoint's Amended Counterclaims.

4  **FOURTH COUNTERCLAIM**

5  **The '817 Patent**

6       36.    TransPerfect realleges its responses as set forth in paragraphs 1 through 14 above

7  and incorporates by reference paragraphs 1 through 14, inclusive, as though fully set forth in this

8  paragraph.

9       37.    TransPerfect denies any and all allegations contained in paragraph 37 of

10 MotionPoint's Amended Counterclaims.

11      38.    TransPerfect denies any and all allegations contained in paragraph 38 of

12 MotionPoint's Amended Counterclaims.

13      39.    TransPerfect denies any and all allegations contained in paragraph 39 of

14 MotionPoint's Amended Counterclaims.

15      40.    TransPerfect denies any and all allegations contained in paragraph 40 of

16 MotionPoint's Amended Counterclaims.

17      41.    TransPerfect denies any and all allegations contained in paragraph 41 of

18 MotionPoint's Amended Counterclaims.

19      42.    TransPerfect denies any and all allegations contained in paragraph 42 of

20 MotionPoint's Amended Counterclaims.

21 **FIFTH COUNTERCLAIM**

22 **U.S. Patent No. 6,526,426 ("the '426 Patent")**

23      43.    TransPerfect realleges its responses as set forth in paragraphs 1 through 9 above

24 and incorporates by reference paragraphs 1 through 9, inclusive, as though fully set forth in this

25 paragraph.

26      44.    TransPerfect admits that it has asserted that MotionPoint infringes the '426 patent.

27      45.    TransPerfect admits that it has asserted that MotionPoint infringes the '426 patent

28 and that MotionPoint denies this allegation.

1   46.   TransPerfect denies any and all allegations contained in paragraph 46 of

2   MotionPoint's Amended Counterclaims.

3   47.   TransPerfect denies any and all allegations contained in paragraph 47 of

4   MotionPoint's Amended Counterclaims.

5                          **SIXTH COUNTERCLAIM**

6                            **The '426 Patent**

7   48.   TransPerfect realleges its responses as set forth in paragraphs 1 through 9 above

8   and incorporates by reference paragraphs 1 through 9, inclusive, as though fully set forth in this

9   paragraph.

10   49.   TransPerfect admits that MotionPoint alleges an actual case or controversy exists

11   between TransPerfect and MotionPoint as to whether the '426 patent is invalid.  TransPerfect

12   denies this allegation.

13   50.   TransPerfect denies any and all allegations contained in paragraph 50 of

14   MotionPoint's Amended Counterclaims.

15   51.   TransPerfect denies any and all allegations contained in paragraph 51 of

16   MotionPoint's Amended Counterclaims.

17                        **SEVENTH COUNTERCLAIM**

18              **U.S. Patent No. 7,207,005 ("the '005 Patent")**

19   52.   TransPerfect realleges its responses as set forth in paragraphs 1 through 9 above

20   and incorporates by reference paragraphs 1 through 9, inclusive, as though fully set forth in this

21   paragraph.

22   53.   TransPerfect admits that it has asserted that MotionPoint infringes the '005 patent.

23   54.   TransPerfect admits that it has asserted that MotionPoint infringes the '005 patent

24   and that MotionPoint denies this allegation.

25   55.   TransPerfect denies any and all allegations contained in paragraph 55 of

26   MotionPoint's Amended Counterclaims.

27   56.   TransPerfect denies any and all allegations contained in paragraph 56 of

28   MotionPoint's Amended Counterclaims.

## EIGHTH COUNTERCLAIM

### The '005 Patent

57.     TransPerfect realleges its responses as set forth in paragraphs 1 through 9 above and incorporates by reference paragraphs 1 through 9, inclusive, as though fully set forth in this paragraph.

58.     TransPerfect admits that MotionPoint alleges an actual case or controversy exists between TransPerfect and MotionPoint as to whether the '005 patent is invalid.  TransPerfect denies this allegation.

59.     TransPerfect denies any and all allegations contained in paragraph 59 of MotionPoint's Amended Counterclaims.

60.     TransPerfect denies any and all allegations contained in paragraph 60 of MotionPoint's Amended Counterclaims.

## NINTH COUNTERCLAIM

### U.S. Patent No. 6,857,022 ("the '022 Patent")

61.     TransPerfect realleges its responses as set forth in paragraphs 1 through 9 above and incorporates by reference paragraphs 1 through 9, inclusive, as though fully set forth in this paragraph.

62.     TransPerfect admits that it has asserted that MotionPoint infringes the '022 patent.

63.     TransPerfect admits that it has asserted that MotionPoint infringes the '022 patent and that MotionPoint denies this allegation.

64.     TransPerfect denies any and all allegations contained in paragraph 64 of MotionPoint's Amended Counterclaims.

65.     TransPerfect denies any and all allegations contained in paragraph 65 of MotionPoint's Amended Counterclaims.

## TENTH COUNTERCLAIM

### The '022 Patent

66.     TransPerfect realleges its responses as set forth in paragraphs 1 through 9 above and incorporates by reference paragraphs 1 through 9, inclusive, as though fully set forth in this

1   paragraph.

2        67.    TransPerfect admits that MotionPoint alleges an actual case or controversy exists

3   between TransPerfect and MotionPoint as to whether the '022 patent is invalid.   TransPerfect

4   denies this allegation.

5        68.    TransPerfect denies any and all allegations contained in paragraph 68 of

6   MotionPoint's Amended Counterclaims.

7        69.    TransPerfect denies any and all allegations contained in paragraph 69 of

8   MotionPoint's Amended Counterclaims.

9   <u>**MOTIONPOINT'S PRAYER FOR RELIEF**</u>

10        Paragraphs 1-11 following Paragraph 69 of MotionPoint's Counterclaims state a Request

11   for Relief for which no responsive pleading is required.   To the extent a response is necessary;

12   TransPerfect denies that MotionPoint is entitled to any of the requested relief.

13   Dated: November 2, 2011          Kasowitz, Benson, Torres & Friedman LLP

14

15               By:  /s/ Douglas E. Lumish

16                  Douglas E. Lumish
               Jeffrey G. Homrig

17                  Joseph H. Lee
               Lawrence Okey Onyejekwe Jr.

18                  Joseph B. Shear
               Steven D. Chin (*pro hac vice*)

19

20                  Attorneys for Plaintiffs/Counterclaim
               Defendants,

21                  TransPerfect Global, Inc., TransPerfect
               Translations International, Inc., and

22                  Translations.com, Inc.

23

24

25

26

27

28