1 | DOUGLAS E. LUMISH (Bar No. 183863)
dlumish@kasowitz.com
2 | JEFFREY G. HOMRIG (Bar No. 215890)
jhomrig@kasowitz.com
3 | JOSEPH H. LEE (Bar No. 248046)
jlee@kasowitz.com
4 | L. OKEY ONYEJEKWE JR. (Bar No. 250354)
oonyejekwe@kasowitz.com
5 | JOSEPH B. SHEAR (Bar No. 262222)
jshear@kasowitz.com
6 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
7 | Redwood Shores, California 94065
Telephone (650) 453-5170
8 | Facsimile (650) 453-5171

9 | STEVEN D. CHIN (*pro hac vice*)
schin@kaoswitz.com
10 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
11 | New York, New York 10019
Telephone (212) 506-1907
12 | Facsimile (212) 500-3407

13 | Attorneys for Plaintiffs/Counterclaim Defendants,
TransPerfect Global, Inc., TransPerfect Translations
14 | International, Inc., and Translations.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC.,<br><br>Plaintiffs/Counterclaim defendants,<br><br>v.<br><br>MOTIONPOINT CORPORATION,<br><br>Defendant/Counterclaim plaintiff. | Case No. CV 10-02590 CW<br><br>**NOTICE OF CHANGE OF ADDRESS PURSUANT TO LOCAL RULE 3-11**<br><br>**JURY TRIAL DEMANDED** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 3-11, please take notice that Douglas E. Lumish, Jeffrey G. Homrig, Joseph H. Lee, L. Okey Onyejekwe Jr., and Joseph B. Shear, counsel for Plaintiffs/Counterclaim Defendants, TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. have relocated to:

> Douglas E. Lumish
> Jeffrey G. Homrig
> Joseph H. Lee
> L. Okey Onyejekwe Jr.
> Joseph B. Shear
> KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
> 333 Twin Dolphin Drive, Suite 200
> Redwood Shores, California 94065
> Telephone (650) 453-5170
> Facsimile (650) 453-5171

Dated: November 22, 2011          Kasowitz, Benson, Torres & Friedman LLP

By: /s/ Joseph H. Lee
    Douglas E. Lumish
    Jeffrey G. Homrig
    Joseph H. Lee
    Lawrence Okey Onyejekwe Jr.
    Joseph B. Shear

Attorneys for Plaintiffs/Counterclaim Defendants,
TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc.