**United States District Court**
For the Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7   TRANSPERFECT GLOBAL, INC. ET AL,          No. C 10-02590 CW (JCS)
8              Plaintiff(s),
                                              CLERK'S NOTICE
9        v.
10   MOTIONPOINT CORPORATION,
11              Defendant(s).
12   _____/
13   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15   YOU ARE NOTIFIED THAT a telephonic discovery hearing re: Joint Letter as to MotionPoint's
16   Inadequate Production of Documents, docket no. 103,  has been set for **December 2, 2011, at 9:30**
17   **a.m.,** before Magistrate Judge Joseph C. Spero, Courtroom G, 15th Floor, 450 Golden Gate Avenue,
18   San Francisco, California.  Counsel shall provide the clerk with a direct land line phone number by
19   November 30, 2011. Counsel shall be on phone stand by beginning at 9:30 a.m., (PST) and await the
20   Court's call.
21
22   Dated:  November 23, 2011
23                                            FOR THE COURT,
                                              Richard W. Wieking, Clerk
24
25                                     by:    _Karen L. Hom_____
26                                            Karen L. Hom
                                              Courtroom Deputy
27
28