# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.  C 10-2590 CW (JCS)**

**CASE NAME: TRANSPERFECT GLOBAL v. MOTIONPOINT**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: Dec. 2, 2011          **TIME: 14 M** | **COURT REPORTER**: Jim Yeomans |

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Doug Lumish (T)* | Joel Freed (T)* |
| Okey Onyejekwe (T)* | Alex Ott (T)* |

| PROCEEDINGS: | RULING: |
|---|---|
| 1.  Telephonic Motion Hearing re: Joint Letter re: Dft's reasonable search for or completed reasonable production of responsive documents [docket no. 105] | Granted in part denied in part |

**ORDERED AFTER HEARING:**

**Within ten (10) days, Defendant shall file a detailed declaration regarding the search. Interrogatories are DENIED without prejudice.**

**ORDER TO BE PREPARED BY:**         () Plaintiff     () Defendant      () Court

**CASE CONTINUED TO:**

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:  at 9:30 a.m.** | | **Pretrial Conference:  at 1:30 p.m.** |

**Trial Date:    at 8:30 a.m.  ( )Jury    ()Court    Set for  days**

**cc:**       Chambers; Karen
* (T) = Telephonic Appearance