UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC. ET AL, | No. C 10-02590 CW (JCS) |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE |
| MOTIONPOINT CORPORATION, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT a telephonic discovery hearing on the Joint Letter to Compel MotionPoint to search attachments to emails and to provide TIFF and OCR text of it's emails, docket no. 108 has been set for **January 13, 2012, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Counsel shall be on phone stand by beginning at 9:30 a.m., (PST) and await the Court's call.

Dated: January 3, 2012

FOR THE COURT,
Richard W. Wieking, Clerk

by: Karen L. Hom
Karen L. Hom
Courtroom Deputy