# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 10-2590 CW (JCS)**

**CASE NAME: TRANSPERFECT GLOBAL v. MOTIONPOINT**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Jan. 13, 2012    **TIME: 20 M** | **COURT REPORTER**: Christine Triske |
| **COUNSEL FOR PLAINTIFF:**<br>Joe Shear (T)*<br>Jeff Homrig (T)* | **COUNSEL FOR DEFENDANT:**<br>Joel Freed (T)* |

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Telephonic Motion Hearing re: Joint Letter to Compel MotionPoint to search attachments to emails [docket no. 108] | Granted |

**ORDERED AFTER HEARING:**
Dft shall produce all emails in TIFF/OCR format.
Dft shall conduct a reasonable search for attachments that are responsive to the discovery requests and produce those attachments.
Pla may then request, for specific emails or attachments, that the Dft identify the corresponding email or attachments.
Dft shall comply with this order on or before 2/3/12.

**ORDER TO BE PREPARED BY:**         () Plaintiff      () Defendant       (X) Court

**CASE CONTINUED TO:**

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**  at 9:30 a.m. | | **Pretrial Conference:**  at 1:30 p.m. |

**Trial Date:**   at 8:30 a.m.  ( )Jury     ()Court   Set for  days

**cc:**      Chambers; Karen
* (T) = Telephonic Appearance