UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC. ET AL, | Case No. C10-02590 CW (JCS) |
| Plaintiff(s), | **DISCOVERY ORDER RE: JOINT LETTER [Docket No. 108]** |
| v. | |
| MOTIONPOINT CORPORATION, | |
| Defendant(s). | |

On December 20, 2011, the parties filed a Joint Letter Compelling MotionPoint to Search Attachments to Emails [docket no. 108]

On January 13, 2012, a telephonic hearing was held. Joe Shear and Jeff Homrig, counsel for Plaintiff, appeared. Joel Freed, counsel for Defendant, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED THAT:

1. Defendant shall produce all emails in TIFF/OCR format.

2. Defendant shall conduct a reasonable search for attachments that are responsive to the discovery requests and produce those attachments.

3. Plaintiff may then request, for specific emails or attachments, that the Defendant identify the corresponding email or attachments. The parties shall meet and confer on any such request.

4. Defendant shall comply with this order on or before February 3, 2012.

IT IS SO ORDERED.

Dated: January 18, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge