DOUGLAS E. LUMISH (Bar No. 183863)
dlumish@kasowitz.com
JEFFREY G. HOMRIG (Bar No. 215890)
jhomrig@kasowitz.com
JOSEPH H. LEE (Bar No. 248046)
jlee@kasowitz.com
L. OKEY ONYEJEKWE JR. (Bar No. 250354)
oonyejekwe@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94070
Telephone (650) 453-5170
Facsimile (650) 453-5171

STEVEN D. CHIN (*pro hac vice*)
schin@kasowitz.com
STEFAN R. STOYANOV (*pro hac vice*)
sstoyanov@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Telephone (212) 506-1907
Facsimile (212) 500-3407

Attorneys for Plaintiffs
TransPerfect Global, Inc.;
TransPerfect Translations International, Inc.; and
Translations.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC.,<br>        Plaintiffs/Counterclaim Defendants,<br>v.<br>MOTIONPOINT CORPORATION,<br>        Defendant/Counterclaim Plaintiffs. | Case No. CV 10-02590 CW<br><br>**DELCARATION OF L. OKEY ONYEJEKWE IN SUPPORT OF TRANSPERFECT'S UNOPPOSED MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**<br><br>Date:    April 20, 2012<br>Time:   9:30 AM<br>Judge: The Honorable Joseph C. Spero |

DECLARATION OF OKEY ONYEJEKWE ISO
TRANSPERFECT'S MOTION FOR LEAVE

CASE NO. CV 10-02590 CW

I, L. Okey Onyejekwe Jr., declare:

1. I am an associate at Kasowitz, Benson, Torres & Friedman LLP, and counsel for plaintiffs/counterclaim defendants TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. ("TransPerfect") in this action. Unless stated on information and belief, I make this declaration based on my own personal knowledge, and if called as a witness, I could and would competently testify to the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of TransPerfect's proposed Second Amended Invalidity Contentions. Attached hereto as Exhibit 2 is a document showing the changes between TransPerfect's First Amended Invalidity Contentions and the proposed Second Amended Invalidity Contentions. Since serving its First Amended Invalidity Contentions, TransPerfect has diligently continued its search for, and analysis of, prior art.

3. On December 15, 2011, TransPerfect was served with amended infringement contentions from MotionPoint. I was one of the counsel who received those contentions.

4. On January 30, 2012, on behalf of TransPerfect, I served MotionPoint with TransPerfect's proposed amended invalidity contentions with a separate document identifying the proposed changes. Additionally, I provided copies of the proposed new charts. The proposed amendments were based on art discovered as part of TransPerfect's ongoing and diligent prior art searching. In this same correspondence, I asked MotionPoint if it had any objections. On February 3, 2012, MotionPoint responded that it did not oppose TransPerfect's amendments. Attached hereto as Exhibit 3 is a true and correct copy of that correspondence from MotionPoint.

5. On February 16, 2012, I served a slightly modified set of proposed amended contentions on MotionPoint which included some information inadvertently omitted from the January 30 proposal and also corrected some typographical errors. . Though unchanged, I again forwarded the proposed new charts. Again, in this second email, I asked MotionPoint if it had any objections. MotionPoint did not respond with any objections. Attached hereto as Exhibit 4 is a true and correct copy of my February 16, 2012 email to MotionPoint.

///

///

DECLARATION OF OKEY ONYEJEKWE ISO TRANSPERFECT'S MOTION FOR LEAVE     1     CASE NO. CV 10-02590 CW

6. Again, on March 12, 2012, in my third email to MotionPoint on the subject, I informed MotionPoint that TransPerfect would be filing a Motion for Leave to Amend, as unopposed, unless MotionPoint indicated any objection. MotionPoint has not since objected. Attached hereto as Exhibit 5 is a true and correct copy of my March 12, 2012 email to MotionPoint.

Executed this 20th day of March 2012, at Redwood Shores, California.


/s/ *L. Okey Onyejekwe Jr.*
L. Okey Onyejekwe Jr.