# EXHIBIT 3

# Okey Onyejekwe

| | |
|---|---|
| **From:** | Ott, Alexander [Aott@mwe.com] |
| **Sent:** | Friday, February 03, 2012 2:10 PM |
| **To:** | Okey Onyejekwe |
| **Cc:** | TransPerfect Service; Motionpoint |
| **Subject:** | RE: TPs Proposed 2nd Amended Invalidity Contentions |

Okey,

We are willing to agree to your proposed amendments.  We are currently considering amendments of our own in light of recent discovery and TransPerfect's amended infringement contentions and assume you will grant us the same courtesy.

Regards,
Alex

---

**From:** Okey Onyejekwe [mailto:OOnyejekwe@kasowitz.com]
**Sent:** Tuesday, January 31, 2012 1:17 AM
**To:** Ott, Alexander; Freed, Joel; Ou, Philip
**Cc:** TransPerfect Service
**Subject:** TPs Proposed 2nd Amended Invalidity Contentions

Counsel,

Enclosed are TransPerfect's proposed amended invalidity contentions regarding MotionPoint's patents-in-suit, which incorporate newly-discovered prior art and reflect the positions taken in MotionPoint's amended infringement contentions, served on December 15, 2011.  Please let us know whether MotionPoint will oppose TransPerfect's motion to leave to serve these amended contentions.  Thank you.

Okey

L. Okey Onyejekwe Jr., M.D.
Kasowitz, Benson, Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel. (650) 453-5412
Fax (650) 362-2440
OOnyejekwe@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.


*************************************************************************************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.
_____

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this

message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit http://www.mwe.com/ for more information about our Firm.