ANTHONY DE ALCUAZ (SBN: 65599)
PHILIP OU (SBN: 259896)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025 4004
Telephone: (650) 815-7400
Facsimile:  (650) 815-7401
Email: adealcuaz@mwe.com
       pou@mwe.com

JOEL M. FREED
ALEXANDER OTT (*pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W., 12th Floor
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile:  (202) 756-8087
Email: jfreed@mwe.com
       aott@mwe.com

*Attorneys for Defendant/Counterclaim Plaintiff*
*MotionPoint Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC.,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>MOTIONPOINT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | Case No.  CV 10-02590 (CW/JCS)<br><br>**MOTIONPOINT STATEMENT OF NON-OPPOSITION TO TRANSPERFECT'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**<br><br>**Date:     April 20, 2012**<br>**Time:     9:30 AM**<br>**Judge:    The Honorable Joseph C. Spero** |

On March 20, 2012, Plaintiffs and Counterclaim Defendants TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. (collectively "TransPerfect") filed an Unopposed Motion for Leave to Amend Invalidity Contentions. [Dkt. No. 116.] Defendant and Counterclaim Plaintiff MotionPoint Corporation hereby confirms that it does not oppose the motion.

Dated: March 26, 2012

Respectfully submitted,

/s/ Alexander Ott
ANTHONY DE ALCUAZ (SBN: 65599)
PHILIP OU (SBN: 259896)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025 4004
Telephone: (650) 815-7400
Facsimile: (650) 815-7401
Email: adealcuaz@mwe.com
       pou@mwe.com

JOEL M. FREED
ALEXANDER OTT (*pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W., 12th Floor
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
Email: jfreed@mwe.com
       aott@mwe.com

*Attorneys for Defendant/Counterclaim Plaintiff* MotionPoint Corporation

MOTIONPOINT STATEMENT OF NON-OPPOSITION TO TRANSPERFECT'S MOTION FOR LEAVE TO AMEND - 2 - Case No. CV 10-02590 CW