1  DOUGLAS E. LUMISH (Bar No. 183863)
   dlumish@kasowitz.com
2  JEFFREY G. HOMRIG (Bar No. 215890)
   jhomrig@kasowitz.com
3  JOSEPH H. LEE (Bar No. 248046)
   jlee@kasowitz.com
4  L. OKEY ONYEJEKWE JR. (Bar No. 250354)
   oonyejekwe@kasowitz.com
5  Kasowitz, Benson, Torres & Friedman LLP
   333 Twin Dolphin Drive, Suite 200
6  Redwood Shores, California 94070
   Telephone (650) 453-5170
7  Facsimile (650) 453-5171

8  STEVEN D. CHIN (*pro hac vice*)
   schin@kasowitz.com
9  STEFAN R. STOYANOV (*pro hac vice*)
   sstoyanov@kasowitz.com
10 Kasowitz, Benson, Torres & Friedman LLP
   1633 Broadway
11 New York, New York 10019
   Telephone (212) 506-1907
12 Facsimile (212) 500-3407

13 Attorneys for Plaintiffs
   TransPerfect Global, Inc.;
14 TransPerfect Translations International, Inc.; and
   Translations.com, Inc.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                          OAKLAND DIVISION

19

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC.,<br><br>　　　　Plaintiffs/Counterclaim Defendants,<br><br>　　v.<br><br>MOTIONPOINT CORPORATION,<br><br>　　　　Defendant/Counterclaim Plaintiffs. | Case No. CV 10-02590 CW<br><br>**[PROPOSED] ORDER GRANTING TRANSPERFECT'S UNOPPOSED MOTION FOR LEAVE TO FILE TO AMEND INVALIDITY CONTENTIONS**<br><br>**Judge: The Honorable Joseph C. Spero** |

The matter before the Court is TransPerfect Global, Inc. ("TransPerfect Global"), TransPerfect Translations International, Inc. ("TransPerfect Translations"), and Translations.com, Inc. ("Translations.com") (all collectively, "TransPerfect")'s Unopposed Motion for Leave to Amend Invalidity Contentions ("TransPerfect's Motion for Leave"). TransPerfect has attached its proposed amended invalidity contentions as Exhibit 1 to the Declaration of L. Okey Onyejekwe Jr. in support of TransPerfect's Unopposed Motion for Leave.

Having considered the motion, brief, and materials submitted therewith, the Court finds that good cause exists for TransPerfect's proposed amendments. Accordingly, it is hereby ORDERED that TransPerfect's Unopposed Motion for Leave is hereby GRANTED.

It is FURTHER ORDERED that TransPerfect may serve the proposed amended invalidity contentions, attached as Exhibit 1 to the Declaration L. Okey Onyejekwe Jr. in support of TransPerfect's Motion for Leave, on MotionPoint as of the date of this Order.

Dated: ___March 23___, 2012



/s/
Honorable
United States Magistrate Judge
Northern District of California

[Proposed] Order Granting TransPe'fect's Unopposed Mtn for Leave to Amend Invalidty Contentions     1     CASE NO. CV 10-02590 CW