DOUGLAS E. LUMISH (Bar No. 183863)
dlumish@kasowitz.com
JEFFREY G. HOMRIG (Bar No. 215890)
jhomrig@kasowitz.com
JOSEPH H. LEE (Bar No. 248046)
jlee@kasowitz.com
L. OKEY ONYEJEKWE JR. (Bar No. 250354)
oonyejekwe@kasowitz.com
JOSEPH B. SHEAR (Bar No. 262222)
jshear@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
33 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone (650) 453-5170
Facsimile (650) 453-5171

STEVEN D. CHIN (*pro hac vice*)
schin@kaoswitz.com
STEFAN R. STOYANOV (*pro hac vice*)
sstoyanov@kaoswitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone (212) 506-1700
Facsimile (212) 506-1800

Attorneys for Plaintiffs/Counterclaim Defendants TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc.

ANTHONY DE ALCUAZ (SBN: 65599)
adealcuaz@mwe.com
PHILIP OU (SBN: 259896)
pou@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025 4004
Telephone: (650) 815-7400
Facsimile:  (650) 815-7401

JOEL M. FREED
jfreed@mwe.com
ALEXANDER OTT (admitted *pro hac vice*)
aott@mwe.com
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W., 12th Floor
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile:  (202) 756-8087

Attorneys for Defendant/Counterclaim Plaintiff MotionPoint Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC.,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>MOTIONPOINT CORPORATION,<br><br>Defendant/Counterclaim Plaintiffs. | Case No.  CV 10-02590 CW (JCS)<br><br>ELECTRONIC CASE FILING<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING THE CASE SCHEDULE**<br><br>Judge: Hon. Claudia Wilken |

Plaintiffs and Counterclaim Defendants TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. (collectively "TransPerfect") and Defendant and Counterclaim Plaintiff MotionPoint Corporation ("MotionPoint") hereby jointly move the Court to set certain dates in this case.

In light of extensive discovery to date, the parties have agreed to jointly request a modification of the schedule to allow the parties sufficient time to effectively schedule and complete depositions. This stipulation does not affect the current scheduled dates for submissions to the court and does not affect the current scheduled dates for dispositive motions, claim construction, or the trial date. By stipulation, the parties previously requested the Court modify the case schedule on October 7, 2011, which the Court granted on October 11, 2011. *See* Dkt. Nos. 94, 95. The parties have met and conferred and request that the Court enter the following schedule:

| Event or Filing | Joint Proposed Dates |
| --- | --- |
| 1) Fact Discovery Deadline[1]<br>2) Parties to Designate Experts | May 25, 2012 |
| Opening Expert Reports | June 11, 2012 |
| Rebuttal Expert Reports (except for Rebuttal Damages Expert Reports) | July 2, 2012 |
| 1) Expert Discovery Deadline (except for Damages Experts)<br>2) Rebuttal Damages Expert Reports | July 13, 2012 |
| Damages Expert Discovery Deadline | July 19, 2012 |
| Opening Briefs on dispositive motions for all claims and counterclaims and on claim construction due | July 26, 2012 (Unchanged) |
| Response Briefs due | August 9, 2012 (Unchanged) |
| Reply Briefs due | August 23, 2012 (Unchanged) |

---

[1] The deadline for serving written discovery requests shall remain unchanged and is based on the currently effective fact discovery deadline of April 26, 2012.

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING THE CASE SCHEDULE — - 2 - — Case No. CV 10-02590 CW (JCS)

| | |
|---|---|
| 1) All case-dispositive motions to be heard at 2:00 P.M.<br>2) Case Management Conference | September 6, 2012<br>(Unchanged) |
| Final Pretrial Conference at 2:00 P.M. | November 21, 2012<br>(Unchanged) |
| 10 day Jury Trial will begin at 8:30 A.M. | December 3, 2012<br>(Unchanged) |

Dated: April 6, 2012    McDERMOTT WILL & EMERY LLP

/s/ Joel M. Freed
ANTHONY DE ALCUAZ (SBN: 65599)
PHILIP OU (SBN: 259896)
JOEL M. FREED
ALEXANDER OTT (admitted *pro hac vice*)

*Attorneys for Defendant/Counterclaim Plaintiff*
*MotionPoint Corporation*

Dated: April 6, 2012    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

/s/ Joseph H. Lee
DOUGLAS E. LUMISH (Bar No. 183863)
JEFFREY G. HOMRIG (Bar No. 215890)
JOSEPH H. LEE (Bar No. 248046)
L. OKEY ONYEJEKWE JR. (Bar No. 250354)
JOSEPH B. SHEAR (Bar No. 262222)
STEVEN D. CHIN (*pro hac vice*)
STEFAN R. STOYANOV (*pro hac vice*)

*Attorneys for Plaintiffs/Counterclaim Defendants*
*TransPerfect Global, Inc.; TransPerfect Translations*
*International, Inc.; and Translations.com, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Claudia Wilken
United States District Judge

JOINT STIPULATION AND [PROPOSED]
ORDER MODIFYING THE CASE SCHEDULE    - 3 -    Case No. CV 10-02590 CW (JCS)

1

      I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: April 6, 2012                  /s/ Joseph H. Lee
                                                       JOSEPH H. LEE