**United States District Court**
For the Northern District of California

1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6   TRANSPERFECT GLOBAL, INC. ET AL,          Case No.  C10-02590 CW (JCS)

7                    Plaintiff(s),

8          v.                                 **DISCOVERY ORDER RE: JOINT
                                              LETTER [Docket No. 123]**

9   MOTIONPOINT CORPORATION,

10                   Defendant(s).
    _____/

11

12          On April 30, 2012, the parties filed a Joint Letter regarding an agreement as to FRCP

13  30(b)(6) depositions, docket no. 123.

14          For good cause shown,

15          IT IS HEREBY ORDERED that the Court adopts in its entirety TransPerfect's proposed

16  compromise on page 9 of the Joint Letter.

17          IT IS SO ORDERED.

18

19  Dated: May 1, 2012

20                                            _____

21                                            JOSEPH C. SPERO
                                              United States Magistrate Judge
22

23

24

25

26

27

28