# Exhibit A

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY 10173-1922
+1 212 547 5400

03/22/2012

Invoice: 2358969
Client: 088725

Philip Shawe
Transperfect
Three Park Avenue
New York, NY 10016

For Services Rendered in Connection with:

Matter: 0012   Shawe Elting Buy Sell Agreement

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/06/12 | D. Wolf | 0.90 | Work on buy sell agreement and update file |
| 02/08/12 | D. Wolf | 0.20 | Work on buy sell |
| 02/12/12 | D. Wolf | 0.40 | Revise buy sell |
| 02/13/12 | D. Wolf | 0.40 | Emails M. Stone ; work on draft buy sell agreement |
| 02/22/12 | D. Wolf | 0.50 | Revise buy sell agreement |
| 02/23/12 | C. McCaffrey | 1.80 | Review and revise draft TransPerfect Shareholders' Agreement |
| 02/23/12 | D. Wolf | 0.20 | Finalize buy sell draft; email C. McCaffrey, M. Stone |
| 02/27/12 | C. McCaffrey | 0.20 | Discussion with D. Wolf re draft shareholders' agreement |
| 02/27/12 | D. Wolf | 0.80 | Conference C. McCaffrey; revise buy sell agreement |
| 02/28/12 | D. Wolf | 0.50 | Revise buy sell agreement to incorporate C. McCaffrey changes |
| 02/29/12 | D. Wolf | 0.50 | Complete incorporation of C. McCaffrey changes |

|  | Total Hours | 6.40 | Total For Services | $5,938.00 |
|---|---|---|---|---|
|  |  |  | Total This Invoice | $5,938.00 |

# McDermott Will & Emery

340 Madison Avenue
New York, NY 10173-1922
+1 212 547 5400

Philip Shawe
Invoice: 2358969

03/22/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| C. McCaffrey | 2.00 | 1,165.00 | 2,330.00 |
| D. Wolf | 4.40 | 820.00 | 3,608.00 |
| **Totals** | **6.40** | | **$5,938.00** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott Will & Emery

340 Madison Avenue
New York, NY 10173-1922
+1 212 547 5400

Philip Shawe
Invoice: 2358969

03/22/2012

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0012 Shawe Elting Buy Sell Agreement | 6.40 | 5,938.00 | 0.00 | 0.00 | 5,938.00 |
| **Totals** | **6.40** | **$5,938.00** | **$0.00** | **$0.00** | **$ 5,938.00** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott Will & Emery

**Invoice**
340 Madison Avenue
New York, NY 10173-1922
+1 212 547 5400

Philip Shawe
Transperfect
Three Park Avenue
New York, NY 10016

Client: 088725
Invoice: 2358969
Invoice Date: 03/22/2012

**Remittance Copy**
**Billing for services rendered through 02/29/2012**

0012 Shawe Elting Buy Sell Agreement

| | |
|---|---:|
| Total Services | $ 5,938.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 5,938.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Milan Munich New York Orange County Paris Rome Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

Philip Shawe
Transperfect
Three Park Avenue
New York, NY  10016

**Invoice**
340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Client:        088725
Invoice:       2358969
Invoice Date:  03/22/2012

## Client Copy
### Billing for services rendered through 02/29/2012

0012 Shawe Elting Buy Sell Agreement

Total Services                                               $ 5,938.00

Total Costs and Other Charges Posted Through Billing Period       0.00

**Total This Invoice**                                       **$ 5,938.00**



To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TRANSPERFECT TRANSLATIONS INTERNATIONAL INC. - OPERATING ACCOUNT | | | | | 311963 | | | 311963 |
| MCDE0001 | McDermott, Will & Emery | | 00000000000000349877 4/19/2012 | | | | | |
| 00000000001876128 | 2358969 | 3/22/2012 | $5,938.00 | $5,938.00 | $0.00 | $0.00 | | $5,938.00 |

SCANNED
APR 2 6 2012

CHECK MAILED
APR 2 6 2012

| | | | | |
|---|---|---|---|---|
| $5,938.00 | $5,938.00 | $0.00 | $0.00 | $5,938.00 |

---

**311963**

TRANSPERFECT TRANSLATIONS, INC.
OPERATING ACCOUNT
THREE PARK AVE
NEW YORK, NY 10016

1-1357-260

Five Thousand Nine Hundred Thirty Eight Dollars and 00 Cents

DATE 4/19/2012
AMOUNT $5,938.00

PAY TO THE ORDER OF
McDermott, Will & Emery
PO Box 7247-6755
Philadelphia PA 19170-6755

VOID AFTER 90 DAYS
TWO SIGNATURES REQUIRED OVER $5000

⑆311963⑆ ⑈026013576⑈ 1500569014⑆

---

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TRANSPERFECT TRANSLATIONS INTERNATIONAL INC. - OPERATING ACCOUNT | | | | | 311963 | | | 311963 |
| MCDE0001 | McDermott, Will & Emery | | 00000000000000349877 4/19/2012 | | | | | |
| 00000000001876128 | 2358969 | 3/22/2012 | $5,938.00 | $5,938.00 | $0.00 | $0.00 | | $5,938.00 |

| | | | | |
|---|---|---|---|---|
| $5,938.00 | $5,938.00 | $0.00 | $0.00 | $5,938.00 |

PRODUCT DLM102   USE WITH 91500 ENVELOPE                                PRINTED IN U.S.A.