United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRANSPERFECT GLOBAL, INC. ET AL,

        Plaintiff(s),

    v.

MOTIONPOINT CORPORATION,

        Defendant(s).

_____/

Case No.  C10-02590 CW (JCS)

**ORDER  DENYING PLAINTIFFS
LETTER REQUESTING EMERGENCY
RELIEF [Docket No. 129]**

      On May 17, 2012, Plaintiffs filed a Letter Regarding Request for Emergency Relief, docket no. 129. (the "Letter").

      IT IS HEREBY ORDERED that the Letter is DENIED without prejudice to filing a proper motion before the district judge.

      IT IS SO ORDERED.

Dated:  May 18, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge