ANTHONY DE ALCUAZ (SBN: 65599)
PHILIP OU (SBN: 259896)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025 4004
Telephone: (650) 815-7400
Facsimile:  (650) 815-7401
Email:  adealcuaz@mwe.com
        pou@mwe.com

JOEL M. FREED
ALEXANDER OTT (*pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W., 12th Floor
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile:  (202) 756-8087
Email:  jfreed@mwe.com
        aott@mwe.com

*Attorneys for Defendant/Counterclaim Plaintiff*
*MotionPoint Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC.,<br><br>        Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>MOTIONPOINT CORPORATION,<br><br>        Defendant/Counterclaim Plaintiff. | Case No.  CV 10-02590 (CW/JCS)<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL [Civil L.R. 79-5(d)]**<br><br>**Date:     June 20, 2012**<br>**Time:     9:30 AM**<br>**Judge:    The Honorable Joseph C. Spero** |

Pursuant to Civil Local Rules 79-5(d) and 7-11, Defendant and Counterclaim Plaintiff MotionPoint Corporation ("MotionPoint") submits this Administrative Motion to file a Joint Letter to the Court Regarding the Parties' In-Person Meet and Confer (and corresponding exhibits) containing information designated as confidential by TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. (collectively, "TransPerfect").

MotionPoint has electronically filed redacted versions of the Joint Letter and exhibits and will lodge unredacted versions with the Court.

MotionPoint does not believe that the designated material is "sealable", but does not oppose TransPerfect's requested redactions.

Dated: May 18, 2012

Respectfully submitted,

/s/ Alexander Ott
ANTHONY DE ALCUAZ (SBN: 65599)
PHILIP OU (SBN: 259896)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025 4004
Telephone: (650) 815-7400
Facsimile: (650) 815-7401
Email: adealcuaz@mwe.com
pou@mwe.com

JOEL M. FREED
ALEXANDER OTT (*pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W., 12th Floor
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
Email: jfreed@mwe.com
aott@mwe.com

*Attorneys for Defendant/Counterclaim Plaintiff*
MotionPoint Corporation