ANTHONY DE ALCUAZ (SBN: 65599)
PHILIP OU (SBN 259896)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road Suite 100
Menlo Park, CA  94025-4004
Telephone:      650 815 7400
Facsimile:       650 815 7401
Email: adealcuaz@mwe.com
           pou@mwe.com

JOEL M. FREED
ALEXANDER OTT (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W., 12th Floor
Washington, DC 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
Email: jfreed@mwe.com
           aott@mwe.com

Attorneys for Defendant and Counterclaim Plaintiff,
MotionPoint Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC.,<br><br>           Plaintiff/ Counterclaim defendants,<br><br>      v.<br><br>MOTIONPOINT CORPORATION,<br><br>           Defendant/ Counterclaim plaintiff. | CASE NO.  CV 10-02590 CW<br><br>ELECTRONIC CASE FILING<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL [Civil L.R. 79-5(d)]**<br><br>Before:     Hon. Judge Joseph C. Spero |

The matter before the Court is MotionPoint Corporation's ("MotionPoint") Administrative Motion to File Under Seal a Joint Letter to the Court Regarding the Parties' In-Person Meet and Confer (and corresponding exhibits) containing information designated as confidential by TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com,

1  Inc. (collectively, "TransPerfect"). Good cause appearing therefore, it is hereby ordered that:

2      MotionPoint's Administrative Motion to File Under Seal is hereby GRANTED.

4      IT IS SO ORDERED.

6  Dated: _____

                                        Judge Joseph C. Spero
                                        United States District Judge

DM_US 35228453-1.074869.0022

[Proposed] Order to FUS         2         Case No. CV 10-02590 CW

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK