DOUGLAS E. LUMISH (Bar No. 183863)
dlumish@kasowitz.com
JEFFREY G. HOMRIG (Bar No. 215890)
jhomrig@kasowitz.com
JOSEPH H. LEE (Bar No. 248046)
jlee@kasowitz.com
L. OKEY ONYEJEKWE JR. (Bar No. 250354)
oonyejekwe@kasowitz.com
JOSEPH B. SHEAR (Bar No. 262222)
jshear@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Tel: (650) 453-5170; Fax: (650) 453-5171

MICHAEL EISENBERG (*pro hac vice*)
meisenberg@kasowitz.com
STEVEN D. CHIN (*pro hac vice*)
schin@kasowitz.com
STEFAN R. STOYANOV (*pro hac vice*)
sstoyanov@kasowitz.com
ROBERT P. WATKINS III (*pro hac vice*)
rwatkins@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700; Fax: (212) 506-1800

Attorneys for Plaintiffs/Counterclaim Defendants
TransPerfect Global, Inc., TransPerfect Translations
International, Inc., and Translations.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC., <br><br> Plaintiffs/Counterclaim defendants, <br><br> v. <br><br> MOTIONPOINT CORPORATION, <br><br> Defendant/Counterclaim plaintiff. | Case No. CV 10-02590 CW (JCS) <br><br> **NOTICE OF REVISED HEARING DATE RE: TRANSPERFECT'S MOTION FOR STAY OF DISCOVERY (D.I. 134)** <br><br> Date:  Thursday, June 28, 2012 <br> Time:  2:00 PM <br> Judge:  Hon. Claudia Wilken |

1      Pursuant to Clerk's Notice of May 21, 2012, TransPerfect hereby re-notices its

2   Emergency Motion for Stay of Discovery (D.I. 134) for a hearing date of June 28, 2012.

3

4

5   Dated: May 21, 2012                          Kasowitz, Benson, Torres & Friedman LLP

6

7                                        By: /s/ L. Okey Onyejekwe Jr.
                                              Douglas E. Lumish
8                                             Jeffrey G. Homrig
                                              Joseph H. Lee
9                                             Lawrence Okey Onyejekwe Jr.
                                              Joseph B. Shear
10                                            Michael Eisenberg *(pro hac vice)*
                                              Steven D. Chin *(pro hac vice)*
11                                            Stefan R. Stoyanov *(pro hac vice)*
                                              Robert P. Watkins, III *(pro hac vice)*
12
                                              Attorneys for Plaintiffs/Counterclaim
13                                            Defendants TransPerfect Global, Inc.,
                                              TransPerfect Translations International,
14                                            Inc., and Translations.com, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28