| | |
|---|---|
| DOUGLAS E. LUMISH (Bar No. 183863)<br>dlumish@kasowitz.com<br>JEFFREY G. HOMRIG (Bar No. 215890)<br>jhomrig@kasowitz.com<br>JOSEPH H. LEE (Bar No. 248046)<br>jlee@kasowitz.com<br>L. OKEY ONYEJEKWE JR. (Bar No. 250354)<br>oonyejekwe@kasowitz.com<br>JOSEPH B. SHEAR (Bar No. 262222)<br>jshear@kasowitz.com<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065<br>Tel: (650) 453-5170; Fax: (650) 453-5171<br><br>MICHAEL EISENBERG (*pro hac vice*)<br>meisenberg@kasowitz.com<br>STEVEN D. CHIN (*pro hac vice*)<br>schin@kasowitz.com<br>STEFAN R. STOYANOV (*pro hac vice*)<br>sstoyanov@kasowitz.com<br>ROBERT P. WATKINS III (*pro hac vice*)<br>rwatkins@kasowitz.com<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 Broadway<br>New York, New York 10019<br>Tel: (212) 506-1700; Fax: (212) 506-1800<br><br>Attorneys for Plaintiffs/Counterclaim Defendants TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. | ANTHONY DE ALCUAZ (SBN: 65599)<br>PHILIP OU (SBN: 259896)<br>McDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Suite 100 Menlo Park, CA 94025 4004 Telephone: (650) 815-7400 Facsimile: (650) 815-7401<br>Email:  adealcuaz@mwe.com<br>              pou@mwe.com<br><br>JOEL M. FREED<br>ALEXANDER OTT (*pro hac vice*)<br>McDERMOTT WILL & EMERY LLP<br>600 13th Street, N.W., 12th Floor<br>Washington, D.C. 20005-3096<br>Telephone: (202) 756-8000<br>Facsimile:  (202) 756-8087<br>Email:  jfreed@mwe.com<br>              aott@mwe.com<br><br>Attorneys for Defendant/Counterclaim Plaintiff MotionPoint Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC.,<br><br>Plaintiffs/Counterclaim defendants,<br><br>v.<br><br>MOTIONPOINT CORPORATION,<br><br>Defendant/Counterclaim plaintiff. | Case No. CV 10-02590 CW (JCS)<br><br>**JOINT STIPULATION AGREEING TO TRANSPERFECT'S MOTION TO SHORTEN TIME RE: ITS EMERGENCY MOTION FOR STAY OF DISCOVERY**<br><br>Date:       Thursday, May 24, 2012<br>Time:      2:00 PM<br>Judge:     Hon. Claudia Wilken |

1  WHEREAS TransPerfect has filed an Emergency Motion for Stay of Discovery (D.I. 134); and

2  WHEREAS TransPerfect has filed a Motion to Shorten Time (D.I. 136) regarding its Emergency Motion; and

3  WHEREAS the parties agree that, in light of the nature of the Emergency Motion and the timing of discovery that remains to occur, it is in the interest of both parties to resolve the Emergency Motion as expeditiously as possible;

4  THEREFORE, the parties hereby stipulate, subject to approval of the Court, that the briefing and hearing schedule for TransPerfect's Emergency Motion be shortened as follows:

Emergency Motion: On File

Responsive Brief: Due Tuesday, May 22, 2012

Reply Brief: Due Wednesday, May 23, 2012, 2 p.m.

Hearing: ~~Thursday, May 24, 2012, 2 p.m~~. Friday, May 25, 2012 at 9:00 a.m.- JCS

ACCORDINGLY, the parties agree that the Court should GRANT TransPerfect's Motion to Shorten Time (D.I. 136).

Dated: May 21, 2012                     Kasowitz, Benson, Torres & Friedman LLP

By: /s/ Joseph H. Lee
Douglas E. Lumish
Jeffrey G. Homrig
Joseph H. Lee
Lawrence Okey Onyejekwe Jr.
Joseph B. Shear
Michael Eisenberg *(pro hac vice)*
Steven D. Chin *(pro hac vice)*
Stefan R. Stoyanov *(pro hac vice)*
Robert P. Watkins, III *(pro hac vice)*

Attorneys for Plaintiffs/Counterclaim Defendants TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc.

JOINT STIPULATION AGREEING TO
TRANSPERFECT'S MOTION TO SHORTEN TIME     - 1 -     CASE NO. CV 10-02590 CW (JCS)

Dated: May 21, 2012

/s/ Philip Ou
ANTHONY DE ALCUAZ (SBN: 65599)
PHILIP OU (SBN: 259896)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 10
Menlo Park, CA 94025-4004
Telephone: (650) 815-7400
Facsimile: (650) 815-7401
Email:  adealcuaz@mwe.com
           pou@mwe.com

JOEL M. FREED
ALEXANDER OTT (*pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W., 12th Floor
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile:   (202) 756-8087
Email: jfreed@mwe.com
           aott@mwe.com

Attorneys for Defendant/Counterclaim Plaintiff
MotionPoint Corporation

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated:  May 21, 2012

/s/ Joseph H. Lee
Joseph H. Lee

Dated: May 22, 2012

IT IS SO ORDERED AS MODIFIED

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION AGREEING TO
TRANSPERFECT'S MOTION TO SHORTEN TIME                - 2 -                    CASE NO. CV 10-02590 CW (JCS)