**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., ET AL, | Case No.  C10-02590 CW (JCS) |
| Plaintiff(s), | |
| v. | **DISCOVERY ORDER RE: JOINT LETTER [Docket No. 133]** |
| MOTIONPOINT CORPORATION, | |
| Defendant(s). _____/ | |

On May 18, 2012, the parties filed a Joint Letter Seeking to Compel the Deposition of the Co-CEO of Plaintiff (the "Motion").

Good cause appearing,

IT IS HEREBY ORDERED THAT the Motion is DENIED.  Defendant has not shown that this Ms. Elting has personal non-repetitive knowledge relevant to the facts and issues in this case sufficient to justify this apex deposition.  The Court notes that Defendant has already deposed Ms. Elting's co-CEO.

IT IS SO ORDERED.

Dated: May 24, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge