1  ANTHONY DE ALCUAZ (SBN: 65599)
   PHILIP OU (SBN: 259896)
2  McDERMOTT WILL & EMERY LLP
3  275 Middlefield Road, Suite 100
   Menlo Park, CA 94025 4004
4  Telephone: (650) 815-7400
   Facsimile:  (650) 815-7401
5  Email: adealcuaz@mwe.com
          pou@mwe.com
6
7  JOEL M. FREED                              JAMES M. WAGSTAFFE (95535)
   ALEXANDER OTT (*pro hac vice*)             ADRIAN J. SAWYER (203712)
8  McDERMOTT WILL & EMERY LLP                 DANIEL A. ZAHEER (237118)
   600 13th Street, N.W., 12th Floor          KERR & WAGSTAFFE LLP
9  Washington, D.C. 20005-3096                100 Spear Street, 18th Floor
   Telephone: (202) 756-8000                  San Francisco, CA 94105–1528
10 Facsimile:  (202) 756-8087                 Email: wagstaffe@kerrwagstaffe.com
   Email: jfreed@mwe.com                             sawyer@kerrwagstaffe.com
11        aott@mwe.com                               zaheer@kerrwagstaffe.com
12
   *Attorneys for Defendant/Counterclaim*     *Attorneys for*
13 *Plaintiff MotionPoint Corporation*        *McDermott Will & Emery LLP*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC.,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>MOTIONPOINT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | Case No. CV 10-02590 CW<br><br>**AMENDED STIPULATION AND [PROPOSED] AMENDED ORDER RE: MOTION TO SEAL PORTIONS OF RESPONSE TO TRANSPERFECT'S MOTION FOR STAY [CIVIL L.R. 7-11; 7-12; 79-5(d)]**<br><br>COURT:  Mag. Joseph C. Spero<br><br>TRIAL:  December 3, 2012 |

**AMENDED STIPULATION**[1]

WHEREAS, TransPerfect has identified certain information in its Emergency Motion to Stay as confidential and has requested that such information be sealed;

WHEREAS, MotionPoint's brief in response to the Emergency Motion to Stay and portions of Exhibits A-J to the Declaration of Daniel A. Zaheer in support, contain information that TransPerfect has designated as confidential;

THEREFORE, the parties hereby stipulate and agree that MotionPoint may pursuant to Civil Local Rule 79-5(d) file a redacted version of its brief in response to the Emergency Motion to Stay, as well as a redacted version of Exhibits A-J to the Declaration of Daniel A. Zaheer in support.  MotionPoint may also simultaneously lodge under seal with the Court unredacted versions of these documents.

SO STIPULATED.

Date:   May 23, 2012                    By:  /s/ Philip Ou
                                              Philip Ou

                                        *Attorney for Defendant/Counterclaim Plaintiff MotionPoint Corporation*

                                        By:  /s/ Joseph H. Lee
                                              Joseph H. Lee

                                        *Attorney for Plaintiffs/Counterclaim Defendants TransPerfect Global, Inc., et al.*

**[PROPOSED] AMENDED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: May 24, 2012

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

---

[1] This document corrects a typographical error in the original Stipulation and [Proposed] Order, filed May 22, 2012.  *See* Dkt. #s 147, 151.  The original filing inadvertently identified Mr. Lee as counsel for MotionPoint, rather than counsel for TransPerfect.

STIPULATION AND [PROPOSED] ORDER RE: MOTION TO SEAL