[COUNSEL LISTED AT END]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC.,<br><br>　　　　Plaintiffs/Counterclaim Defendants,<br><br>　v.<br><br>MOTIONPOINT CORPORATION,<br><br>　　　　Defendant/Counterclaim Plaintiffs. | Case No. CV 10-02590 CW (JCS)<br><br>ELECTRONIC CASE FILING<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY AND SETTING BRIEFING SCHEDULE**<br><br><br>Date: May 25, 2012<br>Time: 9:00 A.M.<br>Judge: Hon. Joseph C. Spero |

### STIPULATION

WHEREAS, TransPerfect has notified the Court that it intends to file a motion ("Disqualification Motion") to disqualify McDermott Will & Emery LLP as counsel for defendant and counterclaim plaintiff MotionPoint Corporation.

WHEREAS, at the Court's direction, the Parties have met and conferred regarding an expedited briefing schedule for TransPerfect's Disqualification Motion and a brief stay in discovery.

1  THEREFORE, the Parties hereby stipulate to the following:

2

| Event or Filing | Joint Proposed Dates |
|---|---|
| TransPerfect To File Its Disqualification Motion | Friday, May 25, 2012 |
| MotionPoint To File Its Opposition | Friday, June 1, 2012 |
| TransPerfect To File its Reply | Wednesday, June 6, 2012 |
| Hearing<br><br>Monday, 6/18/12 at 3:00 p.m., (special setting) before Mag. Judge Spero | ~~Friday, June 8, 2012 or as soon thereafter as the Court's schedule will accommodate.~~ |

The Parties further agree that no discovery take place from now until the Court issues an Order resolving TransPerfect's Disqualification Motion.

The Parties do, however, dispute the scope of post-stay discovery rights of the Parties, but agree that presentation and resolution of that dispute be deferred until or after (at the Court's direction) the Court's Hearing on TransPerfect's Disqualification Motion.

**SO STIPULATED.**

Dated: May 24, 2012          McDERMOTT WILL & EMERY LLP

/s/ Philip Ou
ANTHONY DE ALCUAZ (SBN: 65599)
PHILIP OU (SBN: 259896)
JOEL M. FREED
ALEXANDER OTT (admitted *pro hac vice*)

*Attorneys for Defendant/Counterclaim Plaintiff MotionPoint Corporation*

JAMES M. WAGSTAFFE (95535)
ADRIAN J. SAWYER (203712)
DANIEL A. ZAHEER (237118)
KERR & WAGSTAFFE LLP

*Attorneys for*
*McDermott Will & Emery LLP*

JOINT STIPULATION AND [~~PROPOSED~~]
ORDER TO STAY DISCOVERY AND SETTING         - 2 -         Case No. CV 10-02590 CW (JCS)
BRIEFING SCHEDULE

Dated: May 24, 2012          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

/s/ Douglas E. Lumish
DOUGLAS E. LUMISH (Bar No. 183863)
JEFFREY G. HOMRIG (Bar No. 215890)
JOSEPH H. LEE (Bar No. 248046)
L. OKEY ONYEJEKWE JR. (Bar No. 250354)
JOSEPH B. SHEAR (Bar No. 262222)
MICHAEL EISENBERG (*pro hac vice*)
STEVEN D. CHIN (*pro hac vice*)
STEFAN R. STOYANOV (*pro hac vice*)
ROBERT P. WATKINS, III (*pro hac vice*)

*Attorneys for Plaintiffs/Counterclaim Defendants TransPerfect Global, Inc.; TransPerfect Translations International, Inc.; and Translations.com, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 05/25/12

Hon. Joseph C. Spero
United States District Judge

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero — United States District Court, Northern District of California]

**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY AND SETTING BRIEFING SCHEDULE**       - 3 -       Case No. CV 10-02590 CW (JCS)

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: May 24, 2012 /s/ Philip Ou
PHILIP OU

DOUGLAS E. LUMISH (Bar No. 183863)
dlumish@kasowitz.com
JEFFREY G. HOMRIG (Bar No. 215890)
jhomrig@kasowitz.com
JOSEPH H. LEE (Bar No. 248046)
jlee@kasowitz.com
L. OKEY ONYEJEKWE JR. (Bar No. 250354)
oonyejekwe@kasowitz.com
JOSEPH B. SHEAR (Bar No. 262222)
jshear@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
33 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone (650) 453-5170
Facsimile (650) 453-5171

MICHAEL EISENBERG (*pro hac vice*)
meisenberg@kasowitz.com
STEVEN D. CHIN (*pro hac vice*)
schin@kaoswitz.com
STEFAN R. STOYANOV (*pro hac vice*)
sstoyanov@kaoswitz.com
ROBERT P. WATKINS, III (*pro hac vice*)
rwatkins@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone (212) 506-1700
Facsimile (212) 506-1800

*Attorneys for Plaintiffs/Counterclaim Defendants*
*TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc.*

**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY AND SETTING BRIEFING SCHEDULE** - 4 - Case No. CV 10-02590 CW (JCS)

1  ANTHONY DE ALCUAZ (SBN: 65599)
   adealcuaz@mwe.com
2  PHILIP OU (SBN: 259896)
   pou@mwe.com
3  McDERMOTT WILL & EMERY LLP
4  275 Middlefield Road, Suite 100
   Menlo Park, CA 94025 4004
5  Telephone: (650) 815-7400
   Facsimile:  (650) 815-7401
6
7  JOEL M. FREED
   jfreed@mwe.com
8  ALEXANDER OTT (admitted *pro hac vice*)
   aott@mwe.com
9  McDERMOTT WILL & EMERY LLP
   600 13th Street, N.W., 12th Floor
10 Washington, D.C. 20005-3096
11 Telephone: (202) 756-8000
   Facsimile:  (202) 756-8087
12
   *Attorneys for Defendant/Counterclaim Plaintiff MotionPoint Corporation*
13
14 JAMES M. WAGSTAFFE (95535)
   ADRIAN J. SAWYER (203712)
15 DANIEL A. ZAHEER (237118)
   KERR & WAGSTAFFE LLP
16 100 Spear Street, 18th Floor
   San Francisco, CA 94105–1528
17 wagstaffe@kerrwagstaffe.com
   zaheer@kerrwagstaffe.com
18
19 *Attorneys for*
   *McDermott Will & Emery LLP*
20

**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY AND SETTING BRIEFING SCHEDULE** — 5 —   Case No.  CV 10-02590 CW (JCS)