UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., ET AL, | Case No. C10-02590 CW (JCS) |
| Plaintiff(s), | |
| v. | **DISCOVERY ORDER RE: JOINT SUBMISSION RE: EFFECT OF JUNE 18 HEARING DATE [Docket No. 165]** |
| MOTIONPOINT CORPORATION, | |
| Defendant(s). | |

On May 25, 2012, the parties submitted a Joint Letter re: Effect of June 18 Hearing Date.

IT IS HEREBY ORDERED that the parties shall serve expert disclosures and expert reports as previously scheduled. The Court will determine later whether supplemental reports will be permitted.

IT IS SO ORDERED.

Dated: May 30, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge