ANTHONY DE ALCUAZ (SBN: 65599)
PHILIP OU (SBN: 259896)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025 4004
Telephone: (650) 815-7400
Facsimile: (650) 815-7401
Email: adealcuaz@mwe.com
       pou@mwe.com

JOEL M. FREED
ALEXANDER OTT (*pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W., 12th Floor
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
Email: jfreed@mwe.com
       aott@mwe.com

*Attorneys for Defendant/Counterclaim Plaintiff
MotionPoint Corporation*

JAMES M. WAGSTAFFE (95535)
ADRIAN J. SAWYER (203712)
DANIEL A. ZAHEER (237118)
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA 94105–1528
wagstaffe@kerrwagstaffe.com
sawyer@kerrwagstaffe.com
zaheer@kerrwagstaffe.com

*Attorneys for
McDermott Will & Emery LLP*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> MOTIONPOINT CORPORATION, <br><br> Defendant/Counterclaim Plaintiff. | Case No. CV 10-02590 CW (JCS) <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER RE: MOTION TO SEAL PORTIONS OF MOTIONPOINT'S OPPOSITION TO TRANSPERFECT'S MOTION FOR DISQUALIFICATION [CLR 7-11, 7-12, 79-5]** <br><br> **Date:** June 6, 2012 <br> **Time:** 9:00 a.m. <br> **Judge:** Hon. Joseph C. Spero |

## STIPULATION

WHEREAS, TransPerfect has identified or designated certain information as confidential and has requested that such information be sealed;

WHEREAS, portions of MotionPoint's Opposition to TransPerfect's Motion for Disqualification, the McCaffrey Declaration and Exhibits F-L, and the Freed Declaration and Exhibit B contain information that TransPerfect has identified or designated as confidential;

THEREFORE, the parties hereby stipulate and agree that MotionPoint may, pursuant to Civil Local Rule 79-5(d), file a redacted version of its Opposition to TransPerfect's Motion for Disqualification, as well as a redacted versions of the McCaffrey Declaration and Exhibits F-L, and the Freed Declaration and Exhibit B. MotionPoint will also simultaneously lodge under seal with the Court the unredacted versions of these documents.

SO STIPULATED.

Date: June 1, 2012

/s/ Alexander Ott
Alexander Ott

*Attorneys for Defendant/Counterclaim Plaintiff MotionPoint Corporation*

/s/ L. Okey Onyejekwe
L. Okey Onyejekwe Jr., M.D.

/s/ Adrian J. Sawyer
Adrian J. Sawyer

*Attorneys for Plaintiffs/Counterclaim Defendants TransPerfect Global, Inc., Transperfect Translations International, Inc., and Translations.com, Inc.*

*Attorneys for McDermott Will & Emery LLP*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: June 4, 2012

_____
Hon. JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER — - 2 - Case No. CV 10-02590 CW (JCS)

I, Adrian Sawyer, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RE: MOTION TO SEAL PORTIONS OF MOTIONPOINT'S OPPOSITION TO TRANSPERFECT'S MOTION FOR DISQUALIFICATION [CLR 7-11, 7-12, 79-5]**.  In compliance with General Order 45, X.B., I hereby attest that Alexander Ott, Counsel for Defendant MotionPoint Corporation, and L. Okey Onyejekw , Counsel for Plaintiffs, has concurred in this filing.

DATED:  June 1, 2012                                             **KERR & WAGSTAFFE LLP**


                                                                 By /s/ Adrian J. Sawyer_____
                                                                     ADRIAN J. SAWYER