1
2

[COUNSEL LISTED AT END]

3
4

**UNITED STATES DISTRICT COURT**

5

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

6
7
8

TRANSPERFECT GLOBAL, INC.,
TRANSPERFECT TRANSLATIONS
INTERNATIONAL, INC., AND
TRANSLATIONS.COM, INC.,

Case No.  CV 10-02590 CW (JCS)

ELECTRONIC CASE FILING

9

Plaintiffs/Counterclaim
Defendants,

**JOINT STIPULATION AND
[PROPOSED] ORDER ADVANCING
JUNE 18, 2012 HEARING TIME**

10
11

v.

DATE: June 18, 2012
TIME:  3:00 P.M.
DEPT:  Hon. Joseph C. Spero

MOTIONPOINT CORPORATION,

12
13

Defendant/Counterclaim
Plaintiffs.

14

**STIPULATION**

15

Plaintiffs and Counterclaim Defendants TransPerfect Global, Inc., TransPerfect

16

Translations International, Inc., and Translations.com, Inc. (collectively "TransPerfect") and

17

Defendant and Counterclaim Plaintiff MotionPoint Corporation ("MotionPoint") hereby jointly

18

move the Court to advance the hearing time of TransPerfect's Motion to Disqualify Counsel (Dkt.

19

No. 168) from 3:00 PM to 12:30 PM on June 18, 2012.

20

MotionPoint has notified the Court of a scheduling conflict with the 3:00 PM hearing

21

time on June 18, 2012 and has proposed advancing the hearing to 12:30 PM.  TransPefect does

22

not oppose.  The Parties further understand that the Court agrees to advance the hearing time to

23

12:30 PM on June 18, 2012.

24

**SO STIPULATED.**

25
26
27
28

1   Dated: June 15, 2012                    McDERMOTT WILL & EMERY LLP

2
                                            /s/ Philip Ou
3                                           ANTHONY DE ALCUAZ (SBN: 65599)
                                            PHILIP OU (SBN: 259896)
4                                           JOEL M. FREED
                                            ALEXANDER OTT (admitted *pro hac vice*)
5
                                            *Attorneys for Defendant/Counterclaim Plaintiff*
6                                           *MotionPoint Corporation*

7                                           JAMES M. WAGSTAFFE (95535)
                                            ADRIAN J. SAWYER (203712)
8                                           DANIEL A. ZAHEER (237118)
                                            KERR & WAGSTAFFE LLP
9                                           100 Spear Street, 18th Floor
10                                          San Francisco, CA 94105–1528
                                            wagstaffe@kerrwagstaffe.com
11                                          zaheer@kerrwagstaffe.com

12                                          *Attorneys for*
                                            *McDermott Will & Emery LLP*
13

14  Dated: June 15, 2012                    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

15
                                            /s/ Joseph H. Lee
16                                          DOUGLAS E. LUMISH (Bar No. 183863)
                                            JEFFREY G. HOMRIG (Bar No. 215890)
17                                          JOSEPH H. LEE (Bar No. 248046)
                                            L. OKEY ONYEJEKWE JR. (Bar No. 250354)
18                                          JOSEPH B. SHEAR (Bar No. 262222)
                                            STEVEN D. CHIN (*pro hac vice*)
19                                          STEFAN R. STOYANOV (*pro hac vice*)

20                                          *Attorneys for Plaintiffs/Counterclaim Defendants*
                                            *TransPerfect Global, Inc.; TransPerfect Translations*
21                                          *International, Inc.; and Translations.com, Inc.*

22

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24
    Dated:  06/18/12
25                                          Hon. Joseph C.
                                            United States D.
26

27

28
    **JOINT STIPULATION AND**
    **[PROPOSED] ORDER ADVANCING**          - 2 -                Case No.  CV 10-02590 CW (JCS)
    **JUNE 18, 2012 HEARING TIME**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: June 15, 2012                                    /s/ Philip Ou
                                                        PHILIP OU

1    DOUGLAS E. LUMISH (Bar No. 183863)
      dlumish@kasowitz.com
2    JEFFREY G. HOMRIG (Bar No. 215890)
      jhomrig@kasowitz.com
3    JOSEPH H. LEE (Bar No. 248046)
      jlee@kasowitz.com
4    L. OKEY ONYEJEKWE JR. (Bar No. 250354)
      oonyejekwe@kasowitz.com
5    JOSEPH B. SHEAR (Bar No. 262222)
      jshear@kasowitz.com
6    KASOWITZ, BENSON, TORRES &
      FRIEDMAN LLP
7    33 Twin Dolphin Drive, Suite 200
      Redwood Shores, California 94065
8    Telephone (650) 453-5170
      Facsimile (650) 453-5171
9
10   STEVEN D. CHIN (*pro hac vice*)
      schin@kaoswitz.com
      STEFAN R. STOYANOV (*pro hac vice*)
11   sstoyanov@kaoswitz.com
      KASOWITZ, BENSON, TORRES &
12   FRIEDMAN LLP
13   1633 Broadway
      New York, New York 10019
14   Telephone (212) 506-1700
      Facsimile (212) 506-1800
15
16   Attorneys for Plaintiffs/Counterclaim
      Defendants TransPerfect Global, Inc.,
17   TransPerfect Translations International, Inc.,
      and Translations.com, Inc.

ANTHONY DE ALCUAZ (SBN: 65599)
adealcuaz@mwe.com
PHILIP OU (SBN: 259896)
pou@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025 4004
Telephone: (650) 815-7400
Facsimile:  (650) 815-7401

JOEL M. FREED
jfreed@mwe.com
ALEXANDER OTT (admitted *pro hac vice*)
aott@mwe.com
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W., 12th Floor
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile:  (202) 756-8087

Attorneys for Defendant/Counterclaim Plaintiff
MotionPoint Corporation

JAMES M. WAGSTAFFE (95535)
ADRIAN J. SAWYER (203712)
DANIEL A. ZAHEER (237118)
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA 94105–1528
wagstaffe@kerrwagstaffe.com
zaheer@kerrwagstaffe.com

*Attorneys for*
*McDermott Will & Emery LLP*

18
19
20
21
22
23
24
25
26
27
28