1 | DOUGLAS E. LUMISH (Bar No. 183863)
dlumish@kasowitz.com
2 | JEFFREY G. HOMRIG (Bar No. 215890)
jhomrig@kasowitz.com
3 | JOSEPH H. LEE (Bar No. 248046)
jlee@kasowitz.com
4 | L. OKEY ONYEJEKWE JR. (Bar No. 250354)
oonyejekwe@kasowitz.com
5 | JOSEPH B. SHEAR (Bar No. 262222)
jshear@kasowitz.com
6 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
7 | Redwood Shores, California 94065
Tel: (650) 453-5170; Fax: (650) 453-5171
8 |
MICHAEL EISENBERG (*pro hac vice*)
9 | meisenberg@kasowitz.com
STEVEN D. CHIN (*pro hac vice*)
10 | schin@kasowitz.com
STEFAN R. STOYANOV (*pro hac vice*)
11 | sstoyanov@kasowitz.com
ROBERT P. WATKINS III (*pro hac vice*)
12 | rwatkins@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
13 | 1633 Broadway
New York, New York 10019
14 | Tel: (212) 506-1700; Fax: (212) 506-1800

15 | Attorneys for Plaintiffs/Counterclaim Defendants
TransPerfect Global, Inc., TransPerfect Translations
16 | International, Inc., and Translations.com, Inc.

17 | <center>UNITED STATES DISTRICT COURT</center>

18 | <center>NORTHERN DISTRICT OF CALIFORNIA</center>

19 | <center>OAKLAND DIVISION</center>

| | |
|---|---|
| 20 TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS | Case No. CV 10-02590 CW (JCS) |
| 21 INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC., | **STIPULATION AND [PROPOSED] ORDER RE: CONTINUATION OF STAY OF FACT** |
| 22 | **DISCOVERY AND STAY OF EXPERT PROCEEDINGS PENDING RESOLUTION** |
| 23 Plaintiffs/Counterclaim defendants, | **OF MOTIONPOINT'S OBJECTION TO ORDER GRANTING TRANSPERFECT'S** |
| 24 v. | **MOTION FOR DISQUALIFICATION (D.I. 198)** |
| 25 MOTIONPOINT CORPORATION, | |
| 26 Defendant/Counterclaim plaintiff. | **Judge: Hon. Claudia Wilken** |
| 27 | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER RE:
CONTINUATION OF STAY

CASE NO. CV 10-02590 CW (JCS)

**STIPULATION**

WHEREAS, The Court has entered an Order Granting TransPerfect's Motion for Disqualification of Counsel (D.I. 198) that disqualifies McDermott Will & Emery LLP from representing MotionPoint in the above-captioned action;

WHEREAS, MotionPoint intends to lodge an objection to the Order Granting TransPerfect's Motion for Disqualification of Counsel, and, if necessary, retain replacement counsel (the search for which has already commenced) in a reasonable time frame;

THEREFORE, the parties hereby stipulate and agree to a continuation of the stay of discovery in the above-captioned matter, with said stay including expert proceedings (including expert reports and expert discovery), until the Court has adjudicated MotionPoint's objections, and, if necessary, until MotionPoint has retained new counsel for this matter.  This stipulation is without prejudice to TransPerfect's ability to raise with the Court any issues regarding any delay in MotionPoint's acquisition of new counsel.

SO STIPULATED.

1    Dated: June 25, 2012

2                                                      By: /s/ *L. Okey Onyejekwe Jr.*
3                                                          L. Okey Onyejekwe, Jr.
                                                          Kasowitz, Benson, Torres & Friedman LLP
4                                                          Attorneys for Plaintiffs/Counterclaim
                                                          Defendants TransPerfect Global, Inc.,
5                                                          TransPerfect Translations International,
                                                          Inc., and Translations.com, Inc.
6

7                                                      By: /s/ *Adrian J. Sawyer*
8                                                          Adrian J. Sawyer
                                                          Kerr & Wagstaffe LLP
9                                                          Appearing on a limited basis for
                                                          Defendant/Counterclaim Plaintiff
10                                                         MotionPoint Corporation[1]

11

12        I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing

13   of this document has been obtained from the other signatories.

14

15                                                      */s/L. Okey Onyejekwe, Jr.*
16                                                         L. Okey Onyejekwe, Jr.

17

18

19

20

21

22

23

24

25

26

27   _____
     [1] In light of the Order Granting TransPerfect's Motion for Disqualification of Counsel, Kerr & Wagstaffe LLP has
28   been authorized by MotionPoint Corporation to sign this Stipulation and [Proposed] Order.  Kerr & Wagstaffe LLP is
     not appearing as counsel for MotionPoint in this matter.

STIPULATION AND [PROPOSED] ORDER RE:
CONTINUATION OF STAY                              - 2 -                    CASE NO. CV 10-02590 CW (JCS)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _6/26/2012_____

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE