**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TransPerfect Global, Inc., et al., <br><br>            Plaintiffs, <br><br>     v. <br><br>MotionPoint Corp., <br><br>            Defendant. | Case No.: 4:10-cv-02590-CW <br><br> **ORDER FOR MOTIONPOINT TO SUBMIT DECLARATIONS** |

On October 29, 2012, the Parties filed a Joint Letter to the Court Regarding the Parties' Seventh In-Person Meet-and-Confer ("Motion"). Upon reviewing the Joint Letter, the Court orders MotionPoint to file declarations describing all steps taken to protect against the inadvertent production of the privileged documents at issue in this Motion. Pursuant to Federal Rule of Evidence 502(d), the disclosures made in the declarations filed pursuant to this Order shall not constitute a waiver of the attorney-client privilege or any work product privilege in this proceeding or in any other proceeding. MotionPoint is ordered to submit the declarations by November 9, 2012. Any responses to the declarations shall be filed by November 16, 2012, and any replies by November 23, 2012.

IT IS SO ORDERED.

Dated: October 31, 2012

_____
Joseph C. Spero
United States Magistrate Judge