DOUGLAS E. LUMISH (Bar No. 183863)
dlumish@kasowitz.com
JEFFREY G. HOMRIG (Bar No. 215890)
jhomrig@kasowitz.com
JOSEPH H. LEE (Bar No. 248046)
jlee@kasowitz.com
L. OKEY ONYEJEKWE JR. (Bar No. 250354)
oonyejekwe@kasowitz.com
JOSEPH B. SHEAR (Bar No. 262222)
jshear@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Tel: (650) 453-5170; Fax: (650) 453-5171

MICHAEL EISENBERG (*pro hac vice*)
meisenberg@kasowitz.com
STEVEN D. CHIN (*pro hac vice*)
schin@kasowitz.com
STEFAN R. STOYANOV (*pro hac vice*)
sstoyanov@kasowitz.com
ROBERT P. WATKINS III (*pro hac vice*)
rwatkins@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700; Fax: (212) 506-1800

Attorneys for Plaintiffs/Counterclaim Defendants
TransPerfect Global, Inc., TransPerfect Translations
International, Inc., and Translations.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC., <br><br> Plaintiffs/Counterclaim defendants, <br><br> v. <br><br> MOTIONPOINT CORPORATION, <br><br> Defendant/Counterclaim plaintiff. | Case No. CV 10-02590 CW (JCS) <br><br> **STIPULATION AND [PROPOSED] ORDER RE: RESCHEDULE OF MARCH 7, 2013 DISPOSITIVE MOTION HEARING DATE** <br><br> **Judge: Hon. Claudia Wilken** |

STIPULATION AND [PROPOSED] ORDER RE:
HEARING DATE RESCHEDULE

CASE NO. CV 10-02590 CW (JCS)

**STIPULATION**

WHEREAS, The Court has entered an Order to moving the dispositive motion hearing and case management conference ("hearing") from February 28, 2013 to March 7, 2013;

WHEREAS, Lead trial counsel for TransPerfect has a conflict with a separate trial in Delaware set to conclude by March 8, 2013;

WHEREAS, TransPerfect sought consent from MotionPoint to reschedule the hearing date to March 14, 2013, and whereas MotionPoint does not oppose;

THEREFORE, the parties hereby stipulate and agree to reschedule the hearing date from March 7, 2013 to March 14, 2013 or as soon thereafter as can be accommodated by the Court.

SO STIPULATED.

Dated: February 8, 2013

By: /s/ *L. Okey Onyejekwe Jr.*
Kasowitz, Benson, Torres & Friedman LLP
Attorney for Plaintiffs/Counterclaim
Defendants TransPerfect Global, Inc.,
TransPerfect Translations International,
Inc., and Translations.com, Inc.

By: /s/ *Matthew Robson*
Quinn Emanuel Urquhart & Sullivan, LLP
Attorney for Defendant/Counterclaim
Plaintiff MotionPoint Corporation

1
2              [~~PROPOSED~~] ORDER
3       PURSUANT TO STIPULATION, IT IS SO ORDERED.
4  Date: 2/11/2013

                              _____
                              HON. CLAUDIA WILKEN
                              UNITED STATES DISTRICT COURT JUDGE