IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MOTIONPOINT CORP., <br><br> Defendant. | No. C 10-2590 CW <br><br> ORDER DIRECTING PARTIES TO FILE JOINT STATEMENT REGARDING CLAIM CONSTRUCTION |

On March 14, 2013, the Court heard the parties' cross-motions for claim construction. At the hearing, the parties represented that they would submit a joint statement addressing claims that are no longer in dispute and other matters on which the Court requested clarification. See Docket No. 266.

The parties have not filed this joint statement. The Court therefore directs them to do so within five days of this order.

IT IS SO ORDERED.

Dated: 3/28/2013

CLAUDIA WILKEN
United States District Judge