DOUGLAS E. LUMISH (Bar No. 183863)
dlumish@kasowitz.com
JEFFREY G. HOMRIG (Bar No. 215890)
jhomrig@kasowitz.com
GABRIEL S. GROSS (Bar No. 254672)
ggross@kasowitz.com
JOSEPH H. LEE (Bar No. 248046)
jlee@kasowitz.com
L. OKEY ONYEJEKWE JR. (Bar No. 250354)
oonyejekwe@kasowitz.com
JOSEPH B. SHEAR (Bar No. 262222)
jshear@kasowitz.com
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Tel: (650) 453-5170; Fax: (650) 453-5171

MICHAEL EISENBERG (*pro hac* vice)
meisenberg@kasowitz.com
STEVEN D. CHIN (*pro hac vice*)
schin@kasowitz.com
STEFAN R. STOYANOV (*pro hac vice*)
sstoyanov@kasowitz.com
ROBERT P. WATKINS III (*pro hac vice*)
rwatkins@kasowitz.com
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700; Fax: (212) 506-1800

Attorneys for Plaintiffs/Counterclaim
Defendants TransPerfect Global, Inc.,
TransPerfect Translations International, Inc.,
and Translations.com, Inc.

CHARLES K. VERHOEVEN (CA Bar No. 170151)
charlesverhoeven@quinnemanuel.com
AMY H. CANDIDO (CA Bar No. 237829)
amycandido@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111-4624
T: 415.875.6600
F: 415.875.6700

ROBERT W. STONE (CA Bar No. 163513)
robertstone@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
T: 650.801.5000
F: 650.801.5100

MATTHEW D. ROBSON (*pro hac vice*)
matthewrobson@quinnemanuel.com
GREGORY C. WYCKOFF (*pro hac vice*)
gregorywyckoff@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
T: 212.849.7000

Attorneys for Defendant/Counterclaim-Plaintiff
MotionPoint Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> vs. <br><br> MOTIONPOINT CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | CASE NO. CV 10-02590 CW (JCS) <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL AND TRIAL SCHEDULE** |

Plaintiffs and Counter-Claim Defendants TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. (together, "TransPerfect"), and Defendant and Counter-Claim Plaintiff MotionPoint Corporation ("MotionPoint"), by and through their counsel below, hereby jointly submit this stipulation and proposal to modify the pretrial and trial schedule.

WHEREAS, the Court in its September 19, 2012 Case Management Order (a) set the final pretrial conference for Wednesday, May 29, 2013, with corresponding deadlines in advance thereof for the exchange and submission of pretrial disclosures and other pretrial materials; (b) ordered the parties to participate in private mediation by Wednesday, April 10, 2013 (or as soon thereafter as is convenient to the mediator's schedule); and (c) set the case for a 10-day jury trial beginning June 10, 2012 (*see* Order, Dkt. 223);

WHEREAS, the Court has advised the parties "to go to private mediation after this [claim construction and summary judgment] order comes out" (Hrg. Tr., Dkt. 267 at 53:17-18), which order the Court has not yet issued;

WHEREAS, the Court has informed the parties that the trial start date may be moved from June 10, 2013 to June 24, 2013 (*Id.* at 55:10-11 ("… I may not be able to try it on that date [June 10] …. we might be able to start on the 24th, which is a day you were planning on being in trial anyway …."); Dkt. 266);

WHEREAS, the parties have met and conferred regarding scheduling of mediation and other pretrial deadlines in light of the anticipated move of the trial start date to June 24, 2013;

NOW, THEREFORE, in anticipation of the Court moving the trial start two weeks later to June 24, 2013, the parties hereby STIPULATE AND AGREE (a) to moving the final pretrial conference two weeks later to June 12, 2013, (b) to scheduling private mediation to occur within 30 days after the Court issues its claim construction and summary judgment order, and (c) to beginning trial on June 24, 2013. Accordingly, the parties propose and respectfully request that the Court enter an order adopting the following changes to the schedule in this action:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| **ADR Cutoff** | Wednesday, April 10, 2013 (or as soon thereafter as is convenient to the mediator's schedule) | Within 30 days of the Court's issuance of a claim construction and summary judgment order |
| **Final Pretrial Conference** | 2:00 P.M. on Wednesday, May 29, 2013 | 2:00 P.M. on Wednesday, June 12, 2013 |
| **Jury Trial to Begin** | 8:30 A.M. on June 10, 2013 | 8:30 A.M. on June 24, 2013 |

The parties also respectfully request that trial in this matter be held on July 2 and July 3, as the Court suggested at the Markman hearing.  (Mar. 14, 2013 Hearing Tr. at 55:25-56:2.)[1]  The parties are working to streamline the issues in dispute for trial.  Depending upon the result of those efforts and this Court's pre-trial rulings, a shorter trial than the allocated 10 days may be possible.

---

[1] The parties understand that July 1, 2013 is a furlough day.

STIPULATION AND [PROPOSED] ORDER
MODIFYING PRETRIAL AND TRIAL SCHEDULE          2          Case No. CV 10-02590 CW (JCS)

1    IT IS SO STIPULATED.

2

3

4   KASOWITZ, BENSON, TORRES &        QUINN EMANUEL URQUHART &
    FRIEDMAN LLP                      SULLIVAN LLP
5

6   /s/ *L. Okey Onyejekwe Jr.*            /s/ *Matthew Robson*
7   Douglas E. Lumish                 Charles K. Verhoeven
    Jeffrey G. Homrig                 Amy H. Candido
8   Gabriel S. Gross                  Robert W. Stone
                                      Meghan E. Bordonaro
    Joseph H. Lee                     Matthew Robson (*pro hac vice*)
9   Lawrence Okey Onyejekwe Jr.       Gregory C. Wyckoff (*pro hac vice*)
10  Joseph B. Shear
    Michael Eisenberg (*pro hac vice*)   Attorneys for Defendant/Counterclaim Plaintiff
11  Steven D. Chin (*pro hac vice*)      MotionPoint Corporation
    Stefan R. Stoyanov (*pro hac vice*)
12  Robert P. Watkins, III (*pro hac vice*)

13
    Attorneys for Plaintiffs/Counterclaim
14  Defendants TransPerfect Global, Inc.,
    TransPerfect Translations International, Inc.,
15  and Translations.com, Inc.

16
         I hereby attest pursuant to Civil Local Rule 5-1(i) that concurrence in the electronic filing
17  of this document has been obtained from the other signatories.

18

19                                       /s/ *L. Okey Onyejekwe Jr.*
                                         L. Okey Onyejekwe Jr.
20

21

22

23

24

25

26

27

28

    STIPULATION AND [PROPOSED] ORDER          3
    MODIFYING PRETRIAL AND TRIAL SCHEDULE            Case No. CV 10-02590 CW (JCS)

1

**[PROPOSED]** ORDER

2

3      Pursuant to the parties' stipulation, the final pretrial conference is continued from May 29,

4   2013 to June 5, 2013.  The trial is continued from June 10, 2013 to June 24, 2013 and will include

5   trial days on both July 2 and July 3, 2013.  The ADR cutoff of April 10, 2013 is hereby

6   VACATED.  The parties are directed to meet with a private mediator within twenty-one days of

7   the Court's claim construction and summary judgment order.

8      IT IS SO ORDERED.

9

DATED:  April 16 , 2013

10

11

12   _____
     Hon. Claudia Wilken

13   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND **[PROPOSED]** ORDER
MODIFYING PRETRIAL AND TRIAL SCHEDULE        4        Case No. CV 10-02590 CW (JCS)