IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INT'L, INC., and TRANSLATIONS.COM, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MOTIONPOINT CORP.,<br><br>    Defendant.<br>_____/ | No. C 10-2590 CW<br><br>ORDER GRANTING JOINT MOTION REGARDING TRIAL PREPARATION<br>(Docket No. 346) |

On Friday, June 21, 2013, the parties shall be permitted to bring the following equipment and materials into Courtroom 2 on the fourth floor of 1301 Clay Street, Oakland, California: easels, white boards, large pads of paper, exhibit boards, laptop computers, external hard drives, displays, speakers, projectors, screens and peripheral equipment, related audio-video equipment, and assorted power cords and cables.  This order terminates Docket No. 346.

    IT IS SO ORDERED.

Dated: 6/20/2013

CLAUDIA WILKEN
United States District Judge