IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INT'L, INC., and TRANSLATIONS.COM, INC., <br><br>    Plaintiffs, <br><br>    v. <br><br>MOTIONPOINT CORP., <br><br>    Defendant. | No. C 10-2590 CW <br><br> ORDER GRANTING MOTION IN LIMINE (Docket No. 332); TERMINATING AGREED MOTIONS (Docket No. 341) |

TransPerfect moves to exclude all references to the Court's May 24, 2013 order, which granted summary judgment of non-infringement to MotionPoint with respect to TransPerfect's '005 and '426 patents. This motion (Docket No. 332) is GRANTED, except that MotionPoint may refer to the summary judgment order if TransPerfect's estimate of infringement damages includes those patents. This ruling does not prevent MotionPoint from otherwise defending any claim by TransPerfect that the '426 or '005 patents anticipated MotionPoint's asserted claims.

The motions in limine addressed in Docket No. 341 are resolved as agreed to by the parties. This terminates Docket No. 341.

IT IS SO ORDERED.

Dated: 6/21/2013

CLAUDIA WILKEN
United States District Judge