1    [Counsel listed on signature page]

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12   TRANSPERFECT GLOBAL, INC.,            Case No. CV 10-02590 CW (JCS)
     TRANSPERFECT TRANSLATIONS
13   INTERNATIONAL, INC., AND              **AMENDED JOINT STIPULATION TO**
     TRANSLATIONS.COM, INC.,               **ADMIT EXHIBITS INTO EVIDENCE**
14
           Plaintiffs/Counterclaim-Defendants,   Trial Date:  June 24, 2013
15                                               Time:  8:30 a.m.
           v.                                    Crtm:  2, 4th Floor
16                                               Judge:  Hon. Claudia Wilken
     MOTIONPOINT CORPORATION,
17
           Defendant/Counterclaim-Plaintiff.
18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to the Court's instructions on July 3, 2013 (Trial Tr. pp. 1421-24), and the

2    parties' conversation with the Court's Clerk and Courtroom Deputy, Nikki Riley, on the

3    afternoon of July 9, 2013, TransPerfect Global, Inc., TransPerfect Translations International,

4    Inc., and Translations.com, Inc. ("TransPerfect") and MotionPoint Corporation ("MotionPoint")

5    jointly attach, as Exhibit A, an amended list of exhibits that the parties agree have been admitted

6    into evidence thus far, limited to selected pages where applicable.

7    The parties have noted the pages of exhibits that were specifically admitted into evidence

8    during trial in a column labeled "Admitted During Trial." Where the parties have agreed to entry

9    of different or additional pages for the exhibit, the parties note those differences in a column

10   labeled "Parties' Stipulated Exhibit Admission." For all exhibits that have been admitted in

11   complete form, the parties have inserted "Admitted" in the "Admission During Trial" column,

12   and have denoted the number of pages included in the exhibit for the Court's review.

13   The parties have included in Appendix A all exhibits entered into evidence as part of the

14   Court's July 9, 2013 grant of the parties' Joint Stipulation to Admit Exhibits into Evidence,

15   which was filed July 7, 2013. (Dkt. 405, granting Dkt. 392). The parties will meet with the

16   Court's Clerk and Courtroom Deputy, Nikki Riley, to ensure that the Court has all exhibits and

17   pages listed in Appendix A.

18

19

20

21

22

23

24

25

26

27

28

Dated:  July 10, 2013

LATHAM & WATKINS LLP

QUINN EMANUEL URQUHART & SULLIVAN LLP

KASOWITZ BENSON TORRES & FRIEDMAN LLP

/s/ Robert P. Watkins III
DOUGLAS E. LUMISH
JEFFREY G. HOMRIG
GABRIEL S. GROSS
MICHAEL B. EISENBERG (*pro hac vice*)
JOSEPH H. LEE
L. OKEY ONYEJEKWE JR.
JOSEPH B. SHEAR
STEFAN R. STOYANOV (*pro hac vice*)
STEVEN D. CHIN (*pro hac vice*)
ROBERT P. WATKINS III (*pro hac vice*)

*Attorneys for Plaintiffs/Counterclaim-Defendants TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc.*

/s/ Gregory C. Wyckoff
CHARLES K. VERHOEVEN
AMY H. CANDIDO
EMMA E. MANN-MEGINNISS
ROBERT W. STONE
RICHARD W. ERWINE (*pro hac vice*)
MATTHEW ROBSON (*pro hac vice*)
GREGORY C. WYCKOFF (*pro hac vice*)

*Attorneys for Defendant/Counterclaim-Plaintiff MotionPoint Corporation*

        I hereby attest pursuant to Civil Local Rule 5-1(i) that concurrence in the electronic filing of this document has been obtained from the other signatories.

/s/ Robert P. Watkins III

        PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 10, 2013

Hon. Claudia Wilken

United States District Judge

1   DOUGLAS E. LUMISH (Bar No. 183863)
    doug.lumish@lw.com
2   JEFFREY G. HOMRIG (Bar No. 215890)
    jeff.homrig@lw.com
3   GABRIEL S. GROSS (Bar No. 254672)
    gabe.gross@lw.com
4   LATHAM & WATKINS LLP
    140 Scott Drive
5   Menlo Park, California 94025
    Tel: (650) 328-4600; Fax: (650) 463-2600
6
    MICHAEL B. EISENBERG (*pro hac vice*)
7   michael.eisenberg@lw.com
    LATHAM & WATKINS LLP
8   885 Third Avenue
    New York, New York 10022
9   Tel: (212) 906-1200; Fax: (212) 751-4864

10  JOSEPH. H. LEE (Bar No. 248046)
    joseph.lee@lw.com
11  LATHAM & WATKINS LLP
    650 Town Center Drive, 20th Floor
12  Costa Mesa, CA 92626
    Tel: (714) 540-1235; Fax: (714) 755-8290
13
    L. OKEY ONYEJEKWE JR. (Bar No.
14  250354)
    oonyejekwe@kasowitz.com
15  JOSEPH B. SHEAR (Bar No. 262222)
    jshear@kasowitz.com
16  KASOWITZ, BENSON, TORRES &
    FRIEDMAN LLP
17  333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
18  Tel: (650) 453-5170; Fax: (650) 453-5171

19  STEFAN R. STOYANOV (*pro hac vice*)
    sstoyanov@kasowitz.com
20  STEVEN D. CHIN (*pro hac vice*)
    schin@kasowitz.com
21  ROBERT P. WATKINS III (*pro hac vice*)
    rwatkins@kasowitz.com
22  KASOWITZ, BENSON, TORRES &
    FRIEDMAN LLP
23  1633 Broadway
    New York, New York 10019
24  Tel: (212) 506-1700;
    Fax: (212) 506-1800
25
    *Attorneys for Plaintiffs/Counterclaim-*
26  *Defendants Transperfect Global, Inc.,*
    *Transperfect Translations International,*
27  *Inc., and Translations.com, Inc.*

28

CHARLES K. VERHOEVEN (Bar No.
170151)
charlesverhoeven@quinnemanuel.com
AMY H. CANDIDO (Bar No. 237829)
amycandido@quinnemanuel.com
EMMA E. MANN-MEGINNISS (Bar No.
286656)
emmamann-meginniss@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Tel:  (415) 875-6600; Fax: (415) 875-6700

ROBERT W. STONE (Bar No. 163513)
robertstone@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Tel:  (650) 801-5000; Fax: (650) 801-5100

RICHARD W. ERWINE (*pro hac vice*)
richarderwine@quinnemanuel.com
MATTHEW D. ROBSON (*pro hac vice*)
matthewrobson@quinnemanuel.com
GREGORY C. WYCKOFF (*pro hac vice*)
gregorywyckoff@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel:  (212) 849-7000

*Attorneys for Defendant/Counterclaim-*
*Plaintiff MotionPoint Corporation*