[Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC.,<br><br>Plaintiffs/Counterclaim-Defendants,<br><br>v.<br><br>MOTIONPOINT CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | Case No. CV 10-02590 CW (JCS)<br><br>**JOINT STIPULATION TO ADMIT FURTHER EXHIBITS INTO EVIDENCE**<br><br>Trial Date: June 24, 2013<br>Time: 8:30 a.m.<br>Crtm: 2, 4th Floor<br>Judge: Hon. Claudia Wilken |

Pursuant to the Court's instructions on July 10, 2013, TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. ("TransPerfect") and MotionPoint Corporation ("MotionPoint") stipulate to have the exhibits in the list below entered into evidence:

| **Exhibit No.** | **Pages Admitted During Trial** | **Stipulated Pages For Admission** |
|---|---|---|
| DX-0839 | None | 0001, 0002 |
| DX-1391 | 0001, 0009, 0013, 0034 | 0010, 0011, 0012 |
| PTX-5404 | None | 0001, 0002 |
| PTX-5707 | None | Complete (0001-0005) |
| PTX-5719 | None | Complete (0001-0003) |
| PTX-6024 | None | 0001, 0002 |

The parties have noted the pages of exhibits that were specifically admitted into evidence during trial in a column labeled "Pages Admitted During Trial." Where the parties have agreed to entry of additional pages for the exhibit, the parties note those additions in a column labeled "Stipulated Pages For Admission."

The parties will provide copies of the exhibits identified above to the Court on Wednesday afternoon, July 10, 2013, and will meet with Court's Clerk and Courtroom Deputy, Nikki Riley, to ensure that the Court has all exhibits listed herein.

Dated: July 10, 2013

| | |
|---|---|
| LATHAM & WATKINS LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | |

/s/ Robert P. Watkins III
DOUGLAS E. LUMISH
JEFFREY G. HOMRIG
GABRIEL S. GROSS
MICHAEL B. EISENBERG (*pro hac vice*)
JOSEPH H. LEE
L. OKEY ONYEJEKWE JR.
JOSEPH B. SHEAR
STEFAN R. STOYANOV (*pro hac vice*)
STEVEN D. CHIN (*pro hac vice*)
ROBERT P. WATKINS III (*pro hac vice*)

*Attorneys for Plaintiffs/Counterclaim-Defendants TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc.*

/s/ _Gregory C. Wyckoff
CHARLES K. VERHOEVEN
AMY H. CANDIDO
EMMA E. MANN-MEGINNISS
ROBERT W. STONE
RICHARD W. ERWINE (*pro hac vice*)
MATTHEW ROBSON (*pro hac vice*)
GREGORY C. WYCKOFF (*pro hac vice*)

*Attorneys for Defendant/Counterclaim-Plaintiff MotionPoint Corporation*

I hereby attest pursuant to Civil Local Rule 5-1(i) that concurrence in the electronic filing of this document has been obtained from the other signatories.

/s/ Gregory C. Wyckoff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 10, 2013

Hon. Claudia Wilken
United States District Judge

JOINT STIPULATION TO ADMIT FURTHER EXHIBITS INTO EVIDENCE     2     CASE NO. CV 10-02590 CW (JCS)

| | | |
|---|---|---|
| 1 | DOUGLAS E. LUMISH (Bar No. 183863)<br>doug.lumish@lw.com | CHARLES K. VERHOEVEN (Bar No. 170151) |
| 2 | JEFFREY G. HOMRIG (Bar No. 215890)<br>jeff.homrig@lw.com | charlesverhoeven@quinnemanuel.com<br>AMY H. CANDIDO (Bar No. 237829) |
| 3 | GABRIEL S. GROSS (Bar No. 254672)<br>gabe.gross@lw.com | amycandido@quinnemanuel.com<br>EMMA E. MANN-MEGINNISS (Bar No. 286656) |
| 4 | LATHAM & WATKINS LLP<br>140 Scott Drive | emmamann-meginniss@quinnemanuel.com |
| 5 | Menlo Park, California 94025<br>Tel: (650) 328-4600; Fax: (650) 463-2600 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 6 | | 50 California Street, 22nd Floor<br>San Francisco, California 94111-4624 |
| 7 | MICHAEL B. EISENBERG (*pro hac vice*)<br>michael.eisenberg@lw.com | Tel: (415) 875-6600; Fax: (415) 875-6700 |
| 8 | LATHAM & WATKINS LLP<br>885 Third Avenue | ROBERT W. STONE (Bar No. 163513)<br>robertstone@quinnemanuel.com |
| 9 | New York, New York 10022<br>Tel: (212) 906-1200; Fax: (212) 751-4864 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 10 | JOSEPH. H. LEE (Bar No. 248046) | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065 |
| 11 | joseph.lee@lw.com<br>LATHAM & WATKINS LLP | Tel: (650) 801-5000; Fax: (650) 801-5100 |
| 12 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626 | RICHARD W. ERWINE (*pro hac vice*)<br>richarderwine@quinnemanuel.com |
| 13 | Tel: (714) 540-1235; Fax: (714) 755-8290 | MATTHEW D. ROBSON (*pro hac vice*)<br>matthewrobson@quinnemanuel.com |
| 14 | L. OKEY ONYEJEKWE JR. (Bar No. 250354) | GREGORY C. WYCKOFF (*pro hac vice*)<br>gregorywyckoff@quinnemanuel.com |
| 15 | oonyejekwe@kasowitz.com<br>JOSEPH B. SHEAR (Bar No. 262222) | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 16 | jshear@kasowitz.com<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Tel: (212) 849-7000 |
| 17 | 333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065 | *Attorneys for Defendant/Counterclaim-* |
| 18 | Tel: (650) 453-5170; Fax: (650) 453-5171 | *Plaintiff MotionPoint Corporation* |
| 19 | STEFAN R. STOYANOV (*pro hac vice*)<br>sstoyanov@kasowitz.com | |
| 20 | STEVEN D. CHIN (*pro hac vice*)<br>schin@kasowitz.com | |
| 21 | ROBERT P. WATKINS III (*pro hac vice*)<br>rwatkins@kasowitz.com | |
| 22 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | |
| 23 | 1633 Broadway<br>New York, New York 10019 | |
| 24 | Tel: (212) 506-1700;<br>Fax: (212) 506-1800 | |
| 25 | | |
| 26 | *Attorneys for Plaintiffs/Counterclaim-Defendants Transperfect Global, Inc.,* | |
| 27 | *Transperfect Translations International, Inc., and Translations.com, Inc.* | |
| 28 | | |

| | |
|---|---|
| JOINT STIPULATION TO ADMIT FURTHER EXHIBITS INTO EVIDENCE | CASE NO. CV 10-02590 CW (JCS) |