1  [Counsel listed on signature page]
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          OAKLAND DIVISION
11

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> MOTIONPOINT CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | Case No. CV 10-02590 CW (JCS) <br><br> **SECOND AMENDED JOINT STIPULATION TO ADMIT EXHIBITS INTO EVIDENCE** <br><br> Trial Date: June 24, 2013 <br> Time: 8:30 a.m. <br> Crtm: 2, 4th Floor <br> Judge: Hon. Claudia Wilken |

Pursuant to the Court's instructions and the parties' conversation with the Court's Clerk and Courtroom Deputy, Nikki Riley, on the afternoon of July 10, 2013, TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. ("TransPerfect") and MotionPoint Corporation ("MotionPoint") jointly attach, as Exhibit A, a second amended list of exhibits that the parties agree have been admitted into evidence thus far, limited to selected pages where applicable.

The parties have noted the pages of exhibits that were specifically admitted into evidence during trial in a column labeled "Admitted During Trial." Where the parties have agreed to entry of different or additional pages for the exhibit, the parties note those differences in a column labeled "Parties' Stipulated Exhibit Admission." For all exhibits that have been admitted in complete form, the parties have inserted "Admitted" in the "Admission During Trial" column, and have denoted the number of pages included in the exhibit for the Court's review.

The parties have included in Appendix A all exhibits entered into evidence as part of the Court's July 9, 2013 grant of the parties' Joint Stipulation to Admit Exhibits into Evidence, and the Court's July 10, 2013 grant of the parties' Amended Joint Stipulation to Admit Exhibits into Evidence, which was filed July 10, 2013. (Dkt. 405, granting Dkt. 392; Dkt. 414, granting Dkt. 413). The parties will continue to correspond with the Court's Clerk and Courtroom Deputy, Nikki Riley, to ensure that the Court has all exhibits and pages listed in Appendix A.

Dated: July 11, 2013

| LATHAM & WATKINS LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |

KASOWITZ BENSON TORRES & FRIEDMAN LLP

| /s/ Robert P. Watkins III | /s/ Gregory C. Wyckoff |
| DOUGLAS E. LUMISH | CHARLES K. VERHOEVEN |
| JEFFREY G. HOMRIG | AMY H. CANDIDO |
| GABRIEL S. GROSS | EMMA E. MANN-MEGINNISS |
| MICHAEL B. EISENBERG (*pro hac vice*) | ROBERT W. STONE |
| | RICHARD W. ERWINE (*pro hac vice*) |
| JOSEPH H. LEE | MATTHEW ROBSON (*pro hac vice*) |
| L. OKEY ONYEJEKWE JR. | GREGORY C. WYCKOFF (*pro hac vice*) |
| JOSEPH B. SHEAR | |
| STEFAN R. STOYANOV (*pro hac vice*) | *Attorneys for Defendant/Counterclaim-Plaintiff MotionPoint Corporation* |
| STEVEN D. CHIN (*pro hac vice*) | |
| ROBERT P. WATKINS III (*pro hac vice*) | |

*Attorneys for Plaintiffs/Counterclaim-Defendants TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc.*

I hereby attest pursuant to Civil Local Rule 5-1(i) that concurrence in the electronic filing of this document has been obtained from the other signatories.

/s/ Robert P. Watkins III

PURSUANT TO STIPULATION, IT IS SO ORDERED, except that exhibit DX-1381 consists of pages 2 and 9.

