IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRANSPERFECT GLOBAL, INC.,
TRANSPERFECT TRANSLATIONS
INTERNATIONAL, INC., and
TRANSLATIONS.COM, INC.,

Plaintiffs,

v.

MOTIONPOINT CORPORATION,

Defendant.
_____/

No. C 10-2590 CW

VERDICT FORM

FILED
JUL 1 2 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

We, the jury in the above-titled action, return the following verdict on the questions submitted to us:

TransPerfect's '022 Patent

1. Direct Infringement: Did TransPerfect prove, by a preponderance of the evidence, that MotionPoint's accused products directly infringe the following claims of TransPerfect's '022 patent?

   Claim 11   ✓ Yes   ___ No

   Claim 17   ✓ Yes   ___ No

   Claim 23   ✓ Yes   ___ No

   Claim 24   ✓ Yes   ___ No

   Claim 26   ✓ Yes   ___ No

   Claim 27   ✓ Yes   ___ No

2.  <u>Contributory Infringement</u>: Did TransPerfect prove, by a preponderance of the evidence, that MotionPoint contributed to the infringement of any of the following claims of TransPerfect's '022 patent by another?

    Claim 11    ____Yes      √  No

    Claim 17    ____Yes      √  No

    Claim 23    ____Yes      √  No

    Claim 24    ____Yes      √  No

    Claim 26    ____Yes      √  No

    Claim 27    ____Yes      √  No

3.  <u>Inducing Infringement</u>: Did TransPerfect prove, by a preponderance of the evidence, that MotionPoint induced infringement by others of any of the following claims of TransPerfect's '022 patent?

    Claim 11:   ____Yes      √  No

    Claim 17:   ____Yes      √  No

    Claim 23:   ____Yes      √  No

    Claim 24:   ____Yes      √  No

    Claim 26:   ____Yes      √  No

    Claim 27:   ____Yes      √  No

4.  <u>Invalidity (Anticipation)</u>: Has MotionPoint proven, by clear and convincing evidence, that any of the following claims of TransPerfect's '022 patent are invalid as anticipated?

    Claim 11:   ____Yes      √  No

    Claim 17:   ____Yes      √  No

    Claim 23:   ____Yes      √  No

    Claim 26:   ____Yes      √  No

    Claim 27:   ____Yes      √  No

5.  <u>Invalidity (Obviousness)</u>: Has MotionPoint proven, by clear and convincing evidence, that any of the following claims of TransPerfect's '022 patent are invalid as obvious?

    Claim 11: _____ Yes      ✓ No

    Claim 17: _____ Yes      ✓ No

    Claim 23: _____ Yes      ✓ No

    Claim 24: _____ Yes      ✓ No

    Claim 26: _____ Yes      ✓ No

    Claim 27: _____ Yes      ✓ No

6.  If you have found at least one claim of TransPerfect's '022 patent to be infringed -- whether directly (question 1), or contributorily (question 2), or by inducement (question 3) -- and not to be invalid (questions 4 and 5), what total damages do you find for TransPerfect, if any:

    $ _____1,002,006_____

7.  If you found and used a reasonable royalty rate to calculate these damages, what rate did you find?

    _____4_____ %

3

MotionPoint's '960, '479, and '817 Patents

8.  <u>Direct Infringement</u>: Did Defendant MotionPoint prove, by a preponderance of the evidence, that TransPerfect's accused products directly infringe the following claims of MotionPoint's '960, '479, or '817 patents?

    Claim 32 of the '960 patent: _____ Yes   ✓ No

    Claim 34 of the '960 patent: _____ Yes   ✓ No

    Claim 16 of the '479 patent: _____ Yes   ✓ No

    Claim 18 of the '479 patent: _____ Yes   ✓ No

    Claim 12 of the '817 patent: _____ Yes   ✓ No

    Claim 19 of the '817 patent: _____ Yes   ✓ No

9.  <u>Willful Infringement</u>: If you answered "yes" to any of the claims in questions 8, has MotionPoint proven, by clear and convincing evidence, that TransPerfect's infringement of the '960, '479, or '817 patents was willful?

    Claim 32 of the '960 patent: _____ Yes   ✓ No

    Claim 34 of the '960 patent: _____ Yes   ✓ No

    Claim 16 of the '479 patent: _____ Yes   ✓ No

    Claim 18 of the '479 patent: _____ Yes   ✓ No

    Claim 12 of the '817 patent: _____ Yes   ✓ No

    Claim 19 of the '817 patent: _____ Yes   ✓ No

10. <u>Invalidity (Anticipation)</u>: Has TransPerfect proven, by clear and convincing evidence, that any of the following claims of MotionPoint's '960, '479, or '817 patents are invalid as anticipated?

    Claim 32 of the '960 patent: ✓ Yes   _____ No

    Claim 34 of the '960 patent: ✓ Yes   _____ No

    Claim 16 of the '479 patent: ✓ Yes   _____ No

    Claim 18 of the '479 patent: ✓ Yes   _____ No

    Claim 12 of the '817 patent: ✓ Yes   _____ No

    Claim 19 of the '817 patent: ✓ Yes   _____ No

4

11. <u>Invalidity (Obviousness)</u>: Has TransPerfect proven, by clear and convincing evidence, that any of the following claims of MotionPoint's '960, '479, or '817 patents are invalid as obvious?

Claim 32 of the '960 patent:   ✓ Yes    ___ No

Claim 34 of the '960 patent:   ✓ Yes    ___ No

Claim 16 of the '479 patent:   ✓ Yes    ___ No

Claim 18 of the '479 patent:   ✓ Yes    ___ No

Claim 12 of the '817 patent:   ✓ Yes    ___ No

Claim 19 of the '817 patent:   ✓ Yes    ___ No

12. <u>Invalidity (Statutory Bar)</u>: Has TransPerfect proven, by clear and convincing evidence, that any of the following patent claims were not filed within the time required by law?

Claim 32 of the '960 patent:   ✓ Yes    ___ No

Claim 34 of the '960 patent:   ✓ Yes    ___ No

Claim 16 of the '479 patent:   ✓ Yes    ___ No

Claim 18 of the '479 patent:   ✓ Yes    ___ No

Claim 12 of the '817 patent:   ✓ Yes    ___ No

Claim 19 of the '817 patent:   ✓ Yes    ___ No

13. If you have found at least one claim of MotionPoint's '960, '479, or '817 patents to be infringed (question 8) and not to be invalid (questions 10, 11, and 12), what total damages do you find for MotionPoint, if any:

$ _____0_____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your determinations. Please have the presiding juror sign, date and return this form.

_____
Presiding Juror

Dated: