IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INT'L, INC., and TRANSLATIONS.COM, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MOTIONPOINT CORP.,<br><br>    Defendant.<br>_____/ | No. C 10-2590 CW<br><br>ORDER DIRECTING PARTIES TO FILE PROPOSED JUDGMENT |

Trial in this matter concluded on July 12, 2013. If Plaintiff TransPerfect plans to seek injunctive relief, it shall file and notice its motion for such relief within ten days of this order. Otherwise, within two days of this order, Plaintiff shall file a proposed form of judgment, approved as to form by Defendant MotionPoint.

IT IS SO ORDERED.

Dated: 7/29/2013

CLAUDIA WILKEN
United States District Judge