IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INT'L, INC., and TRANSLATIONS.COM, INC.,<br><br>    Plaintiffs,<br><br>   v.<br><br>MOTIONPOINT CORP.,<br><br>    Defendant. | No. C 10-2590 CW<br><br>ORDER CONTINUING HEARING DATES |

TransPerfect's motion for a permanent injunction and motion for judgment as a matter of law, Docket Nos. 439, 440, along with MotionPoint's motion for judgment as a matter of law, Docket No. 444, were previously set to be heard on September 12, 2013. The Court continues the hearing on these motions to October 10, 2013, when it will also hear TransPerfect's motion to sever the Lakritz patent claims, Docket No. 445.

IT IS SO ORDERED.

Dated: 9/11/2013

CLAUDIA WILKEN
United States District Judge