1  CHARLES K. VERHOEVEN (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
2  AMY H. CANDIDO (Bar No. 237829)
   amycandido@quinnemanuel.com
3  EMMA E. MANN-MEGINNISS (Bar No. 286656)
   emmamann-meginniss@quinnemanuel.com
4  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
5  50 California Street, 22nd Floor
   San Francisco, California 94111-4624
6  Tel:  (415) 875-6600; Fax: (415) 875-6700

7  ROBERT W. STONE (Bar No. 163513)
   robertstone@quinnemanuel.com
8  MEGHAN BORDONARO (Bar No. 269236)
   meghanbordonaro@quinnemanuel.com
9  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
10 555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
11 Tel:  (650) 801-5000; Fax: (650) 801-5100

12 RICHARD W. ERWINE (*pro hac vice*)
   richarderwine@quinnemanuel.com
13 MATTHEW D. ROBSON (*pro hac vice*)
   matthewrobson@quinnemanuel.com
14 GREGORY C. WYCKOFF (*pro hac vice*)
   gregorywyckoff@quinnemanuel.com
15 QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
16 51 Madison Avenue, 22nd Floor
   New York, New York 10010
17 Tel:  (212) 849-7000

18 Attorneys for Defendant/Counterclaim-Plaintiff
   MotionPoint Corporation

19                   UNITED STATES DISTRICT COURT

20         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

21

22 | TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC., | **Case No. CV 10-02590 CW (JCS)** |
| --- | --- |
| Plaintiffs/Counterclaim-Defendants, | **[PROPOSED] ORDER GRANTING MOTIONPOINT'S UNOPPOSED MOTION TO RESCHEDULE OCTOBER 10, 2013 MOTION HEARING** |
| v. | **Civil L.R. 6-3** |
| MOTIONPOINT CORPORATION, | **Judge: Hon. Claudia Wilken** |
| Defendant/Counterclaim-Plaintiff. | |

04874.52062/5523258.1

1  **[PROPOSED] ORDER**

2  Now before the Court is MotionPoint's Unopposed Motion To Reschedule the October 10,

3  2013 Motion Hearing to October 31, 2013.  Having reviewed and considered this motion and

4  materials submitted therewith, the Court finds that MotionPoint's Motion should be GRANTED

5  and the hearing rescheduled for October 31, 2013.

6

7  IT IS SO ORDERED.

8

9

10  DATED:  September 19 , 2013

11

12

13  Honorable Claudia Wilken
   United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

04874.52062/5523258.1

-1-   Case No. CV 10-02590 CW (JCS)
[PROPOSED] ORDER GRANTING MOTIONPOINT'S UNOPPOSED MOTION TO
RESCHEDULE OCT. 10. 2013 MOTION HEARING