IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRANSPERFECT GLOBAL, INC., No. C 10-2590 CW
TRANSPERFECT TRANSLATIONS
INTERNATIONAL, INC., and JUDGMENT
TRANSLATIONS.COM, INC.,

    Plaintiffs,

  v.

MOTIONPOINT CORPORATION,

    Defendant.
                                     /

    This action came on for trial before the Court and a jury, Honorable Claudia Wilken, United States District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, and this Court having previously issued its Order Regarding Cross-Motions for Claim Construction and Summary Judgment,

    IT IS ORDERED AND ADJUDGED

    That judgment be entered in favor of Plaintiffs TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. (collectively, TransPerfect) on their claims for infringement of their U.S. Patent No. 6,857,022;

    That TransPerfect recover from the Defendant MotionPoint Corporation the sum of $1,002,006, with interest thereon as provided by 28 U.S.C. § 1961, and their costs of action;

    That judgment be entered in favor of TransPerfect on its claims for declarations of invalidity;

    That claims 16 and 18 of MotionPoint's U.S. Patent No.

7,627,479, claims 32 and 34 of MotionPoint's U.S. Patent No. 7,580,960, and claims 12 and 19 of MotionPoint's U.S. Patent No. 7,627,817 are hereby declared invalid;

    That judgment be entered in favor of MotionPoint on its counterclaims declaring that it does not infringe TransPerfect's U.S. Patent Nos. 7,207,005 and 6,526,426.

    MotionPoint shall take nothing on its infringement counterclaims. A permanent injunction will enter separately.

    Dated at Oakland, California, this 15th day of November 2013.



CLAUDIA WILKEN
U.S. District Judge