IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MOTIONPOINT CORP.,<br><br>    Defendant.<br>_____/ | No. C 10-2590 CW<br><br>PERMANENT<br>INJUNCTION |

On July 12, 2013, a jury returned a verdict finding that Defendant MotionPoint Corporation had directly infringed claims 11, 17, 23, 24, 26 and 27 of U.S. Patent No. 6,857,022.

Accordingly, the Court hereby enjoins and restrains MotionPoint Corporation and its officers, agents, servants, employees, successors, and assigns from making, using, offering for sale, or selling in or importing into the United States any product that infringes claims 11, 17, 23, 24, 26 and 27 of U.S. Patent No. 6,857,022.

MotionPoint's compliance with this injunction is stayed pending adjudication of the parties' post-judgment motions.  The Court retains jurisdiction to modify or clarify this injunction after briefing on the parties' post-judgment motions.

IT IS SO ORDERED.

Dated: 11/15/2013

CLAUDIA WILKEN
United States District Judge