IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRANSPERFECT GLOBAL, INC., et al.,

    Plaintiffs,

  v.

MOTIONPOINT CORP.,

    Defendant.
_____/

No. C 10-2590 CW

ORDER REGARDING POST-TRIAL MOTIONS

During the October 31, 2013 hearing on post-trial motions, both parties represented that they intend to file additional motions under Federal Rules of Civil Procedure 50(b) and 59 after the entry of judgment. Accordingly, within twenty-eight days of the entry of judgment, the parties shall submit all post-trial motions that they intend to file in this action.

MotionPoint shall file all of its post-trial motions in a single brief, not to exceed twenty-five pages, on or before December 13, 2013. TransPerfect shall also file all of its post-trial motions by that date in a single brief sufficient to preserve its rights on appeal. However, as discussed at the hearing, TransPerfect should file a new brief, not to exceed twenty-five pages, on December 30, 2013 that contains all of its arguments in support of its post-trial motions and its opposition to MotionPoint's motions. MotionPoint shall then file its consolidated reply and opposition in a single fifteen-page brief on or before January 8, 2014. TransPerfect shall then file its

reply in a single fifteen-page brief on January 15, 2014. The Court shall hear all motions at 2:00 p.m. on February 6, 2014.

Any arguments that the parties seek to raise regarding the scope of the current permanent injunction should be included in their briefs on post-trial motions. The Court will consider these arguments and decide whether to amend the present permanent injunction order when it considers the parties' post-trial motions.

The parties must attend a mediation session by January 15, 2014. They shall agree on a private mediator or magistrate judge by November 27, 2013. If they cannot agree on a mediator by that date, they shall each submit a list of three mediators to the Court. The Court will then select the mediator from the parties' lists.

IT IS SO ORDERED.

Dated: 11/15/2013

CLAUDIA WILKEN
United States District Judge