1  DOUGLAS E. LUMISH (Bar No. 183863)
   doug.lumish@lw.com
2  JEFFREY G. HOMRIG (Bar No. 215890)
   jeff.homrig@lw.com
3  GABRIEL S. GROSS (Bar No. 254672)
   gabe.gross@lw.com
4  NIKOLAUS A. WOLOSZCZUK (Bar No. 286633)
   nick.woloszczuk@lw.com
5  LATHAM & WATKINS LLP
   140 Scott Drive
6  Menlo Park, California 94025
   Tel: (650) 328-4600; Fax: (650) 463-2600
7
   JOSEPH. H. LEE (Bar No. 248046)
8  joseph.lee@lw.com
   LATHAM & WATKINS LLP
9  750 Town Center Drive, 20th Floor
   Costa Mesa, California 92626
10 Tel: (714) 540-1253; Fax: (714) 755-8290

11 MICHAEL B. EISENBERG (*pro hac vice*)
   michael.eisenberg@lw.com
12 LATHAM & WATKINS LLP
   885 Third Avenue
13 New York, New York 10022-4834
   Tel: (212) 906-1200; Fax (212) 751-4864

14

15                     UNITED STATES DISTRICT COURT

16                     NORTHERN DISTRICT OF CALIFORNIA

17                              OAKLAND DIVISION

18

| 19 | TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC., | Case No. CV 10-02590 CW (JCS) |
|---|---|---|
| 20 | | **DECLARATION OF NIKOLAUS A. WOLOSZCZUK IN SUPPORT OF TRANSPERFECT'S BILL OF COSTS** |
| 21 | Plaintiffs/Counter-Defendants, | |
| 22 | v. | Judge:  Hon. Claudia Wilken |
| 23 | | |
| 24 | MOTIONPOINT CORPORATION, | |
| 25 | Defendant/Counterclaimant. | |

26

27

28

I, Nikolaus A. Woloszczuk declare that:

1.  I am an associate at Latham & Watkins, and counsel for plaintiffs/counterclaim defendants TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. ("TransPerfect") in this action. Unless stated on information and belief, I make this declaration on my own personal knowledge, and if called as a witness, I could and would competently testify to the matters set forth herein.

2.  Attached as <u>Exhibit A</u> is an itemized list of the costs for clerk's fees and subpoena service fees for which TransPerfect seeks taxation. Following the itemized list are true and correct copies of the invoices supporting these costs.

3.  Attached as <u>Exhibit B</u> is an itemized list of the costs for deposition related fees and court transcripts for which TransPerfect seeks taxation. Following the itemized list are true and correct copies of the invoices supporting these costs.

4.  Attached as <u>Exhibit C</u> is an itemized list of the costs for the reproduction and exemplification of discovery documents and government records, visual aids at trial, and for trial exhibits provided to the Court. The costs submitted for Latham & Watkins' technical analyst are a true and accurate reflection of the hours billed to TransPerfect for time spent at trial to present exhibits and graphics using courtroom technology. Following the itemized list are true and correct copies of the invoices supporting these costs.

5.  Attached as <u>Exhibit D</u> is an itemized list of the costs for witness expenses incurred by TransPerfect for which TransPerfect seeks taxation. Following the itemized list are true and correct copies of the invoices supporting these costs.

6.  Plaintiff TransPerfect requests that the Court tax Defendant MotionPoint in the amount of $252,794.47. TransPerfect believes that these costs are correctly stated, were necessarily incurred, and are allowable by law.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.  Executed on November 29, 2013
3
   Dated: November 29, 2013            LATHAM & WATKINS LLP
4
5
                                       By   */s/ Nikolaus A. Woloszczuk*
6                                           Nikolaus A. Woloszczuk
7
8
9
   SV\1230485.1
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3