DOUGLAS E. LUMISH (Bar No. 183863)
doug.lumish@lw.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeff.homrig@lw.com
GABRIEL S. GROSS (Bar No. 254672)
gabe.gross@lw.com
NIKOLAUS A. WOLOSZCZUK (Bar No. 286633)
nick.woloszczuk@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
Tel: (650) 328-4600; Fax: (650) 463-2600

JOSEPH. H. LEE (Bar No. 248046)
joseph.lee@lw.com
LATHAM & WATKINS LLP
750 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Tel: (714) 540-1253; Fax: (714) 755-8290

MICHAEL B. EISENBERG (*pro hac vice*)
michael.eisenberg@lw.com
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Tel: (212) 906-1200; Fax (212) 751-4864

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM, INC.,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>MOTIONPOINT CORPORATION,<br><br>Defendant/Counterclaimant. | Case No. CV 10-02590 CW (JCS)<br><br>**SECOND DECLARATION OF NIKOLAUS A. WOLOSZCZUK IN SUPPORT OF TRANSPERFECT'S AMENDED BILL OF COSTS**<br><br>Judge:   Hon. Claudia Wilken |

1   I, Nikolaus A. Woloszczuk declare that:

2   1.   I am an associate at Latham & Watkins, and counsel for plaintiffs/counterclaim defendants TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. ("TransPerfect") in this action. Unless stated on information and belief, I make this declaration on my own personal knowledge, and if called as a witness, I could and would competently testify to the matters set forth herein.

3   2.   This second declaration reflects an amendment to Exhibit C which was attached to the first declaration I submitted on November 29, 2013 (D.N. 474), and updates accordingly the total amount of costs TransPerfect requests be taxed in its Amended Bill of Costs. The attached Amended Exhibit C is intended to replace and supersede the previously submitted Exhibit C in its entirety.

4   3.   Attached as <u>Amended Exhibit C</u> is an itemized list of the costs for the reproduction and exemplification of discovery documents and government records, visual aids at trial, and for trial exhibits provided to the Court. The costs submitted for Latham & Watkins' technical analyst are a true and accurate reflection of the hours billed to TransPerfect for time spent at trial to present exhibits and graphics using courtroom technology. Following the itemized list are true and correct copies of the invoices supporting these costs, a true and correct copy of a summary of the charges billed to TransPerfect for Latham & Watkins' technical analyst, and a true and correct copy of a summary of TransPerfect's in-house discovery work based on information provided by TransPerfect.

5   4.   TransPerfect, through its attorneys, produced 202 gigabytes of documents and files to MotionPoint over the course of this litigation.

6   5.   Plaintiff TransPerfect requests that the Court tax Defendant MotionPoint in the amount of $431,820.82. TransPerfect believes that these costs are correctly stated, were necessarily incurred, and are allowable by law.

1 | I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 6, 2013          LATHAM & WATKINS LLP

By   */s/ Nikolaus A. Woloszczuk*
     Nikolaus A. Woloszczuk