| | |
|---|---|
| 1 | L. OKEY ONYEJEKWE JR. (Bar No. 250354) |
|  | oonyejekwe@kasowitz.com |
| 2 | JOSEPH B. SHEAR (Bar No. 262222) |
|  | jshear@kasowitz.com |
| 3 | ROBERT P. WATKINS III (*pro hac vice*) |
|  | rwatkins@kasowitz.com |
| 4 | KEITH J. MITRO (Bar No. 287108) |
|  | kmitro@kasowitz.com |
| 5 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| 6 | 333 Twin Dolphin Drive, Suite 200 |
|  | Redwood Shores, California 94065 |
| 7 | Telephone (650) 453-5170 |
|  | Facsimile (650) 453-5171 |
| 8 |  |
|  | STEFAN R. STOYANOV (*pro hac vice*) |
| 9 | sstoyanov@kasowitz.com |
|  | STEVEN D. CHIN (*pro hac vice*) |
| 10 | schin@kasowitz.com |
|  | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| 11 |  |
|  | 1633 Broadway |
| 12 | New York, New York 10019 |
|  | Telephone (212) 506-1700 |
| 13 | Facsimile (212) 506-1800 |
| 14 | Attorneys for Plaintiffs/Counterclaim Defendants |
|  | TRANSPERFECT GLOBAL, INC., |
| 15 | TRANSPERFECT TRANSLATIONS |
|  | INTERNATIONAL, INC., AND |
| 16 | TRANSLATIONS.COM INC., |

17                             UNITED STATES DISTRICT COURT

18                             NORTHERN DISTRICT OF CALIFORNIA

19                                       OAKLAND DIVISION

20

| | | |
|---|---|---|
| 21 | TRANSPERFECT GLOBAL, INC., | CASE NO. CV 10-02590 CW |
|  | TRANSPERFECT TRANSLATIONS | |
| 22 | INTERNATIONAL, INC., AND | |
|  | TRANSLATIONS.COM INC., | [~~PROPOSED~~] **ORDER GRANTING** |
| 23 |  | **UNOPPOSED MOTION TO WITHDRAW** |
|  |  | **AS COUNSEL** |
| 24 | Plaintiffs/Counterclaim defendants, | |
|  |  | Hon. Judge Claudia Wilken |
| 25 | v. | |
| 26 | MOTIONPOINT CORPORATION, | |
| 27 | Defendant/Counterclaim plaintiff. | |
| 28 | | |

| | |
|---|---|
| [~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL | CASE NO. 10-2590 CW |

1  Before the Court is the Unopposed Motion to Withdraw as Counsel for Plaintiffs and
2  Counterclaim Defendants TRANSPERFECT GLOBAL, INC., TRANSPERFECT
3  TRANSLATIONS INTERNATIONAL, INC., AND TRANSLATIONS.COM INC.,
4  ("TransPerfect"). Having considered the motion, the Court finds that it should be and is hereby
5  GRANTED.
6  Accordingly, it is ORDERED that Joseph B. Shear is given leave to withdraw as counsel
7  of record for TransPerfect. TransPerfect will continue to be represented by other counsel
8  currently of record.
9  So ordered on this 12th day of December, 2013.

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION TO WITHDRAW AS         - 2 -         CASE NO. 10-2590 CW
COUNSEL