1    DOUGLAS E. LUMISH (Bar No. 183863)
     doug.lumish@lw.com
2    JEFFREY G. HOMRIG (Bar No. 215890)
     jeff.homrig@lw.com
3    GABRIEL S. GROSS (Bar No. 254672)
     gabe.gross@lw.com
4    NIKOLAUS A. WOLOSZCZUK (Bar No. 286633)
     nick.woloszczuk@lw.com
5    LATHAM & WATKINS LLP
     140 Scott Drive
6    Menlo Park, California 94025
     Tel: (650) 328-4600; Fax: (650) 463-2600
7
     JOSEPH. H. LEE (Bar No. 248046)
8    joseph.lee@lw.com
     LATHAM & WATKINS LLP
9    750 Town Center Drive, 20th Floor
     Costa Mesa, California 92626
10   Tel: (714) 540-1253; Fax: (714) 755-8290

11   MICHAEL B. EISENBERG (*pro hac vice*)
     michael.eisenberg@lw.com
12   LATHAM & WATKINS LLP
     885 Third Avenue
13   New York, New York 10022-4834
     Tel: (212) 906-1200; Fax (212) 751-4864
14
     *Attorneys for Plaintiffs/Counterclaim Defendants*
15   *TransPerfect Global, Inc.; TransPerfect Translations*
     *International, Inc.; and Translations.com, Inc.*
16

17                  UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                        OAKLAND DIVISION

20

21   TRANSPERFECT GLOBAL, INC.,          Case No. CV 10-02590 CW (JCS)
     TRANSPERFECT         TRANSLATIONS
22   INTERNATIONAL, INC., AND            **TRANSPERFECT'S        NOTICE    OF**
     TRANSLATIONS.COM, INC.,             **AMENDED   BILL   OF   COSTS   AND**
23                                       **AMENDED BILL OF COSTS**
         Plaintiffs/Counterclaim-Defendants,
24
         v.                               Judge:  Hon. Claudia Wilken
25
26   MOTIONPOINT CORPORATION,

27       Defendant/Counterclaimant.

28   Cost are taxed in the amount of $131,636.46 and included in the judgment

     Richard W. Wieking     By: Kerry Collins   1/2/2014
     Clerk of the Court      Deputy Clerk        Date          TRANSPERFECT'S AMENDED BILL OF COSTS
                                                                  CASE NO. CV 10-02590 CW (JCS)

TO THE CLERK OF THE COURT, TO DEFENDANT AND COUNTERCLAIM PLAINTIFF MOTIONPOINT CORPORATION, AND TO COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 54(d)(1) and Civil L.R. 54-1, Plaintiffs and Counterclaim Defendants TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. (collectively "TransPerfect") hereby submit their Amended Bill of Costs.   TransPerfect's Amended Bill of Costs is based on this Notice, the summary of costs below, the accompanying declaration of Jim Iseman, the first and second declarations of Nikolaus A. Woloszczuk and attached exhibits with the itemized costs, the pleadings, orders and papers on file herein, and any matters of which the Court may take judicial notice, and additional evidence and argument as may be later presented.

### Amended Bill of Costs

On November 15, 2013, this Court entered judgment in the above-entitled action against Defendant and Counterclaimant MotionPoint Corporation, and ordered that TransPerfect recover its costs.   (D.N. 467.)   Pursuant to Fed. R. Civ. P. 54(d)(1) and Civil L.R. 54-1, TransPerfect respectfully requests the Clerk to tax the following as costs:

| | |
|---|---|
| Civil L.R. 54-3(a) (Fees for Filing and Service of Process) | ~~$16,206.90~~ $14,633.88 |
| Civil L.R. 54-3(b) (Reporters' Transcripts) | ~~$20,449.57~~ $0.00 |
| Civil L.R. 54-3(c) (Depositions) | ~~$111,091.83~~ ~~$47,379.96~~ |
| 180,173.95 disallowed as untimely Civil L.R. 54-3(d) (Reproduction and Exemplification) | ~~$273,654.16~~ $68,521.82 |
| Civil L.R. 54-3(e) (Witness Expenses) | ~~$10,418.36~~ $1,100.80 |
| Total Costs | ~~$431,820.82~~ ~~$131,636.46~~ |

1.   <u>Clerk's Filing Fees and Service of Subpoenas</u>

28 U.S.C. § 1920(1) permits recovery of "fees of the clerk and marshal," in this district