United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC. ET AL, | No. C-10-02590 CW (DMR) |
| Plaintiff(s), | **ORDER TAKING PLAINTIFFS' MOTION FOR REVIEW OF CLERK'S TAXATION OF COSTS UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |
| v. | |
| MOTIONPOINT CORPORATION, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Plaintiffs' motion for review of the clerk's taxation of costs (Docket No. 521), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the March 13, 2014 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: March 7, 2014



DONNA M. RYU
United States Magistrate Judge