**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., and TRANSLATIONS.COM, INC., | No. C 10-2590 CW<br><br>AMENDED PERMANENT INJUNCTION |
|     Plaintiffs, | |
|   v. | |
| MOTIONPOINT CORP., | |
|     Defendant. | |

On July 12, 2013, a jury returned a verdict finding that Defendant MotionPoint Corporation had directly infringed claims 11, 17, 23, 24, 26 and 27 of U.S. Patent No. 6,857,022 and the Court has ruled on Plaintiffs' post-trial motions.

Accordingly, the Court hereby enjoins and restrains MotionPoint Corporation and its officers, agents, servants, employees, successors, and assigns, and those knowingly acting in concert with them with notice of this injunction, from making, using, offering for sale, or selling in or importing into the United States any product that infringes, directly or indirectly, claims 11, 17, 23, 24, 26 and 27 of U.S. Patent No. 6,857,022.

MotionPoint's compliance with this injunction is stayed for fourteen days from the date of this orders.  The Court retains jurisdiction to modify or clarify this injunction.

IT IS SO ORDERED.

Dated: November 13, 2014

CLAUDIA WILKEN
United States District Judge