IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC., and TRANSLATIONS.COM, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MOTIONPOINT CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 10-2590 CW<br><br>FIRST AMENDED JUDGMENT |

    This action came on for trial before the Court and a jury, Honorable Claudia Wilken, United States District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, and this Court having previously issued its Order Regarding Cross-Motions for Claim Construction and Summary Judgment and its Order on Post-Trial Motions,

    IT IS ORDERED AND ADJUDGED

    That judgment be entered in favor of Plaintiffs TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc. (collectively, TransPerfect Plaintiffs) on their claims for infringement of their U.S. Patent No. 6,857,022;

    That TransPerfect Plaintiffs recover from Defendant MotionPoint Corporation the sum of $1,002,006, with interest thereon as provided by 28 U.S.C. § 1961 from the date of the verdict until the judgment is satisfied, and their costs of action;

    That TransPerfect Plaintiffs recover from Defendant MotionPoint Corporation a royalty at the rate of four percent on

all infringing sales made after the date of the verdict, in an amount to be calculated separately;

That judgment be entered in favor of the TransPerfect Plaintiffs on their claims for declarations of invalidity;

That claims 16 and 18 of MotionPoint's U.S. Patent No. 7,627,479, claims 32 and 34 of MotionPoint's U.S. Patent No. 7,580,960, and claims 12 and 19 of MotionPoint's U.S. Patent No. 7,627,817 are hereby declared invalid;

That judgment be entered in favor of MotionPoint on its counterclaims declaring that it does not infringe TransPerfect's U.S. Patent Nos. 7,207,005 and 6,526,426.

That MotionPoint shall take nothing on its infringement counterclaims.  A permanent injunction will enter separately.

Dated at Oakland, California, this 13th day of November 2014.


CLAUDIA WILKEN
United States District Judge