**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRANSPERFECT GLOBAL, INC.,
TRANSPERFECT TRANSLATIONS
INTERNATIONAL, INC., and
TRANSLATIONS.COM, INC.,

      Plaintiffs,

  v.

MOTIONPOINT CORP.,

      Defendant.

_____/

No. C 10-2590 CW

ORDER FOR FURTHER
BRIEFING ON
CONTEMPT MOTION

(Docket No. 578)

     On April 2, 2015, the Court held a hearing on TransPerfect's Motion for an Order to Show Cause Why MotionPoint Should Not be Held in Contempt for Violating the Permanent Injunction Prohibiting Infringement of U.S. Patent No. 6,857,022.  The Court ordered the parties to meet and confer to determine a schedule for exchanging information and to set a briefing schedule to address new issues raised.  The parties have not reported any agreement.

     Therefore, the Court hereby ORDERS MotionPoint to submit within two weeks of the date of this order: (1)records demonstrating compliance monitoring, discovered instances of non-compliance, and steps taken to fix instances of non-compliance; (2) a declaration or other evidence supporting the contention that its design-around is controlled and implemented by MotionPoint only and not by its customers; (3) a detailed plan to prevent non-compliance due to technical errors and the disabling of JavaScript.

1    Within two weeks of the date of MotionPoint's submission,

2 TransPerfect shall submit a brief no longer than ten pages

3 addressing any new issues raised by the submission and proposing a

4 remedy that is proportional to the alleged violation.

5 TransPerfect shall also attach itemized billing records to support

6 the amount of its request for attorneys' fees and costs.

7 Defendant may file a response of ten pages or less two weeks

8 thereafter.  Plaintiff may file a reply of up to five pages within

9 seven days thereafter.  The matter will be decided on the papers

10 unless a hearing is set by the Court.

11

12    IT IS SO ORDERED.

13



14 Dated: 04/16/2015

CLAUDIA WILKEN
15                                    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28