Dated: July 11, 2013

/s/ Claudia Wilken
Hon. Claudia Wilken
United States District Judge

| | | |
|---|---|---|
| 1 | DOUGLAS E. LUMISH (Bar No. 183863)<br>doug.lumish@lw.com | CHARLES K. VERHOEVEN (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com |
| 2 | JEFFREY G. HOMRIG (Bar No. 215890)<br>jeff.homrig@lw.com | AMY H. CANDIDO (Bar No. 237829)<br>amycandido@quinnemanuel.com |
| 3 | GABRIEL S. GROSS (Bar No. 254672)<br>gabe.gross@lw.com | EMMA E. MANN-MEGINNISS (Bar No. 286656)<br>emmamann-meginniss@quinnemanuel.com |
| 4 | LATHAM & WATKINS LLP<br>140 Scott Drive | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP |
| 5 | Menlo Park, California 94025<br>Tel: (650) 328-4600; Fax: (650) 463-2600 | 50 California Street, 22nd Floor<br>San Francisco, California 94111-4624 |
| 6 | | Tel: (415) 875-6600; Fax: (415) 875-6700 |
| 7 | MICHAEL B. EISENBERG (*pro hac vice*)<br>michael.eisenberg@lw.com | ROBERT W. STONE (Bar No. 163513)<br>robertstone@quinnemanuel.com |
| 8 | LATHAM & WATKINS LLP<br>885 Third Avenue | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP |
| 9 | New York, New York 10022<br>Tel: (212) 906-1200; Fax: (212) 751-4864 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Tel: (650) 801-5000; Fax: (650) 801-5100 |
| 10 | JOSEPH. H. LEE (Bar No. 248046)<br>joseph.lee@lw.com | |
| 11 | LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor | RICHARD W. ERWINE (*pro hac vice*)<br>richarderwine@quinnemanuel.com |
| 12 | Costa Mesa, CA 92626<br>Tel: (714) 540-1235; Fax: (714) 755-8290 | MATTHEW D. ROBSON (*pro hac vice*)<br>matthewrobson@quinnemanuel.com |
| 13 | | GREGORY C. WYCKOFF (*pro hac vice*)<br>gregorywyckoff@quinnemanuel.com |
| 14 | L. OKEY ONYEJEKWE JR. (Bar No. 250354)<br>oonyejekwe@kasowitz.com | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP |
| 15 | JOSEPH B. SHEAR (Bar No. 262222)<br>jshear@kasowitz.com | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010 |
| 16 | KASOWITZ, BENSON, TORRES &<br>FRIEDMAN LLP | Tel: (212) 849-7000 |
| 17 | 333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065 | *Attorneys for Defendant/Counterclaim-Plaintiff MotionPoint Corporation* |
| 18 | Tel: (650) 453-5170; Fax: (650) 453-5171 | |
| 19 | STEFAN R. STOYANOV (*pro hac vice*)<br>sstoyanov@kasowitz.com | |
| 20 | STEVEN D. CHIN (*pro hac vice*)<br>schin@kasowitz.com | |
| 21 | ROBERT P. WATKINS III (*pro hac vice*)<br>rwatkins@kasowitz.com | |
| 22 | KASOWITZ, BENSON, TORRES &<br>FRIEDMAN LLP | |
| 23 | 1633 Broadway<br>New York, New York 10019 | |
| 24 | Tel: (212) 506-1700;<br>Fax: (212) 506-1800 | |
| 25 | | |
| 26 | *Attorneys for Plaintiffs/Counterclaim-Defendants Transperfect Global, Inc.,* | |
| 27 | *Transperfect Translations International, Inc., and Translations.com, Inc.* | |
| 28 | | |

# APPENDIX A

| Exhibit No. | Date Offered | Admission During Trial (no. of pages in exhibit) | Parties' Stipulated Exhibit Admission | Any Change from Admission at Trial? |
|---|---|---|---|---|
| DPX-001 | 6/27/2013 | Admitted. (patent-in-suit) | Admitted. | |
| DPX-003 | 6/27/2013 | Admitted. (patent-in-suit) | Admitted. | |
| DPX-004 | 6/27/2013 | Admitted. (patent-in-suit) | Admitted. | |
| DX-0019 | 7/8/2013 | Select pages admitted: 0002 | Selected pages admitted: 0002 | |
| DX-0023 | 7/8/2013 | Select pages admitted: 0002 | Selected pages admitted: 0002 | |
| DX-0079 | 6/27/2013 | Admitted. (10 pages) | Select pages admitted: 0002. | Yes (selected pages to decrease volume) |
| DX-00101 | 7/8/2013 | Select pages admitted: 0002, 0008, 0010. | Selected pages admitted: 0002, 0008, 0010. | |
| DX-0156 | 6/27/2013 | Admitted. (2 pages) | Admitted. (2 pages) | |
| DX-0186 | 7/9/2013 | Admitted. (4 pages) | Admitted. (4 pages) | |
| DX-0582 | 6/27/2013 | Admitted. (18 pages) | Admitted. (18 pages) | Admitted complete – MotionPoint Provisional Patent Application |
| DX-0701 | 7/1/2013 | Admitted. (27 pages) | Admitted. (27 pages) | Admitted complete – prior art patent |
| DX-0703 | 7/1/2013 | Admitted. (41 pages) | Admitted. (41 pages) | Admitted complete – prior art |

| Exhibit No. | Date Offered | Admission During Trial (no. of pages in exhibit) | Parties' Stipulated Exhibit Admission | Any Change from Admission at Trial? |
|---|---|---|---|---|
| | | | | patent |
| DX-0707 | 7/2/2013 | Admitted. (14 pages) | Admitted. (14 pages) | Admitted complete – prior art patent |
| DX-0718 | 7/3/2013 | Admitted. (1 page) | Admitted. (1 page) | |
| DX-0747 | 7/8/2013 | Admitted. (6 pages) | Admitted. (6 pages) | |
| DX-0785 | 7/8/2013 | Admitted. (1 page) | Admitted. (1 page) | |
| DX-0794 | 7/9/2013 | Select pages admitted: 0002, 0118 | Select pages admitted: 0002, 0117 | Yes (corrected requested pages) |
| DX-0797 | 7/3/2013 | Select pages admitted: 0078. | Select pages admitted: 0002, 0078. | Yes (additional published pages added) |
| DX-0816 | 7/9/2013 | Select pages admitted: 0019. | Select pages admitted: 0019. | |
| DX-0818 | 7/3/2013 7/8/2013 | Select pages admitted: 0006, 0009, 0010 | Select pages admitted: 0002, 0006, 0009, 0010. | Yes (additional published pages added) |
| DX-0819 | 7/3/2013 | Select pages admitted: 0004. | Select pages admitted: 0002, 0003, 0004. | Yes (additional published pages added) |
| DX-0822 | 7/3/2013 | Select pages admitted: 0002. | Select pages admitted: 0002, 0003, 0012. | Yes (additional published pages added) |
| DX-0829 | 6/25/2013 | Select pages admitted: 0003, 0004, 0007, 0010. | Select pages admitted: 0002, 0003, 0004, 0007, 0010. | Yes (additional published pages added) |
| DX-0835 | 6/25/2013 7/8/2013 | Select pages admitted: 0002, 0004, 0005, 0007. | Select pages admitted: 0002, 0003, 0004, 0005, 0007. | Yes (additional published pages added) |

| Exhibit No. | Date Offered | Admission During Trial (no. of pages in exhibit) | Parties' Stipulated Exhibit Admission | Any Change from Admission at Trial? |
|---|---|---|---|---|
| DX-0837 | 7/3/2013 | Select pages admitted: 0002. | Select pages admitted: 0002. | |
| DX-0839 | 7/10/2013 | None | Select pages admitted: 0002. | Yes (additional published pages added) |
| DX-0840 | 6/25/2013<br>7/8/2013 | Admitted (12 pages) | Admitted (12 pages) | |
| DX-0845 | 07/9/2013 | Admitted. (6 pages) | Admitted. (6 pages) | |
| DX-0854 | 7/3/2013 | Select pages admitted: 0004. | Select pages admitted: 0002, 0004. | |
| DX-0856 | 7/3/2013 | Select pages admitted: 0005. | Select pages admitted: 0005. | |
| DX-0870 | 7/8/2013 | Admitted. (2 pages) | Admitted. (2 pages) | |
| DX-0875 | 7/8/2013 | Admitted. (6 pages) | Admitted. (6 pages) | |
| DX-0884 | 7/8/2013 | Admitted. (3 pages) | Admitted. (3 pages) | |
| DX-0895 | 7/8/2013 | Admitted. (2 pages) | Admitted. (2 pages) | |
| DX-0987 | 7/8/2013 | Admitted. (4 pages) | Admitted. (4 pages) | |
| DX-0991 | 7/3/2013 | Select pages admitted: 0002, 0003. | Select pages admitted: 0002, 0003. | |
| DX-1031 | 7/8/2013 | Admitted. (2 pages) | Admitted. (2 pages) | |
| DX-1063 | 7/3/2013 | Select pages admitted: 0003. | Select pages admitted: 0002, 0003. | Yes (additional published pages added) |
| DX-1107 | 7/8/2013 | Admitted. (1 page) | Admitted. (1 page) | |

| Exhibit No. | Date Offered | Admission During Trial (no. of pages in exhibit) | Parties' Stipulated Exhibit Admission | Any Change from Admission at Trial? |
|---|---|---|---|---|
| DX-1119 | 7/8/2013 | Admitted. (2 pages) | Admitted. (2 pages) | |
| DX-1131 | 6/25/2013 | Admitted. (4 pages) | Admitted. (4 pages) | |
| DX-1138 | 07/09/2013 | Admitted. (8 pages) | Admitted. (8 pages) | |
| DX-1145 | 6/25/2013 | Admitted. (6 pages) | Admitted. (6 pages) | |
| DX-1146 | 6/25/2013 | Select pages admitted: 0007, 0033, 0098, 0111, 0112, 0114. | Select pages admitted: 0002, 0004, 0007, 0033, 0069, 0098, 0111, 0112, 0114. | Yes (additional published pages added) |
| DX-1154 | 7/8/2013 | Admitted. (2 pages) | Admitted. (2 pages) | |
| DX-1381 | 6/27/2013 | Admitted. (31 pages) | Select pages admitted: 0001, 0002, 0009. | Yes (selected pages to decrease volume) |
| DX-1391 | 6/27/2013 7/10/2013 | Admitted. (33 pages) | Select pages admitted: 0009, 0010, 0011, 0012, 0013, 0034. | Yes (selected pages to decrease volume) |
| DX-1393 | 6/25/2013 | Select pages admitted: 0002, 0003. | Select pages admitted: 0002, 0003. | |
| DX-1406 | 07/09/2013 | Admitted (37 pages) | Admitted. (37 pages) | Admit all – MotionPoint published patent application. |
| DX-1407 | 07/09/2013 | Select pages admitted: 0002. | Select pages admitted: 0002. | |

| Exhibit No. | Date Offered | Admission During Trial (no. of pages in exhibit) | Parties' Stipulated Exhibit Admission | Any Change from Admission at Trial? |
|---|---|---|---|---|
| DX-1408 | 07/09/2013 | Select pages admitted: 0002. | Select pages admitted: 0002. | |
| DX-1409 | 6/25/2013 | Admitted. (2 pages) | Admitted. (2 pages) | |
| DX-1414 | 6/25/2013 | Admitted. (Video) | Admitted. (Video) | |
| PTX-5003 | 6/25/2013 | Admitted. (12 pages – patent-in-suit) | Admitted. (12 pages – patent-in-suit) | Admitted complete – TransPerfect Patent-in-Suit |
| PTX-5007 | 6/26/2013 | Select pages admitted: 0160, 0180. | Select pages admitted: 0001, 0020, 0065, 0067, 0072, 0079, 0149, 150, 0160, 0180, 0188. | Yes (additional published pages added) |
| PTX-5008 | 7/9/2013 | Select pages admitted: 0001, 0010, 0011. | Select pages admitted: 0001, 0010, 0011. | |
| PTX-5009 | 7/1/2013 | Select pages admitted: 0011. | Select pages admitted: 0001, 0011. | Yes (additional published pages added) |
| PTX-5012 | 7/3/2013 7/8/2013 7/10/2013 | Select pages admitted: 0087, 0232, 0278, 0282, 0294. | Select pages admitted: 0001, 0087, 0232, 0278, 0282, 0294, 0307. | Yes (additional published pages added) |
| PTX-5018 | 6/27/2013 | Admitted. (35 pages) | 0001,0002, 0007, 0008, 0010, 0017, 0035. | Yes (selected pages to decrease volume) |
| PTX-5037 | 6/26/2013 | Admitted. (407 pages) | Select pages admitted: 0001, 0252, 0265. | Yes (selected pages to decrease volume) |

| Exhibit No. | Date Offered | Admission During Trial (no. of pages in exhibit) | Parties' Stipulated Exhibit Admission | Any Change from Admission at Trial? |
|---|---|---|---|---|
| PTX-5039 | 7/9/2013 | Select pages admitted: 0001, 0015. | Select pages admitted: 0001, 0015. | |
| PTX-5041 | 6/26/2013 | Admitted. (42 pages) | Select pages admitted: 0001, 0032. | Yes (selected pages to decrease volume) |
| PTX-5042 | 6/26/2013 | Admitted. (122 pages) | Select pages admitted: 0001, 0011, 0069. | Yes (selected pages to decrease volume) |
| PTX-5043 | 7/1/2013 | Admitted. (3 pages) | Select Pages Admitted: 0001, 0002 | |
| PTX-5065 | 6/25/2013 | Select pages admitted: 0001. | Select pages admitted: 0001. | |
| PTX-5069 | 7/1/2013 | Select pages admitted: 0003. | Select pages admitted: 0003 (redacted). | |
| PTX-5084 | 7/9/2013 | Admitted. (2 pages) | Admitted. (2 pages) | |
| PTX-5090 | 7/1/2013 | Admitted. (22 pages) | Admitted. (22 pages) | TransPerfect wants to Admit Complete |
| PTX-5091 | 7/9/2013 | Select pages admitted: 0011 | Select pages admitted: 0001, 0003, 0011, 0013, 0038, 0040, 0049, 0050 0059, 0063. | Yes (additional published pages added) |

| Exhibit No. | Date Offered | Admission During Trial (no. of pages in exhibit) | Parties' Stipulated Exhibit Admission | Any Change from Admission at Trial? |
|---|---|---|---|---|
| PTX-5094 | 7/3/2013 | Admitted. (6 pages) | Admitted. (6 pages) | |
| PTX-5095 | 6/27/2013<br>7/9/2013 | Select pages admitted: 0001, 0064, 0183, 0184, 0194, 0217, 0229, 0243, 0260, 0273, 0297. | Select pages admitted: 0001, 0064, 0183, 0184, 0194, 0217, 0229, 0243, 0260, 0273, 0297. | |
| PTX-5096 | 7/3/2013 | Admitted. (1 page) | Admitted. (1 page) | |
| PTX-5097 | 7/8/2013 | Select pages admitted: 0052, 0059, 0060, 0061, 0063. (263 pages) | 0001, 0002, 0052-65. | Yes (added pages to provide context) |
| PTX-5098 | 7/8/2013 | Admitted. (12 pages) | Select pages admitted: 0001, 0003, 0004, 0006, 0009. | Yes (selected pages to decrease volume) |
| PTX-5104 | 7/9/2013 | Select pages admitted: 0001, 0032 | Select pages admitted: 0001, 0027, 0032, 0034. | Yes (additional published pages added) |
| PTX-5137 | 7/1/2013 | Select pages admitted: 0006. | Select pages admitted: 0006 (redacted). | |
| PTX-5138 | 7/9/2013 | Admitted. (3 pages) | Admitted. (3 pages) | |
| PTX-5158 | 6/27/2013 | Admitted. (5 pages) | Admitted. (5 pages) | |
| PTX-5159 | 7/1/2013 | Admitted. (3 pages) | Admitted. (3 pages) | |
| PTX-5165 | 6/27/2013 | Admitted. (3 pages) | Admitted. (3 pages) | |
| PTX-5168 | 6/27/2013 | Admitted. (2 pages) | Admitted. (2 pages) | |

| Exhibit No. | Date Offered | Admission During Trial (no. of pages in exhibit) | Parties' Stipulated Exhibit Admission | Any Change from Admission at Trial? |
|---|---|---|---|---|
| PTX-5193 | 6/27/2013 | Admitted. (2 pages) | Admitted. (2 pages) | |
| PTX-5195 | 6/27/2013 7/9/2013 | Select pages admitted: 0001, 0064, 0332, 0355. | Select pages admitted: 0001, 0064, 0332, 0355. | |
| PTX-5196 | 6/27/2013 | Admitted. (44 pages) | Select pages admitted: 0001, 0002. | Yes (selected pages to decrease volume) |
| PTX-5259 | 6/26/2013 | Admitted. (10 pages) | Admitted. (10 pages) | |
| PTX-5295 | 6/27/2013 | Admitted. (1 pages) | Admitted. (1 pages) | |
| PTX-5389 | 6/27/2013 | Admitted. (2 pages) | Admitted. (2 pages) | |
| PTX-5404 | 6/26/2013 7/10/2013 | None | Select pages admitted: 0001, 0002 | |
| PTX-5407 | 6/26/2013 | Admitted. (2 pages) | Admitted. (2 pages) | |
| PTX-5431 | 7/8/2013 | Admitted. (2 pages) | Admitted. (2 pages) | |
| PTX-5433 | 7/8/2013 | Admitted. (9 pages) | Admitted. (9 pages) | |
| PTX-5434 | 7/8/2013 7/9/2013 | Select pages admitted: 0013, 0097, 0098, 0161 | Select pages admitted: 0001, 0009, 0013, 0094, 0097, 0098, 0112, 0161 | Yes (additional published pages added) |
| PTX-5445 | 6/25/2013 | Select pages admitted: 0001, 0048, 0049, 0050. | Select pages admitted: 0001, 0048, 0049, 0050. | |

| Exhibit No. | Date Offered | Admission During Trial (no. of pages in exhibit) | Parties' Stipulated Exhibit Admission | Any Change from Admission at Trial? |
|---|---|---|---|---|
| PTX-5446 | 7/8/2013 | Select pages admitted: 0001, 0002. | Select pages admitted: 0001, 0002. | |
| PTX-5451 | 7/8/2013 | Admitted. (5 pages) | Admitted. (5 pages) | |
| PTX-5506 | 6/26/2013 7/9/2013 | Select pages admitted: 0001, 0003, 0005, 0012, 0017, 0037, 0038, 0045. | Select pages admitted: 0001, 0003, 0005, 0012, 0017, 0037, 0038, 0045. | |
| PTX-5520 | 7/3/2013 | Select pages admitted: 0003. | Select pages admitted: 0001, 0003. | Yes (additional published pages added) |
| PTX-5521 | 6/27/2013 | Admitted. (2 pages) | Admitted. (2 pages) | |
| PTX-5542 | 6/26/2013 | Admitted. (26 pages) | Select pages admitted: 0001, 0008, 0009. | Yes (selected pages to decrease volume) |
| PTX-5597 | 6/26/2013 | Admitted. (23 pages) | Select pages admitted: 0001, 0021. | Yes (selected pages to decrease volume) |
| PTX-5607 | 6/27/2013 | Admitted. (8 pages) | Admitted. (8 pages) | |
| PTX-5634 | 7/9/2013 | Select pages admitted: 0065. | Select pages admitted: 0001, 0018, 0034, 0050, 0065, 0073. | Yes (additional published pages added) |

| Exhibit No. | Date Offered | Admission During Trial (no. of pages in exhibit) | Parties' Stipulated Exhibit Admission | Any Change from Admission at Trial? |
|---|---|---|---|---|
| PTX-5639 | 7/9/2013 | Select pages admitted: 0013. | Select pages admitted: 0013. | |
| PTX-5662 | 6/25/2013 | Select pages admitted: 0001, 0004. | Select pages admitted: 0001; 0004. | |
| PTX-5673 | 7/2/2013 | Select pages admitted: 0189, 0191 | Selected pages admitted: 0001, 0189, 0191 | Yes (additional published pages added) |
| PTX-5686 | 6/27/2013 | Admitted. (13 pages) | Admitted. (13 pages) | Admitted Complete – all pages needed for context (Best Buy web site) |
| PTX-5687 | 7/9/2013 | Select pages admitted: 0001, 0002, 0034, 0035. | Select pages admitted: 0001, 0002, 0034, 0035 | |
| PTX-5707 | 7/10/2013 | None | Admitted. (5 pages) | |
| PTX-5719 | 7/10/2013 | None | Admitted. (3 pages) | |
| PTX-5720 | 6/26/2013 | Admitted. (34 pages) | Select pages admitted: 0001, 0034. | Yes (selected pages to decrease volume) |
| PTX-5734 | 7/9/2013 | Select pages admitted: 0002. | Select pages admitted: 0002. | |
| PTX-5766 | 7/9/2013 | Select pages admitted: 0041, 0049. | Select pages admitted: 0041, 0042, 0049, 0051. | |
| PTX-5771 | 7/10/2013 | Select pages admitted: 0079 | Select pages admitted: 0079 | |
| PTX-5782 | 7/3/2013 | Admitted. (3 pages) | Admitted. (3 pages) | |

| Exhibit No. | Date Offered | Admission During Trial (no. of pages in exhibit) | Parties' Stipulated Exhibit Admission | Any Change from Admission at Trial? |
|---|---|---|---|---|
| PTX-5790 | 6/27/2013 | Admitted. (13 pages) | Admitted. (13 pages) | |
| PTX-5801 | 6/26/2013 | Admitted. (32 pages) | Select pages admitted: 0001, 0007, 0010, 0011, 0016, 0025, 0026. | Yes (selected pages to decrease volume) |
| PTX-5829 | 6/27/2013 | Admitted. (1 page) | Admitted. (1 page) | |
| PTX-5840 | 7/9/2013 | Select pages admitted: 0001, 0012, 0013. | Select pages admitted: 0001, 0012, 0013. | |
| PTX-5834 | 6/27/2013 | Admitted. (15 pages) | Select pages admitted: 0001. | Yes (selected pages to decrease volume) |
| PTX-5984 | 6/26/2013 | Admitted. (104 pages) | Select pages admitted: 0014. | Yes (selected pages to decrease volume) |
| PTX-6002 | 7/9/2013 | Select pages admitted: 0004. | Select pages admitted: 0004. | |
| PTX-6024 | 7/10/2013 | None | Select pages admitted: 0001, 0002. | |
| PTX-6025 | 7/9/2013 | Select pages admitted: 0001, 0014, 0021, 0022. | Select pages admitted: 0001, 0014, 0021, 0022. | |
| PTX-6026 | 6/25/2013 | Select pages admitted: 0001. | Select pages admitted: 0001. | |
| PTX-6029 | 7/3/2013 7/9/2013 | Admitted. (7 pages) | Admitted. (7 pages) | |